PETER C. MEIER (NSB No. 9123)
petermeier@paulhastings.com
DANIEL PRINCE*
danielprince@paulhastings.com
ADAM J. FEE*
adamfee@paulhastings.com
D. SCOTT CARLTON*
scottcarlton@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

TAMARA B. PETERSON (NSB No. 5218)
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone:  (702) 786-1001
Facsimile:  (702) 786-1002

Attorneys for Plaintiff
MIRAE ASSET SECURITIES CO., LTD.
*will comply with LR IA 11-2 within 14 days

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br><br>Plaintiff,<br><br>v.<br><br>RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,<br><br>Defendants. | Case Number:<br><br><br>*Plaintiff Mirae Asset Securities Co., Ltd.'s Certificate of Interested Parties* |

## PLAINTIFF MIRAE ASSET SECURITIES CO., LTD.'S

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1 and Nevada Local Rule 7.1-1, Plaintiff Mirae Asset Securities Co., Ltd. ("Mirae Asset") hereby certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.  Upon information and belief, Mirae Asset, as well as Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC, have a direct, pecuniary interest in the outcome of this matter.  These representations are made to enable court personnel to evaluate possible disqualifications and/or recusal.

Dated:  September 22, 2023

Respectfully submitted,

By:  /s/ Peter C. Meier
PETER C. MEIER

PETER C. MEIER (NSB No. 9123)
petermeier@paulhastings.com
DANIEL PRINCE*
danielprince@paulhastings.com
ADAM J. FEE*
adamfee@paulhastings.com
D. SCOTT CARLTON*
scottcarlton@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

TAMARA B. PETERSON (NSB No. 5218)
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV  89101
Telephone:  (702) 786-1001
Facsimile:  (702) 786-1002

Attorneys for Plaintiff
MIRAE ASSET SECURITIES CO., LTD.
*will comply with LR IA 11-2 within 14 days