# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO. LTD., | Case No.: 2:23-cv-01492-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| RYZE RENEWABLE HOLDINGS, LLC and RYZE RENEWABLES NEVADA, LLC, | |
| Defendants | |

In light of plaintiff Mirae Asset Securities Co. Ltd.'s response to the order to show cause (ECF No. 23),

I ORDER that the order to show cause (ECF No. 7) is satisfied and I will not dismiss this action for lack of subject matter jurisdiction at this time. However, the plaintiff remains responsible for establishing diversity jurisdiction exists in this matter before final judgment.

DATED this 16th day of October, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE