Generated: Oct 17, 2023 11:46AM

Page 1/1

## U.S. District Court

### Nevada None - Las Vegas

Peterson Baker PLLC

Receipt Date: Oct 17, 2023 11:46AM

Rcpt. No: 200006148   Trans. Date: Oct 17, 2023 11:46AM   Cashier ID: #CH

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #5632 | 10/17/2023 | | $402.00 |

Total Due Prior to Payment: $402.00
Total Tendered: $402.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

*23-cv-1492* (handwritten)

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.