**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIRAE ASSET SECURITIES CO. LTD., <br><br> Plaintiff <br><br> v. <br><br> RYZE RENEWABLES HOLDINGS, LLC and RYZE RENEWABLES NEVADA, LLC, <br><br> Defendants | Case No.: 2:23-cv-01492-APG-NJK <br><br> **Order Striking Certificate of Interested Parties** |

I ORDER that defendants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC's certificate of interested parties (ECF No. 32) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each defendant as required by the amendment to that rule. As limited liability companies, the defendants must identify the citizenship of each of its members. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").

I FURTHER ORDER these parties to file a proper certificate of interested parties by December 29, 2023.

DATED this 19th day of December, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE