G. MARK ALBRIGHT, ESQ. (#1394)
DANIEL R. ORMSBY, ESQ. (#14595)
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D4
Las Vegas, Nevada 89106
Tel: (702) 384-7111
Fax: (702) 384-0605
gma@albrightstoddard.com
dormsby@albrightstoddard.com

EDGAR LAW FIRM LLC
John M. Edgar (PHV)
John F. Edgar (PHV)
Michael. R. Owens (PHV)
2600 Grand Boulevard, Ste. 440
Kansas City, Missouri 64108
Telephone: (816) 531-0033
jme@edgarlawfirm.com
jfe@edgarlawfirm.com
mro@edgarlawfirm.com

*Attorneys for Defendants/Counterclaimants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Mirae Asset Securities Co., Ltd., a Republic of Korea company,<br><br>Plaintiff,<br><br>v.<br><br>Ryze Renewables Holdings, LLC, a Nevada limited liability company, and Ryze Renewables Nevada, LLC, a Nevada limited liability company,<br><br>Defendants.<br><br>Ryze Renewables Holdings, LLC, a Nevada limited liability company, and Ryze Renewables Nevada, LLC, a Nevada limited liability company,<br><br>Counterclaimants,<br>v.<br><br>Mirae Asset Securities Co., Ltd., a Republic of Korea company,<br><br>Counterdefendant. | CASE NO. 2:23-cv-01492-APG-NJK<br><br>**DEFENDANTS' APPENDIX OF EXHIBITS TO THE DECLARATION OF MICHAEL R. OWENS IN SUPPORT OF DEFEDANTS' MOTION TO COMPEL ARBITRATION AND TO DISMISS OR STAY THE ACTION PENDING ARBITRATION AND MEMORANDUM IN SUPPORT**<br><br>Judge:    Andrew P. Gordon<br><br>Date Action Filed: September 22, 2023 |

# APPENDIX

Defendants/Counterclaimants Ryze Renewable Holdings, LLC and Ryze Renewables Nevada, LLC, by and through their counsel, hereby submits their Appendix of Exhibits to Declaration of Michael R. Owens in Support of Defendants' Motion to Compel Arbitration and to Dismiss or Stay the Action Pending Arbitration and Memorandum in Support:

| Exhibit No. | Description | Pages |
|---|---|---|
| Exhibit 1 | Case Information listing for the District Court of the Eighth Judicial District, County of Clark, Nevada, Case No. A-21-838382-B, Mirae Asset Securities Co., Ltd v. Ryze Renewables Nevada, LLC, [et al.] | 1 - 00001-4 |
| Exhibit 2 | Certified copy of the Complaint filed in District Court of Clark County, Nevada, Case No. A-21-838382-B. | 2 - 000001 - 117 |
| Exhibit 3 | Certified copy of Initial Appearance Fee Disclosure filed in District Court of Clark County, Nevada, Case No. A-21-838382-B. | 3 - 000001 |
| Exhibit 4 | Certified copy of Affidavit of Service filed in District Court of Clark County, Nevada, Case No. A-21-838382-B, for service on Ryze Renewables Holdings, LLC. | 4 - 000001 |
| Exhibit 5 | Certified copy of Affidavit of Service filed in District Court of Clark County, Nevada, Case No. A-21-838382-B, for service on Ryze Renewables Nevada, LLC. | 5 - 000001 |
| Exhibit 6 | Certified copy of Notice of Voluntary Dismissal Without Prejudice filed in District Court of Clark County, Nevada, Case No. A-21-838382-B. | 6 - 000001 - 3 |

| Exhibit 7 | Certified copy of Notice of Voluntary Dismissal With Prejudice filed in District Court of Clark County, Nevada, Case No. A-21-838382-B. | 7 - 000001-3 |
|---|---|---|
| Exhibit 8 | E-mail chain, subject line RE: Ryze v. Snell; Privilege Issue, which includes communications between Michael R. Owens and Daniel Prince, counsel for Mirae Asset Securities Co., Ltd. and Amy Abdo, counsel for Snell & Wilmer LLP. | 8 - 000001 - 7 |
| Exhibit 9 | E-mail chain, subject line RE: Status of Mirae's Privilege Review of Snell & Wilmer Docs, which includes communications between Michael R. Owens and Daniel Prince, counsel for Mirae Asset Securities Co., Ltd. and Amy Abdo, counsel for Snell & Wilmer LLP. | 9 - 000001 - 4 |
| Exhibit 10 | Anna J. Park, *Mirae Asset Says Internal Audit Reveals Contract Forgery Involving Worker*, Korea Times (Nov. 8, 2023), available at https://www.koreatimes.co.kr/www/biz/2023/12/602_362817.html, last accessed January 23, 2024. | 10 - 000001 - 2 |
| Exhibit 11 | Byeong-Hwa Ryu, *Mirae Asset Hit by Ex-Asset Manager's Misconduct* (Nov. 7, 2023), available at https://www.kedglobal.com/alternative-investments/newsView/ked202311070015, last accessed January 23, 2024. | 11 - 000001 - 4 |

Respectfully submitted,

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

- 3 -

_____
G. Mark Albright (#1394)
Daniel R. Ormsby (#14595)
801 South Rancho Drive, Suite D4
Las Vegas, Nevada 89106
Tel:    (702) 384-7111
Fax:   (702) 384-0605
gma@albrightstoddard.com
dormsby@albrightstoddard.com

and


*/s/ Michael R. Owens*
EDGAR LAW FIRM LLC
John M. Edgar, (PHV)
John F. Edgar, (PHV)
Michael R. Owens (PHV)
2600 Grand Boulevard, Ste. 440
Kansas City, Missouri 64108
Telephone: (816) 531-0033
jme@edgarlawfirm.com
jfe@edgarlawfirm.com
mro@edgarlawfirm.com

*Attorneys for Defendants/Counterclaimants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC*