# Exhibit 4 –

Certified copy of Affidavit of Service filed in District Court of Clark County, Nevada, Case No. A-21-838382-B, for service on Ryze Renewables Holdings, LLC.

```
AFFT
Snell & Wilmer, LLP
Charles E. Gianelloni, Esq.
3883 Howard Hughes Pkwy, 11th Floor
Las Vegas , NV 89169
State Bar No.: 12747
Attorney(s) for: Plaintiff(s)
```

**EXHIBIT 4**

Electronically Filed
7/29/2021 9:21 AM
Steven D. Grierson
CLERK OF THE COURT

# DISTRICT COURT
## CLARK COUNTY, NEVADA

**Mirae Asset Securities Co., LTD., a Republic of Korea company**

*vs*                                                                 *Plaintiff(s)*

**Ryze Renewables Nevada, LLC, a Delaware limited liability company; et al.**

*Defendant(s)*

Case No.: **A-21-838382-B**
Dept. No.: **13**
Date:
Time:

### AFFIDAVIT OF SERVICE

I, **Jennifer Lynn Jones**, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received **1** copy(ies) of the: **Summons - Civil; Complaint** on the **26th** day of **July**, **2021** and served the same on the **28th** day of **July**, **2021** at **11:27 am** by serving the **Defendant**, **Ryze Renewables Holdings, LLC, a Delaware limited liability company** by personally delivering and leaving a copy at **the address of the registered agent, Matthew Pearson, 6600 Amelia Earhart Ct., Suite A, Las Vegas, NV 89119** with **David Brown, Vice President** pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the registered agent as shown on the current certificate of designation filed with the Secretary of State.

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

January 3, 2024



CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct. Executed on this 28th day of July, 2021.

*Jennifer Lynn Jones*

Jennifer Lynn Jones # R-2018-02711
Legal Process Service   License # 604

WorkOrderNo **2105356**