UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>RYZE RENEWABLES HOLDINGS, LLC, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-01492-APG-NJK<br><br>**Order**<br><br>[Docket No. 50] |

Pending before the Court is the parties' joint proposed discovery plan. Docket No. 50. Plaintiff seeks an extended discovery period and Defendants seek a stay of discovery. *Id*. at 7, 8.

Defendants fail to address the relevant standards for a stay of discovery. To the extent Defendants seek a stay of discovery, a request must be filed identifying the governing standards and providing a meaningful discussion as to how they are met. *See, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013); *Arik v. Meyers*, 2020 WL 515843, at *1 (D. Nev. Jan. 31, 2020).

Accordingly, the parties' proposed discovery plan is **DENIED** without prejudice. Docket No. 50. The parties must submit a renewed joint discovery plan and scheduling order no later than February 7, 2024. Any motion to stay discovery must be filed no later than February 7, 2024.

IT IS SO ORDERED.

Dated: February 1, 2024

                                                                    Nancy J. Koppe<br>
                                                                      United States Magistrate Judge