UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>RYZE RENEWABLES HOLDINGS, LLC, *et al*.,<br><br>    Defendants. | Case No.: 2:23-cv-01492-APG-NJK<br><br>**Order**<br><br>[Docket No. 66] |

Pending before the Court is the parties' joint proposed discovery plan. Docket No. 66. In general terms, the parties submit competing positions on the discovery schedule. *Id*. at 9-10. The Court is not persuaded by either parties' proposed discovery schedule. Therefore, the Court sets deadlines measured from the most recent 26(f) conference that took place on March 5, 2024.

Accordingly, the parties' joint proposed discovery plan is **DENIED**. Docket No. 66. Deadlines are hereby **SET** as follows:

- Initial Disclosures: March 19, 2024
- Add parties /amend pleadings:  June 4, 2024
- Initial experts:  July 5, 2024
- Rebuttal experts:  August 5, 2024
- Discovery cutoff:  September 2, 2024
- Dispositive motions:  October 2, 2024
- Joint proposed pretrial order:  November 1, 2024, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: March 7, 2024

                                                                                                                                Nancy J. Koppe<br>
                                                                                                                                United States Magistrate Judge