# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO. LTD., | Case No.: 2:23-cv-01492-APG-NJK |
| Plaintiff | **Order Setting Hearing** |
| v. | |
| RYZE RENEWABLES HOLDINGS, LLC and RYZE RENEWABLES NEVADA, LLC, | |
| Defendants | |

I will conduct a hearing on the defendants' motion to compel arbitration (ECF No. 47) in Las Vegas courtroom 6C on August 22, 2024 at 2:30. Each side is limited to 10 minutes of argument. In the event I do not grant the motion, the parties should be prepared to discuss scheduling the trial on the issue of whether I must compel arbitration, as required under 9 U.S.C. § 4. In that regard, prior to the hearing the parties are to confer about the length of such a trial; the relevant witness and documents; the limited discovery that would be needed to prepare for the trial; and dates when parties, lawyers, and witnesses are available. Those discussions do not constitute a waiver of any party's right to argue that arbitration is or is not required.

DATED this 12th day of August, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE