# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD.,<br><br>    Plaintiff(s),<br><br>v.<br><br>RYZE RENEWABLES HOLDINGS, LLC,<br><br>    Defendant(s). | Case No. 2:23-cv-01492-APG-NJK<br><br>**Order**<br><br>[Docket Nos. 121, 124] |

Pending before the Court are Plaintiff's motions for reconsideration and clarification and for a protective order. Docket Nos. 121, 124.

On September 18, 2024, Plaintiff filed an objection and appeal to this Court's order. Docket No. 130; *see also* Docket No. 114. The objection objects to the same order for which Plaintiff seeks reconsideration. Docket No. 114 at 2. As such, the Court **DENIES** Plaintiff's motion for reconsideration and clarification as moot. Docket No. 121.

Additionally, Plaintiff's motion for protective order asks for the same relief the Court previously denied in Docket No. 114, which makes it a second motion for reconsideration of the Court's order. Plaintiff's objection to the Court's order renders this motion moot as well. Therefore, Plaintiff's renewed motion for protective order is **DENIED** as moot. Docket No. 124.

IT IS SO ORDERED.

Dated: September 19, 2024

                                                                                                Nancy J. Koppe
                                                                                                 United States Magistrate Judge