**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIRAE ASSET SECURITIES CO. LTD., | Case No.: 2:23-cv-01492-APG-NJK |
| Plaintiff | **Order Certifying Defendants' Appeal as Frivolous** |
| v. | |
| RYZE RENEWABLES HOLDINGS, LLC and RYZE RENEWABLES NEVADA, LLC, | |
| Defendants | |

I hereby certify that the appeal filed in this matter by defendants is frivolous. *See Chuman v. Wright*, 960 F.2d 104, 105 (9th Cir. 1992). I will retain jurisdiction over this case and proceed to trial to resolve the questions of fact surrounding the pending motion to compel arbitration.

DATED this 15th day of October, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE