# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO. LTD.,<br><br>Plaintiff<br><br>v.<br><br>RYZE RENEWABLES HOLDINGS, LLC and RYZE RENEWABLES NEVADA, LLC,<br><br>Defendants | Case No.: 2:23-cv-01492-APG-NJK<br><br>**Order Denying (1) Motion for Reconsideration and (2) Motion to Shorten Time**<br><br>[ECF Nos. 144, 145] |

I ORDER that defendants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC's motion for reconsideration **(ECF No. 144) is DENIED**. I see no basis to reconsider my prior decision. *See Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993) ("Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law.").

I FURTHER ORDER that defendants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC's motion to shorten time **(ECF No. 145) is DENIED as moot**.

DATED this 24th day of October, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE