# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MIRAE ASSET SECURITIES CO., LTD.,

    Plaintiff,

v.

RYZE RENEWABLES HOLDINGS, LLC, *et al.*,

    Defendants.

Case No. 2:23-cv-01492-APG-NJK

**Order**

[Docket No. 153]

Pending before the Court is the parties' joint proposed discovery and trial plan regarding arbitrability. Docket No. 153.

The Court **GRANTS** the parties' plan and sets the deadlines for discovery and trial regarding arbitrability as follows:

- Discovery cutoff: December 13, 2024
- Dispositive motions: January 3, 2025
- Trial: February 3, 2025

IT IS SO ORDERED.

Dated: October 31, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1