UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO. LTD., | Case No.: 2:23-cv-01492-APG-NJK |
| Plaintiff | **Order for Status Report** |
| v. | |
| RYZE RENEWABLES HOLDINGS, LLC and RYZE RENEWABLES NEVADA, LLC, | |
| Defendants | |

The Ryze defendants (collectively, Ryze) have waived their right to arbitrate under the relevant contracts (ECF Nos. 160, 161) and withdrawn their motion to compel arbitration (ECF No. 162). They also move to dismiss as moot Mirae's amended complaint, which seeks a declaration that Mirae is not obligated to participate in arbitration with Ryze. ECF No. 163. It is unclear whether Mirae intends to oppose the motion to dismiss, as counsel for the parties apparently did not confer before Ryze filed its briefs. Ryze's new filings seem to obviate the need for the February 3-6, 2025 trial on the enforceability of the arbitration provision and may impact the pending discovery plan. Finally, it is unclear whether Ryze intends to pursue its counterclaims in this lawsuit or to litigate those in one of the other jurisdictions where it is currently engaged.

I THEREFORE ORDER the parties to confer about the impact of Ryze's recent filings and what remains of the case. If the parties can reach agreements, they should reduce those to a stipulation. If disagreements remain, the parties will file a Joint Status Report outlining their

/ / / /

/ / / /

disagreements and proposing their respective alternatives for going forward with this case. The status report is due December 6, 2024.

DATED this 19th day of November, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE