UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO. LTD., <br><br> Plaintiff <br><br> v. <br><br> RYZE RENEWABLES HOLDINGS, LLC and RYZE RENEWABLES NEVADA, LLC, <br><br> Defendants | Case No.: 2:23-cv-01492-APG-NJK <br><br> **Order Vacating Trial Date, Lifting the Stay, and Requiring Parties to Submit a New Discovery Plan** |

The Ryze defendants (collectively, Ryze) waived their right to arbitrate under the relevant contracts, withdrew their motion to compel arbitration, and moved to dismiss as moot Mirae's amended complaint. I ordered the parties to confer about the impact of all this on the case. The parties have filed a Joint Status Report outlining their respective positions. ECF No. 178.

Mirae has filed an opposition to Ryze's motion to dismiss, so the amended complaint may not be moot. I will not decide that issue until Ryze files its reply in support of its motion.

The parties agree there is no need for a separate trial solely on the issue of arbitrability. *Id.* at 4. Mirae seeks to expand the scope of the February trial date to address all issues in this case, which Ryze opposes. I set that date based on the requirement in 9 U.S.C. § 4 that I "proceed summarily" to trial on the issue of arbitrability. Given that arbitrability is now moot, there is no need for an expedited trial, so I vacate the February 3-6, 2025 trial. Discovery has focused on arbitrability and related issues, but apparently the parties have not addressed all issues presented in this case. I thus return the case to the normal discovery and trial track. The

parties will confer about an amended discovery plan and submit their joint or individual proposals to Magistrate Judge Koppe.

I THEREFORE ORDER that the February 3-6, 2025 trial setting is vacated.

I FURTHER ORDER that my prior stay of Ryze's counterclaims **(ECF No. 43) is lifted.**

I FURTHER ORDER the parties to confer about an amended discovery plan and submit their joint or individual proposals to Magistrate Judge Koppe by January 30, 2025.

DATED this 9th day of December, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE