# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD., <br>     Plaintiff, <br> v. <br> RYZE RENEWABLES HOLDINGS, LLC, *et al.*, <br>     Defendants. | Case No. 2:23-cv-01492-APG-NJK <br><br> **Order** <br><br> [Docket No. 202] |

    Pending before the Court is Plaintiff's request for a Rule 16 conference. Docket No. 202. The Court hereby **SETS** a telephonic hearing for 2:30 p.m. on February 24, 2025. Instructions will be provided to the attorneys of record at a later date regarding the logistics for appearances.

    IT IS SO ORDERED.

    Dated: February 10, 2025

                                                            Nancy J. Koppe <br>
                                                            United States Magistrate Judge