**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD., <br><br>　　　Plaintiff <br><br>v. <br><br>RYZE RENEWABLES HOLDINGS, LLC, et al., <br><br>　　　Defendants | Case No.: 2:23-cv-01492-APG-NJK <br><br>**Order Affirming Magistrate Judge's Orders Denying Motion to Stay Case and Denying Motion for Protective Order** <br><br>[ECF Nos. 222, 225, 227, 228] |

　　　Defendants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC (collectively, Ryze) moved to stay discovery pending resolution of its motions to dismiss. ECF No. 210. Ryze also moved for a protective order to prevent its former accountant from disclosing documents or appearing for a deposition. ECF No. 168. Magistrate Judge Koppe denied both motions. ECF Nos. 222; 225. Ryze filed appeals of both orders. ECF Nos. 227; 228. I have reviewed the appeals, Judge Koppe's orders, and the underlying papers. Judge Koppe's orders are not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

　　　I THEREFORE ORDER that Magistrate Judge Koppe's orders **(ECF Nos. 222, 225) are affirmed** in their entirety, and Ryze's appeals **(ECF Nos. 227, 228) are denied**.

　　　DATED this 25th day of June, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE