# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>RYZE RENEWABLES HOLDINGS, LLC, *et al.*,<br><br>    Defendants. | Case No.: 2:23-cv-01492-APG-NJK<br><br>**Order**<br><br>[Docket No. 258] |

Pending before the Court is Plaintiff's motion to extend time, Docket No. 258, which is **GRANTED**.

Accordingly, any renewed motion practice, *see* Docket No. 252, must be brought no later than August 15, 2025.

IT IS SO ORDERED.

Dated: August 1, 2025

_____
Nancy J. Koppe
United States Magistrate Judge