PETER C. MEIER, ESQ., Bar No. 9123
petermeier@paulhastings.com
DANIEL PRINCE *(Admitted Pro Hac Vice)*
danielprince@paulhastings.com
ADAM J. FEE *(Admitted Pro Hac Vice)*
adamfee@paulhastings.com
D. SCOTT CARLTON *(Admitted Pro Hac Vice)*
scottcarlton@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: 213.683.6000
Facsimile: 213.627.0705

TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002

*Attorneys for Plaintiff and Counter-Defendant*
MIRAE ASSET SECURITIES CO., LTD.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br><br>Plaintiff,<br>v.<br><br>RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited company,<br><br>Defendants. | Case No.: 2:23-cv-01492-APG-NJK<br><br>**ORDER TO EXTEND TIME FOR MIRAE ASSET SECURITIES CO. TO FILE A MOTION TO COMPEL**<br><br>**(Second Request)** |
| RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,<br><br>Counter-Claimants,<br>vs.<br><br>MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br><br>Counter-Defendant. | |

Plaintiff Mirae Asset Securities Co., Ltd. ("Mirae Asset"), and Defendants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC (together, "Ryze") hereby stipulate and request that this Court extend the deadline within which Mirae Asset may file a renewed motion to compel in the above-captioned action.

In support of this Stipulation and Request, the Parties state as follows:

WHEREAS, on May 30, 2025, Mirae Asset filed a Motion to Compel Further Discovery Responses ("Motion to Compel"; ECF No. 236);

WHEREAS, on July 8, 2025, the Court entered an Order denying Plaintiff's Motion to Compel without prejudice, *inter alia*, directing parties to reengage in conferral efforts to resolve discovery disputes and setting a deadline of August 1, 2025 for any renewed motion practice on such discovery disputes (ECF No. 252);

WHEREAS, on July 31, 2025, given the parties' ongoing discussions, Mirae Asset filed an unopposed Motion for Extension of Time to Conduct Additional Practice Per Court's Prior Order (ECF No. 252), setting forth good cause and requesting a two-week extension of the Court's August 1, 2025 deadline to August 15, 2025 to allow for additional motion practice related to its Motion to Compel Further Discovery Responses ("Motion to Extend Time"; ECF No. 258);

WHEREAS, on August 1, 2025, the Court entered an Order granting Mirae Asset's Motion to Extend Time and directing any renewed motion practice be brought no later than August 15, 2025 (ECF No. 260);

WHEREAS, on August 2, 2025, Ryze produced approximately 66,173 documents responsive to the requests at issue in the Motion to Compel, Mirae Asset is currently reviewing the production for potential deficiencies, and the parties remain engaged in good-faith discussions with regarding search terms for the remaining requests at issue;

WHEREAS, the undersigned parties respectfully submit that, in light of the parties' continued ongoing discussions, additional time is needed to file any renewed motion to compel to allow for such discussions and good cause exists to extend the deadline within which Mirae Asset may file a motion to compel;

WHEREAS, this is the second request for extension of time;

2

1   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and upon approval and entry by the Court shall be ORDERED, as follows: Mirae Asset's deadline to file a motion to compel shall be extended to Friday, August 22, 2025.

**IT IS SO STIPULATED.**

Dated this <u>15th</u> day of August, 2025.

| EDGAR LAW FIRM, LLC | PAUL HASTINGS LLP |
|---|---|
| /s/ Michael R. Owens | /s/ Daniel Prince |
| John M. Edgar, Esq.<br>jme@edgarlawfirm.com<br>John F. Edgar, Esq.<br>jfe@edgarlawfirm.com<br>Michael R. Owens, Esq.<br>mro@edgarlawfirm.com<br>EDGAR LAW FIRM, LLC<br>2600 Grand Boulevard, Suite 440<br>Kansas City, MO 64108<br><br>G. Mark Albright, Esq.<br>gma@albrightstoddard.com<br>ALBRIGHT STODDARD WARNICK & ALBRIGHT<br>Daniel R. Ormsby, Esq.<br>dormsby@albrightstoddard.com<br>801 S. Rancho Dr. Suite D-4<br>Las Vegas, NV 89106<br><br>*Attorneys for Defendants/Counterclaimants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC* | Peter C. Meier, Esq., Bar No. 9123<br>petermeier@paulhastings.com<br>Daniel Prince *(Admitted Pro Hac Vice)*<br>danielprince@paulhastings.com<br>Adam J. Fee *(Admitted Pro Hac Vice)*<br>adamfee@paulhastings.com<br>D. Scott Carlton *(Admitted Pro Hac Vice)*<br>scottcarlton@paulhastings.com<br>PAUL HASTINGS LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071<br><br>Tamara Beatty Peterson, Esq. (#5218)<br>tpeterson@petersonbaker.com<br>PETERSON BAKER, PLLC<br>701 S. 7th Street<br>Las Vegas, NV 89101<br><br>*Attorneys for Plaintiff/Counter-Defendant Defendant Mirae Asset Securities Co., Ltd.* |

\* \* \*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  August 15, 2025

3