DENNIS L. KENNEDY
Nevada Bar No. 1462
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY✧KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
TBingham@BaileyKennedy.com

JOHN M. EDGAR
*(Admitted Pro Hac Vice)*
JOHN F. EDGAR
*(Admitted Pro Hac Vice)*
MICHAEL R. OWENS
*(Admitted Pro Hac Vice)*
ALEXANDER C. MELIN
*(Admitted Pro Hac Vice)*
**EDGAR LAW FIRM LLC**
2600 Grand Boulevard, Suite 440
Kansas City, Missouri 64108
Telephone: 816.531.0033
jme@edgarlawfirm.com
jfe@edgarlawfirm.com
mro@edgarlawfirm.com
acm@edgarlawfirm.com

*Attorneys for Defendants/Counter-Claimants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br><br>Plaintiff,<br><br>vs.<br><br>RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:23-cv-01492-APG-NJK<br><br>**SUBSTITUTION OF COUNSEL FOR RYZE RENEWABLES HOLDINGS, LLC AND RYZE RENEWABLES NEVADA, LLC**<br><br>**ORDER** |

|   |   |
|---|---|
| 1 | RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company, |
| 2 | |
| 3 | |
| 4 | Counter-Claimants, |
| 5 | vs. |
| 6 | MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company, |
| 7 | Counter-Defendant. |

IT IS HEREBY STIPULATED AND AGREED that BAILEY❖KENNEDY, specifically Dennis L. Kennedy, Esq. and Tayler D. Bingham, Esq., be substituted in place and stead of Mark Albright, Esq., Daniel R. Ormsby, Esq., and the law firm of ALBRIGHT, STODDARD, WARNICK & ALBRIGHT as counsel for Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC.

DATED this 26th day of August, 2025.                    DATED this 26th day of August, 2025.

RYZE RENEWABLES HOLDINGS, LLC                 RYZE RENEWABLES NEVADA, LLC

By: /s/ Matthew G. Pearson                                        By: /s/ Matthew G. Pearson
    Matthew G. Pearson, its Managing Member          Matthew G. Pearson, its Managing Member

DATED this 26th day of August, 2025.                    DATED this 26th day of August, 2025

BAILEY❖KENNEDY                                              ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

By: /s/ Dennis L. Kennedy                                         By: /s/ G. Mark Albright
    DENNIS L. KENNEDY                                          G. MARK ALBRIGHT
    TAYLER D. BINGHAM                                          DANIEL R. ORMSBY
                                                                                          801 S. RANCHO DRIVE, STE D4
*Attorneys for Plaintiffs*                                              LAS VEGAS, NV 89106
*Ryze Renewables Holdings, LLC and Ryze*                (702) 384-7111
*Renewables Nevada LLC*

**ORDER**
IT IS SO ORDERED
Dated: August 27, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that I am an employee of BAILEY✦KENNEDY and that on the 26th day of August, 2025, service of the foregoing **SUBSTITUTION OF COUNSEL FOR RYZE RENEWABLES HOLDINGS, LLC AND RYZE RENEWABLES NEVADA, LLC** was made by mandatory electronic service through the United States District Court's electronic filing system and/or by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

TAMARA BEATTY PETERSON
**PETERSON BAKER, PLLC**
701 South 7th Street
Las Vegas, Nevada 89101

Email:
tpeterson@petersonbaker.com

*Attorneys for Plaintiff/Counter-Defendant Mirae Asset Securities Co., Ltd.*

---

PETER C. MEIER (PRO HAC VICE)
DANIEL PRINCE (PRO HAC VICE)
ADAM J. FEE (PRO HAC VICE)
D. SCOTT CARLTON (PRO HAC VICE)
**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor
Los Angeles, California 90071

Email:
petermeier@paulhastings.com
danielprince@paulhastings.com
adamfee@paulhastings.com
scottcarlton@paulhastings.com

*Attorneys for Plaintiff/Counter-Defendant Mirae Asset Securities Co., Ltd.*

/s/ Sienna Tracey
Employee of BAILEY✦KENNEDY