UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MIRAE ASSET SECURITIES CO., LTD., a )
Republic of Korea company,            )
                                      )
            Plaintiff(s),             )
                                      )
vs.                                   )
RYZE RENEWABLES HOLDINGS, LLC,        )
a Nevada limited liability company, and )
RYZE RENEWABLES NEVADA, LLC           )
            Defendant(s).             )
_____)

Case #2:23-cv-01492-APG-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Joseph Montoya_____, Petitioner, respectfully represents to the Court:
         (name of petitioner)

   1.    That Petitioner is an attorney at law and a member of the law firm of

_____Paul Hastings LLP_____
                              (firm name)

with offices at _____515 South Flower Street, 25th Floor_____,
                                    (street address)

_____Los Angeles_____, _____California_____, _____90071_____,
        (city)                (state)           (zip code)

___(213) 683-6000___, ___josephmontoya@paulhastings.com___.
(area code + telephone number)        (Email address)

   2.    That Petitioner has been retained personally or as a member of the law firm by

___Mirae Asset Securities Co., Ltd.___ to provide legal representation in connection with
         [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __November 29, 2018__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __California__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court Central District of CA | December 18, 2018 | 322279 |
| U.S. District Court Southern District of CA | April 11, 2022 | 322279 |
| U.S. Court of Appeals for the Ninth Circuit | August 26, 2025 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Case 2:23-cv-01492-APG-NJK    Document 276    Filed 09/18/25    Page 3 of 6

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of California

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1      That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2      FOR THE PURPOSES OF THIS CASE ONLY.

                                                                      _/s/ Joseph Montoya_____
                                                                       Petitioner's signature

STATE OF ____California____ )
                                          )
COUNTY OF ____Los Angeles____ )

           ____Joseph Montoya____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

                                                                     _/s/ Joseph Montoya_____
                                                                        Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

*See attached loose certificate*

_____
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

     Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Tamara Beatty Peterson____,
                                                                                                      (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____701 S. 7th Street_____,
                                                                      (street address)

_____Las Vegas_____, _____Nevada_____, ___89101___,
               (city)                                      (state)              (zip code)

___(702) 786-1001___, ___tpeterson@petersonbaker.com___.
(area code + telephone number)          (Email address)

4

Rev. 5/16

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles



Subscribed and sworn to (or affirmed) before me on this 17th day of September, 20 25 by

(1) Joseph Montoya

And (2) _____
Name(s) of signers

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _Corinne L. Patera_
Signature of Notary Public

Place Notary Seal and/or Stamp Above

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Tamara Beatty Peterson_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Mirae asset Securities Head of Legal department
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_/s/ Tamara Beatty Peterson_
Designated Resident Nevada Counsel's signature

5218                tpeterson@petersonbaker.com
Bar number          Email address

APPROVED:

Dated: this __18th__ day of __September__, 20__25__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16