# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD., <br>     Plaintiff, <br> v. <br> RYZE RENEWABLES HOLDINGS, LLC, et al., <br>     Defendants. | Case No. 2:23-cv-01492-APG-NJK <br><br> **Order** <br><br> [Docket No. 286] |

Pending before the Court is the parties' joint request for status conference and stipulation for expedited briefing schedule for emergency motions for protective order. Docket No. 286; *see also* Docket Nos. 281, 284.

Accordingly, the instant motion is **GRANTED** in part and **DENIED** in part. Docket No. 286. The Court **DECLINES** to schedule a status conference at this time. Responses to the pending emergency motions must be filed by September 24, 2025. Any replies must be filed by September 26, 2025, and are limited to five pages in length.

IT IS SO ORDERED.

Dated: September 22, 2025

                                                               Nancy J. Koppe <br>
                                                              United States Magistrate Judge