# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD., <br>    Plaintiff, <br> v. <br> RYZE RENEWABLES HOLDINGS, LLC, et al., <br>    Defendants. | Case No. 2:23-cv-01492-APG-NJK <br><br> **Order** <br><br> [Docket No. 288] |

Pending before the Court is Plaintiff's emergency motion to stay Rule 30(b)(6) deposition pending resolution of emergency motion for protective order.[1]  Docket No. 288; *see also* Docket No. 284.  A response to the instant emergency motion must be filed by September 25, 2025.  Any reply must be filed by September 26, 2025.

IT IS SO ORDERED.

Dated: September 24, 2025

                                                 Nancy J. Koppe <br>
                                                 United States Magistrate Judge

---

[1] The parties have emailed Chambers directly on multiple occasions regarding the filing of emergency motions.  Per Local Rule 7-4(d), the parties are reminded that the "moving party must advise the courtroom administrators" for the assigned judges that the motion was filed.  Any further communications regarding emergency motions must be directed to courtroom administrator Ari Caytuero.