PETER C. MEIER (NSB No. 9123)
petermeier@paulhastings.com
DANIEL PRINCE (*PRO HAC VICE)*
danielprince@paulhastings.com
D. SCOTT CARLTON (*PRO HAC VICE)*
scottcarlton@paulhastings.com
BRIAN S. KAEWERT (*PRO HAC VICE*)
Briankaewert@paulhastings.com
JOSEPH MONTOYA (*PRO HAC VICE*)
Josephmontoya@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

TAMARA B. PETERSON (NSB No. 5218)
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 786-1001
Facsimile: (702) 786-1002

Attorneys for Plaintiff and Counter-Defendant
MIRAE ASSET SECURITIES CO., LTD.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,

Plaintiff,

vs.

RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,

Defendants.

---

RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,

Counter-Claimants,

vs.

MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,

Counter-Defendant.

CASE NO. 2:23-cv-01492-APG-NJK

**DECLARATION OF HUIJUN YANG**

Judge: Hon. Andrew P. Gordon
Action Filed: September 22, 2023
Complaint Served: October 3, 2023

# DECLARATION OF HUIJUN YANG

I, Huijun Yang, declare as follows:

1. I am a former Senior Manager and Member of the Private Equity Team at Mirae Asset Securities Co., Ltd. ("Mirae Asset"). I submit this declaration in support of Mirae Asset's Motion for Summary Judgment. Unless otherwise noted herein, all of the statements in this declaration are based upon my personal knowledge or upon information available to me in the regular course of my duties. If called as a witness in this matter, I could and would competently testify to the matters set forth in this declaration. I have reviewed a Korean translation of this declaration that was prepared with the assistance of counsel, Paul Hastings LLP.

2. My current business address is 26F., 10, Gukjegeumyung-ro, Yeongdeungpo-gu, Seoul, Republic of Korea 07326.

3. I was employed at Mirae Asset from 2007 until I voluntarily left the company on April 30, 2024.

4. I reviewed and signed my prior declaration submitted in this action on or about September 22, 2023, a true and correct copy of which is attached hereto as Exhibit A. *See* ECF No. 4-2. I understand that a Korean translation of my prior declaration, which I reviewed on September 22, 2023, was filed on September 29, 2023. A true and correct copy of the Korean translation of my prior declaration is attached hereto as Exhibit B. *See* ECF No. 11 at 16–21.

5. Except as otherwise identified here (including my current business address and date of separation from Mirae Asset), the statements and facts contained in my prior declaration were true and correct at the time they were filed with the Court, and such facts and statements remain true today.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on this 10th day of November 2025, at Seoul, Republic of Korea.

HUIJUN YANG





91*6/양*준/PE팀/2025-11-10 09:11:24

# KOREAN DECLARATION

PETER C. MEIER (NSB No. 9123)
petermeier@paulhastings.com
DANIEL PRINCE (*PRO HAC VICE)*
danielprince@paulhastings.com
D. SCOTT CARLTON (*PRO HAC VICE)*
scottcarlton@paulhastings.com
BRIAN S. KAEWERT (*PRO HAC VICE*)
Briankaewert@paulhastings.com
JOSEPH MONTOYA (*PRO HAC VICE*)
Josephmontoya@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

TAMARA B. PETERSON (NSB No. 5218)
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 786-1001
Facsimile: (702) 786-1002

Attorneys for Plaintiff and Counter-Defendant
MIRAE ASSET SECURITIES CO., LTD.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| 대한민국 회사, 미래에셋증권 (MIRAE ASSET SECURITIES CO., LTD.)<br>원고,<br>vs.<br>네바다주 유한책임회사 (Nevada limited liability company), RYZE RENEWABLES HOLDINGS, LLC 및 RYZE RENEWABLES NEVADA, LLC<br>피고. | CASE NO. 2:23-cv-01492-APG-NJK<br><br>**양희준의 진술**<br><br>판사: Hon. Andrew P. Gordon<br>소송 제기일: 2023 년 9 월 22 일<br>소장 송달일: 2023 년 10 월 3 일 |
| 네바다주 유한책임회사 (Nevada limited liability company), RYZE RENEWABLES HOLDINGS, LLC 및 RYZE RENEWABLES NEVADA, LLC<br>반소원고,<br>vs.<br>대한민국 회사, 미래에셋증권 (MIRAE ASSET SECURITIES CO., LTD.)<br>반소피고. | |

**양 희 준의 진술**

양 희 준, 본인은 다음과 같이 진술합니다:

1. 본인은 미래에셋증권(Mirae Asset Securities Co., Ltd., 이하 "미래에셋") Private Equity 팀의 전 시니어 매니저이자 구성원입니다. 본인은 미래에셋의 사실심리생략판결 신청을 뒷받침하기 위한 본 진술서를 제출합니다. 본 진술서에서 달리 명시하지 않는 한, 본 진술서 상 모든 진술은 본인의 직접적인 지식이나 본인의 일상적인 직무 수행 과정에서 본인에게 가용한 정보에 근거합니다. 본 사안과 관련하여 증인으로 소환될 경우, 본인은 본 진술서에 제공된 내용에 대해 증언할 수 있습니다. 본인은 Paul Hastings LLP 의 도움으로 작성된 본 진술서의 한글 번역본을 검토하였습니다.

2. 본인의 현재 업무 주소지는 대한민국 (우) 07326 서울특별시 영등포구 국제금융로 10, 26 층 입니다.

3. 본인은 미래에셋에 2007 년부터 2024 년 4 월 30 일에 자발적으로 퇴사할 때까지 고용되어 있었습니다.

4. 본인은 이 사건에서 제출된 본인의 이전 진술서를 2023 년 9 월 22 일경에 검토하고 서명하였으며, 그 진실되고 정확한 사본이 본 진술서에 A 호증으로 첨부되어 있습니다. ECF No. 4-2 *참조*. 본인은 2023 년 9 월 22 일 본인이 검토한 본인의 이전 진술서의 한글 번역본이 2023 년 9 월 29 일 제출되었음을 알고 있습니다. 진실되고 정확한 본인의 이전 진술서의 한글 번역본은 본 진술서에 B 호증으로 첨부되어 있습니다. ECF No. 11 의 16-21 행 *참조*.

5. 본 진술서에 달리 명시된 사항(본인의 현재 업무 주소지와 미래에셋사로부터의 퇴사일 포함)을 제외하고는, 법원에 제출된 본인의 이전 진술서에 포함된 진술 및 사실은 당시 모두 진실하고 정확하였으며, 그 사실과 진술은 현재에도 진실합니다.

본인은 미국 법에 따른 위증 처벌 하에 위의 내용이 진실하고 정확하다는 것을 진술합니다. 본 진술서는 2025 년 11 월 10 일 대한민국 서울에서 체결되었습니다.

[서명됨] /s/ HUIJUN YANG

양희준(HUIJUN YANG)

## CERTIFICATE OF TRANSLATION ACCURACY

I am a professional translator, reviewer, or project manager specializing in translating Korean, Japanese, and Chinese to English and vice versa.

I served as Chief Examiner of the certified court interpreter test for the State of California and as a contract translator and interpreter for various federal agencies through the U.S. Department of State for more than a decade. I served as an instructor at the University of California at Berkeley, and the Middlebury Institute of International Studies at Monterey (MIIS) Graduate Program in Translation.

I have more than 35 years of experience translating numerous technical, legal, and business documents from Korean to English or vice versa submitted to, among others, Korean judicial authorities, U.S. federal courts, the U.S. International Trade Commission (ITC), the U.S. Patent and Trademark Office (USPTO), and the USPTO Patent Trial and Appeal Board (PTAB).

I certify that I reviewed and edited the following document translated from English to Korean.

## DECLARATION OF HUIJUN YANG

I also certify that this is a true, correct, and complete translation of the corresponding source text to the best of my knowledge and ability.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of November 2025 in Contra Costa County of the State of California.

By:______________________

Alex N. Jo
Member, ATA