1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

18

19  Mirae Asset Securities Co., Ltd., a
    Republic of Korea company,

20

21          Plaintiff,

22       v.

23  Ryze Renewables Holdings, LLC, a
    Nevada limited liability company, and
24  Ryze Renewables Nevada, LLC, a Nevada
    limited liability company,

25

26          Defendants.

27

28

CASE NO. 2:23-cv-01492-APG-NJK

**ORDER EXTENDING TIME FOR**
**REPLIES IN SUPPORT OF MOTIONS**
**TO COMPEL (ECF NOS. 327 AND 329)**

Judge: Andrew P. Gordon

Date Action Filed:  September 22, 2023

1

2   Ryze Renewables Holdings, LLC, a
    Nevada limited liability company, and
3   Ryze Renewables Nevada, LLC, a Nevada
    limited liability company,
4
        Counterclaimants,
5
    v.
6
7   Mirae Asset Securities Co., Ltd., a
    Republic of Korea company,
8
        Counterdefendant.
9

10       Plaintiff MIRAE ASSET SECURITIES CO., LTD. ("Mirae Asset"), Defendants RYZE

11  RENEWABLES HOLDINGS, LLC and RYZE RENEWABLES NEVADA, LLC (together,

12  "Ryze"), and Third Party Subpoena Respondent Matthew G. Pearson ("Pearson") (together, all

13  "Parties"), by and through their undersigned counsel, hereby submit this Stipulation and Proposed

14  Order extending the deadline for Mirae Asset to file Reply briefs in support of its Motions to

15  Compel (ECF Nos. 327 and 329).

16       1.      On November 12, 2025, Mirae Asset filed Motions to Compel regarding Matthew

17  Pearson and Ryze. See ECF Nos. 327 and 329.

18       2.      By operation of LR 7-2(b), Ryze's deadline to file Responses in opposition to the

19  Motions to Compel falls on November 26, 2025. Ryze and Mr. Pearson expect to file their

20  respective Responses on or shortly before this deadline.

21       3.      By operation of LR 7-2(b), Mirae Asset's deadline to file Reply briefs would then

22  fall on December 3, 2025. Due to the intervening Thanksgiving holiday, and for good cause

23  appearing and not for purposes of delay, the parties request that the deadline for Mirae Asset's

24  Reply briefs be extended to December 5, 2025.

25       4.      Accordingly, the parties request the briefing schedule be modified as follows:

26  Mirae Asset's Reply briefs in support of its Motion to Compel Matthew Pearson's Compliance

27

28

with Discovery Agreements (ECF No. 327) and Motion to Compel Ryze's Compliance with Discovery Agreements (ECF No. 329) shall be due on or before December 5, 2025.

**IT IS SO ORDERED**

Dated: November 25, 2025

_____

Nancy J. Koppe
United States Magistrate Judge