| | |
|---|---|
| DENNIS L. KENNEDY<br>Nevada Bar No. 1462<br>TAYLER D. BINGHAM<br>Nevada Bar No. 15870<br>**BAILEY❖KENNEDY**<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302<br>Telephone: 702.562.8820<br>Facsimile: 702.562.8821<br>DKennedy@BaileyKennedy.com<br>TBingham@BaileyKennedy.com | BRUCE D. PARKE<br>*(Admitted Pro Hac Vice)*<br>ANNA K. D'AGOSTINO<br>*(Admitted Pro Hac Vice)*<br>CHRISTOPHER A. MILLER<br>*(Admitted Pro Hac Vice)*<br>**MILLER SHAH LLP**<br>bdparke@millershah.com<br>akdagostino@millershah.com<br>camiller@millershah.com<br>Telephone: (866) 540-5505<br>Facsimile: (866) 300-7367<br>1845 Walnut Street, Suite 806<br>Philadelphia, PA 19103 |

JOHN M. EDGAR
*(Admitted Pro Hac Vice)*
JOHN F. EDGAR
*(Admitted Pro Hac Vice)*
MICHAEL R. OWENS
*(Admitted Pro Hac Vice)*
ALEXANDER C. MELIN
*(Admitted Pro Hac Vice)*
**EDGAR LAW FIRM LLC**
2600 Grand Boulevard, Suite 440
Kansas City, Missouri 64108
Telephone: 816.531.0033
jme@edgarlawfirm.com
jfe@edgarlawfirm.com
mro@edgarlawfirm.com
acm@edgarlawfirm.com

*Attorneys for Defendants/Counter-Claimants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Mirae Asset Securities Co., Ltd., a Republic of Korea company,<br><br>Plaintiff,<br><br>v.<br><br>Ryze Renewables Holdings, LLC, a Nevada limited liability company, and Ryze Renewables Nevada, LLC, a Nevada limited liability company,<br><br>Defendants. | CASE NO. 2:23-cv-01492-APG-NJK<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE RE: PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 331)**<br><br>Judge: Andrew P. Gordon<br><br>Date Action Filed: September 22, 2023 |

Ryze Renewables Holdings, LLC, a Nevada limited liability company, and Ryze Renewables Nevada, LLC, a Nevada limited liability company,

Counterclaimants,

v.

Mirae Asset Securities Co., Ltd., a Republic of Korea company,

Counterdefendant.

Plaintiff-Counterdefendant MIRAE ASSET SECURITIES CO., LTD. ("Mirae Asset") and Defendants-Counterclaimants RYZE RENEWABLES HOLDINGS, LLC and RYZE RENEWABLES NEVADA, LLC (together, "Ryze"), by and through their undersigned counsel, hereby submit this Stipulation and Proposed Order extending the briefing schedule regarding Mirae Asset's Motion for Summary Judgment (ECF No. 331).

1. On November 12, 2025, Mirae Asset filed its Motion for Summary Judgment (ECF No. 331).

2. By operation of LR 7-2(b), Ryze's deadline to file a response falls on December 3, 2025.

3. Good cause exists for this extension due to the scope of the issues raised in the Motion, the need for translations of certain evidentiary documents, and the upcoming Thanksgiving holiday. Accordingly, the parties request the briefing schedule be modified as follows:

- Ryze's Response shall be due on or before December 9, 2025; and
- Mirae Asset's Reply shall be due on or before December 23, 2025.

IT IS SO STIPULATED.

/
/
/

- 2 -

1  /
2  /
3  /
4  /
5  /
6  /
7  /

| | |
|---|---|
| Dated November 25, 2025. | Respectfully submitted by stipulation, |
| | |
| DENNIS L. KENNEDY | TAMARA BEATTY PETERSON |
| Nevada Bar No. 1462 | **PETERSON BAKER, PLLC** |
| TAYLER D. BINGHAM | 701 S. 7th Street |
| Nevada Bar No. 15870 | Las Vegas, NV 89101 |
| **BAILEY❖KENNEDY** | Telephone: (702) 786-1001 |
| 8984 Spanish Ridge Avenue | Facsimile: (702) 786-1002 |
| Las Vegas, Nevada 89148-1302 | tpeterson@petersonbaker.com |
| Telephone: (702) 562-8820 | |
| Facsimile: (702) 562-8821 | and |
| DKennedy@BaileyKennedy.com | |
| TBingham@BaileyKennedy.com | /s/  Brian S. Kaewert |
| | PAUL HASTINGS LLP |
| | PETER C. MEIER |
| /s/ Michael R. Owens | petermeier@paulhastings.com |
| John M. Edgar (PHV) | DANIEL PRINCE (Pro Hac Vice) |
| John F. Edgar (PHV) | danielprince@paulhastings.com |
| Michael R. Owens (PHV) | D. SCOTT CARLTON (Pro Hac Vice) |
| Alexander C. Melin (PHV) | scottcarlton@paulhastings.com |
| **EDGAR LAW FIRM LLC** | BRIAN S. KAEWERT (Pro Hac Vice) |
| 2600 Grand Boulevard, Ste. 440 | briankaewert@paulhastings.com |
| Kansas City, Missouri 64108 | JOSEPH MONTOYA (Pro Hac Vice) |
| Telephone: (816) 531-0033 | josephmontoya@paulhastings.com |
| jme@edgarlawfirm.com | LEO R. TSAO (Pro Hac Vice) |
| jfe@edgarlawfirm.com | leotsao@paulhastings.com |
| mro@edgarlawfirm.com | AVI WEITZMAN (Pro Hac Vice) |
| acm@edgarlawfirm.com | aviweitzman@paulhastings.com |
| | 515 South Flower Street |
| | 25th Floor |
| **MILLER SHAH LLP** | Los Angeles, CA 90071 |
| BRUCE D. PARKE | Telephone: (213) 683-6000 |
| *(Admitted Pro Hac Vice)* | Facsimile: (213) 627-0705 |
| ANNA K. D'AGOSTINO | |
| *(Admitted Pro Hac Vice)* | |

CHRISTOPHER A. MILLER
*(Admitted Pro Hac Vice)*
bdparke@millershah.com
akdagostino@millershah.com
camiller@millershah.com
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
1845 Walnut Street, Suite 806
Philadelphia, PA  19103

*Attorneys for Plaintiff/Counterdefendant Mirae Asset Securities Co., Ltd.*

*Attorneys for Defendants/Counterclaimants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC*

\* \* \*

**ORDER**

IT IS SO ORDERED:

Dated: December 1, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE