PETER C. MEIER (NSB No. 9123)
petermeier@paulhastings.com
DANIEL PRINCE (*PRO HAC VICE)*
danielprince@paulhastings.com
D. SCOTT CARLTON (*PRO HAC VICE)*
scottcarlton@paulhastings.com
BRIAN S. KAEWERT (*PRO HAC VICE*)
briankaewert@paulhastings.com
JOSEPH MONTOYA (*PRO HAC VICE*)
josephmontoya@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

TAMARA B. PETERSON (NSB No. 5218)
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 786-1001
Facsimile: (702) 786-1002
Attorneys for Plaintiff and Counter-Defendant
Mirae Asset Securities Co., Ltd

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br><br>Plaintiff,<br>vs.<br><br>RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,<br><br>Defendants. | CASE NO. 2:23-cv-01492-APG-NJK<br><br>**DECLARATION OF EUN-MI PARK**<br><br>Judge: Andrew P. Gordon<br>Action Filed: September 22, 2023<br>Complaint Served: October 3, 2023 |
| RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,<br><br>Counter-Claimants,<br>vs.<br><br>MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br><br>Counter-Defendant. | |

**DECLARATION OF EUN-MI PARK**

I, Eun-mi Park, declare as follows:

1. I am the Team Leader of the Assessment Team at Mirae Asset Securities Co., Ltd. ("Mirae Asset" or the "Company"). I submit this declaration in support of Mirae Asset's Reply in Support of its Motion for Summary Judgment. Unless otherwise noted herein, the statements in this declaration are based upon my personal knowledge or upon information available to me in the regular course of my duties. If called as a witness in this matter, I could and would competently testify to the matters set forth in this declaration. My native language is Korean and I have reviewed a Korean translation of this declaration. I also am conversant in English and have reviewed this declaration in English.

2. My current business address is Mirae Asset Center 1 Bldg., 26, Eulji-Ro 5-Gil, Jung-Gu, Seoul, Republic of Korea 04539.

3. I have been employed at Mirae Asset since 2015. As the Team Leader of the Assessment Team, I am familiar with Mirae Asset's approval process for potential investment opportunities.

4. As noted in my prior declaration, before a potential investment opportunity receives approval, it must pass several steps, including review of the deal by the Assessment Team. For purposes of reviewing a deal (once it has passed initial review and received approval to begin negotiations), the Assessment Team acts as the initial group to review and provide an opinion on the deal. If the Assessment Team has a negative opinion of the deal, then the deal does not advance to decision-making bodies such as the Investment Assessment Committee, as the Assessment Team's review acts as the initial barrier to entry and the first group to review the deal on a more substantive basis.

5. In reviewing the Ryze deal in February 2021, I and other members of the Assessment Team prepared the Issue Report discussed in my prior declaration. While the Issue Report itself does not explicitly note that the potential Ryze deal was rejected, the

details of the Issue Report was intended to make clear internally at Mirae Asset that the Assessment Team had a negative opinion of the deal.

6. Due to the negative rating outlined in the Issue Report, the Assessment Team discontinued its review of the potential Ryze deal as it stood. However, when the Assessment Team issues a negative opinion on a deal, it does so as to the deal as currently structured, meaning other employees at the Company may seek to alter the deal and resubmit it with a different structure as necessary. In such circumstances, the deal may not be marked as officially "denied." Indeed, given the hundreds of potential deals that Mirae Asset reviews every year, the Assessment Team does not provide an explicit opinion on each deal.

7. I understand that in its Opposition to Mirae Asset's Motion for Summary Judgment, Ryze appended copies of internal spreadsheets at Mirae Asset that list the Ryze deal as "pending." The spreadsheet marks the deal as such because while the Assessment Team had issued a negative opinion on the deal, and it would not be accepted as structured in February or March 2021, the possibility remained that the deal may be altered in such a manner that it could have been reviewed once again. On the other hand, if the deal had been approved, I would have updated these spreadsheets to reflect as much, as I do with other deals that have been approved by the Assessment Team. I did not do so because the deal did not get approved by the Assessment Team or by the Investment Assessment Committee.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on this 23rd day of December, 2025, at Seoul, Republic of Korea.

EUN-MI PARK

MIRAE ASSET



2025-12-23 17:28:45

# KOREAN DECLARATION

PETER C. MEIER (NSB No. 9123)
petermeier@paulhastings.com
DANIEL PRINCE (*PRO HAC VICE)*
danielprince@paulhastings.com
D. SCOTT CARLTON (*PRO HAC VICE)*
scottcarlton@paulhastings.com
BRIAN S. KAEWERT (*PRO HAC VICE*)
briankaewert@paulhastings.com
JOSEPH MONTOYA (*PRO HAC VICE*)
josephmontoya@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

TAMARA B. PETERSON (NSB No. 5218)
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 786-1001
Facsimile: (702) 786-1002
Attorneys for Plaintiff and Counter-Defendant
Mirae Asset Securities Co., Ltd

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 대한민국 회사, 미래에셋증권(MIRAE ASSET SECURITIES CO., LTD.)<br>원고,<br>vs.<br>네바다주 유한책임회사(Nevada limited liability company), RYZE RENEWABLES HOLDINGS, LLC 및 RYZE RENEWABLES NEVADA, LLC<br>피고. | CASE NO. 2:23-cv-01492-APG-NJK<br><br>박은미의 진술<br><br>판사: Andrew P. Gordon<br>소송 제기일: 2022 년 9 월 22 일<br>소장 송달일: 2023 년 10 월 3 일 |
| 네바다주 유한책임회사(Nevada limited liability company), RYZE RENEWABLES HOLDINGS, LLC 및 RYZE RENEWABLES NEVADA, LLC<br>반소원고,<br>vs.<br>대한민국 회사, 미래에셋증권(MIRAE ASSET SECURITIES CO., LTD.)<br>반소피고. | |

<u>박은미의 진술</u>

본인, 박은미는 다음과 같이 진술합니다:

1. 본인은 미래에셋증권주식회사(Mirae Asset Securities Co., Ltd. 이하 “미래에셋”)의 심사팀의 팀장입니다. 본인은 미래에셋의 사실심리생략판결 신청을 지지하는 답변서를 뒷받침하기 위한 본 진술서를 제출합니다. 본 진술서에서 달리 명시하지 않는 한, 본 진술서 상 모든 진술은 본인의 직접적인 지식이나 본인의 일상적인 직무 수행 과정에서 본인에게 가용한 정보에 근거합니다. 본 사안과 관련하여 증인으로 소환될 경우, 본인은 본 진술서에 제공된 내용에 대해 증언할 수 있습니다. 본인의 모국어는 한국어이며 본인은 본 진술서의 한국어 번역본을 검토하였습니다. 또한 본인은 영어에 익숙하며 본 진술서의 영문본을 검토하였습니다.

2. 본인의 현재 업무 주소지는 대한민국 (우) 04539 서울특별시 중구 을지로 5 길 26, 미래에셋 센터원 빌딩입니다.

3. 본인은 미래에셋에서 2015 년부터 고용되어 있습니다. 심사팀의 팀장으로서, 본인은 미래에셋의 잠재적 투자 기회에 대한 승인과정에 대해 익숙합니다.

4. 앞서 제출한 저의 진술서에서 언급한 바와 같이, 잠재적 투자 기회에 대한 최종 승인을 받기 전에는 심사팀의 딜(deal) 검토를 포함한 여러 단계를 거쳐야 합니다. 딜을 검토하기 위한 목적상 (초기 검토를 통과하고 협상 개시 승인을 받은 이후), 심사팀은 해당 딜을 검토하고 이에 대한 의견을 제시하는 초기 그룹으로서의 역할을 합니다. 심사팀이 해당 딜에 대해 부정적인 의견을 가질 경우, 해당 딜은 투자심사위원회와 같은 다른 의사결정기구로 진행되지 않는데, 이는 심사팀의 검토가 초기 진입 관문이자, 딜에 대한 보다 실질적 검토가 이루어지는 첫 단계이기 때문입니다.

5. 2021 년 2 월 Ryze 딜을 검토하던 중, 본인과 심사팀 팀원들은 저의 이전 진술서에서 논의했던 이슈 리포트를 준비하였습니다. 잠재적 Ryze 딜이 리젝트(reject) 되었다는 사실이 이슈 리포트 자체에 명백하게 언급되진 않았지만,

이슈 리포트의 세부 내용들은 미래에셋 심사팀이 해당 딜에 부정적인 의견을 가지고 있다는 점을 내부적으로 명확히 하려는 의도로 작성되었습니다.

6. 이슈 리포트에 명시된 심사팀의 부정적 평가로 인해, 잠재적 Ryze 딜의 검토는 당시 상태 그대로 중단되었습니다. 하지만 심사팀이 어떤 딜에 대해 부정적 평가를 제시하는 경우, 이는 현재 구조로서의 해당 딜에 대한 것이기 때문에, 필요에 따라 회사 내 다른 직원들이 해당 딜의 구조를 개조하여 다시 제출하려 할 수 있습니다. 그러한 경우, 해당 딜은 공식적으로 “거부”된 것으로 표시되지 않을 수 있습니다. 실제로 미래에셋은 매년 수백 건의 잠재적 딜을 검토하므로, 심사팀은 모든 딜에 대해 명시적인 의견을 제시하지는 않습니다.

7. 본인은 Ryze 가 미래에셋의 사실심리생략판결 신청을 반박하는 서면에 Ryze 딜이 “보류”로 기재된 미래에셋의 내부 스프레드시트 사본을 첨부한 것으로 알고 있습니다. 스프레드시트에서 “보류”로 표시되었던 이유는 심사팀이 해당 딜에 대해 부정적인 의견과 함께 2021 년 2 월 또는 3 월에 당시 구조로는 승인이 되지 않을 것이라고 제시했지만, 해당 딜이 수정되어 재검토될 가능성이 있었기 때문입니다. 반면에, 만약 딜이 승인되었다면 본인이 심사팀에 의해 승인된 다른 딜에서 했던 것처럼 스프레드시트에 본인이 그 내용을 충분히 반영했을 것입니다. 본인은 그렇게 하지 않은 이유는 해당 딜이 심사팀 또는 투자심사위원회로부터 승인을 받은 적이 없기 때문입니다.

본인은 미국 법에 따른 위증 처벌 하에 위의 내용이 진실하고 정확하다는 것을 진술합니다. 본 진술서는 2025 년 12 월 23 일 대한민국 서울에서 체결되었습니다.

/s/ Eun-Mi Park
박은미(EUN-MI PARK)

## CERTIFICATE OF TRANSLATION ACCURACY

I am a professional translator, reviewer, and/or project manager specializing in translating Korean, Japanese, and Chinese to English and vice versa.

I served as Chief Examiner of the certified court interpreter test for the State of California and as a contract translator and interpreter for various federal agencies through the U.S. Department of State for more than a decade. I served as an instructor at the University of California at Berkeley, and the Middlebury Institute of International Studies at Monterey (MIIS) Graduate Program in Translation.

I have more than 35 years of experience translating numerous technical, legal, and business documents from Korean to English or vice versa submitted to, among others, Korean judicial authorities, U.S. federal courts, the U.S. International Trade Commission (ITC), the U.S. Patent and Trademark Office (USPTO), and the USPTO Patent Trial and Appeal Board (PTAB).

I certify that I reviewed and edited the following document from English to Korean.

## DECLARATION OF EUN-MI PARK

I also certify that this is a true, correct, and complete translation of the corresponding source text to the best of my knowledge and ability.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of December 2025 in Contra Costa County of the State of California.

By: ________________________

Alex N. Jo
Member, ATA