**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD., | Case No.: 2:23-cv-01492-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| RYZE RENEWABLES HOLDINGS, LLC, et al., | |
| Defendants | |

I ORDER that Mirae Asset Securities Co., Ltd.'s response to the emergency objection to Magistrate Judge's order (ECF No. 392) is due Monday, January 26 by 12:00 p.m. (PST).  If the parties agree to postpone the depositions until I resolve the objection, then Mirae's response will be due in the ordinary course.

DATED this 23rd day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE