**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MIRAE ASSET SECURITIES CO., LTD.,

    Plaintiff,

v.

RYZE RENEWABLES HOLDINGS, LLC, et al.,

    Defendants.

Case No. 2:23-cv-01492-APG-NJK

**Order**

[Docket No. 425]

Pending before the Court is Defendants' motion to vacate order granting motion for issuance of letters rogatory. Docket No. 425; *see also* Docket No. 423.

On March 17, 2026, Plaintiff filed a motion for issuance of letters rogatory to conduct the depositions of Huijun Yang and Hyun Joo Park. Docket Nos. 418, 418-1, 418-2. The Court granted the motion. Docket No. 423. Through the instant motion, Defendants request that the Court (a) vacate its order granting Plaintiff's motion for issuance of letters rogatory; (b) stay transmission of the letters rogatory to the Republic of Korea pending briefing; and (c) permit Defendants to file its opposition by March 31, 2026. Docket No. 425 at 5.

For good cause shown, the Court **GRANTS** Defendants' motion. Docket No. 425. The Court **VACATES** its order granting Plaintiff's motion for issuance of letters rogatory, Docket No. 423; **INSTRUCTS** the Clerk's Office to stay transmission of the letters rogatory pending further order from the Court; **INSTRUCTS** the Clerk's Office to reinstate the gavel on Plaintiff's motion for issuance of letters rogatory, Docket No. 418; and **ORDERS** Defendants to file their response to Plaintiff's motion by March 31, 2026.

IT IS SO ORDERED.

Dated: March 25, 2026.

_____
Nancy J. Koppe
United States Magistrate Judge

1