# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Mirae Asset Securities Co., Ltd., a Republic of Korea company, | CASE NO. 2:23-cv-01492-APG-NJK |
| Plaintiff, | **ORDER GRANTING**<br>**MOTION FOR EXTENSION OF TIME** |
| v. | Judge: Andrew P. Gordon |
| Ryze Renewables Holdings, LLC, a Nevada limited liability company, and Ryze Renewables Nevada, LLC, a Nevada limited liability company, | Date Action Filed: September 22, 2023 |
| Defendants. | |
| Ryze Renewables Holdings, LLC, a Nevada limited liability company, and Ryze Renewables Nevada, LLC, a Nevada limited liability company, | |

Counterclaimants,

v.

Mirae Asset Securities Co., Ltd., a Republic of Korea company,

Counterdefendant.

Defendants/Counterclaimants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC (collectively, "Ryze") respectfully move for a fourteen-day extension of the deadline to file a certified English translation of Exhibit B-6 to Exhibit A and Exhibit B-8 to Exhibit B, as required by the Court's April 9, 2026 Order (ECF No. 458), and state as follows:

1. On April 9, 2026, the Court ordered Ryze to file certified English translations of certain Korean-language exhibits no later than April 16, 2026. ECF No. 458.

2. Ryze has complied or is prepared to comply with every requirement of the Order except the certified English translation of Exhibit B-6 to Exhibit A and Exhibit B-8 to Exhibit B— the due diligence report designated confidential by non-party Berkeley Research Group, LLC. These two exhibit designations refer to the same approximately 84-page Korean-language document.

3. Upon receiving the Order, Ryze promptly contacted certified Korean-language translators to obtain estimates and turnaround times. None of the contacted translators were able to complete the work by April 16, 2026, given the volume and technical nature of the document. See Declaration of Alexander C. Melin ("Melin Decl.") ¶¶ 3–10.

4. One translator, a California-certified court interpreter who previously translated a portion of the same document in December 2025, provided a cost estimate of $9,900 and indicated on April 13, 2026, that she would require until April 27, 2026 to complete the translation. Melin Decl. ¶¶ 6–7.

5. A different translator, obtained through a professional translation agency, similarly indicated two weeks would be necessary to complete the project. Melin Decl. ¶¶ 4,5,8,9; *see* Exhibit A and Exhibit C.

- 1 -

6. The second translator's agency was retained, after substituting their initial translator, and is charging $7,668.90 to translate the remainder of the document, and has agreed to provide the translation by April 29, 2026. Melin Decl. ¶¶ 8-9, Exhibits A, B, C. The undersigned paid half of the $7,668.90 on April 15, 2026, with the remainder to be paid upon completion. Melin Decl. ¶ 9.

7. This is the first request for an extension of this deadline. The deadline has not yet expired.

8. The extension is necessary because certified translation of an 84-page technical Korean-language document cannot be completed within the seven days between entry of the Order and the current deadline—a circumstance outside Ryze's control. Ryze acted diligently by contacting translators on Friday, April 10, 2026 (the Order having been issued the evening of April 9, 2026), as well as the next business day, Monday, April 13, 2026.

9. On the morning of April 15, 2026, counsel for Ryze contacted counsel for Mirae to advise of this request and inquire whether Mirae agrees to or opposes the extension. Melin Decl. ¶ 11, Ex. E. As of the time of this filing, Mirae has not yet indicated its position. Ryze will promptly notify the Court if Mirae responds.

For these reasons, Ryze respectfully requests that the Court extend the deadline to file certified English translations of Exhibit B-6 to Exhibit A and Exhibit B-8 to Exhibit B to and including April 30, 2026.

**IT IS SO ORDERED**
Dated: April 16, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

- 2 -