UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br><br>Plaintiff,<br><br>vs.<br><br>RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,<br><br>Defendants. | CASE NO. 2:23-cv-01492-APG-NJK<br>**ORDER GRANTING**<br>**NOTICE OF WITHDRAWAL OF**<br>**JOSEPH MONTOYA** |
| RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,<br><br>Counter-Claimants,<br><br>vs.<br><br>MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br><br>Counter-Defendant. | Judge:          Hon. Andrew P. Gordon<br>Action Filed:   September 22, 2023<br>Compl. Served:  October 3, 2023 |

NOTICE IS HEREBY GIVEN that Joseph Montoya of Paul Hastings LLP is withdrawing as counsel for Plaintiff and Counter-Defendant Mirae Asset Securities Co., Ltd. ("Mirae Asset").

Mirae Asset will continue to be represented by counsel identified below, and none will be prejudiced in any way by the withdrawal of Joseph Montoya.

Please direct all future pleadings and correspondence to the contact information below:

DANIEL PRINCE
*danielprince@paulhastings.com*
D. SCOTT CARLTON
*scottcarlton@paulhastings.com*
BRIAN S. KAEWERT
*briankaewert@paulhastings.com*
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

TAMARA BEATTY PETERSON
*tpeterson@petersonbaker.com*
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV  89101
Telephone:  (702) 786-1001
Facsimile:  (702) 786-1002

The Clerk of Court is asked to terminate electronic service as to Joseph Montoya only.

**IT IS SO ORDERED**
Dated: April 16, 2026
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

- 1 -