**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIRAE ASSET SECURITIES CO. LTD., | Case No.: 2:23-cv-01492-APG-NJK |
| Plaintiff | **Order Granting Motion for Stay and Ordering Expedited Briefing** |
| v. | [ECF No. 471] |
| RYZE RENEWABLES HOLDINGS, LLC and RYZE RENEWABLES NEVADA, LLC, | |
| Defendants | |

I HEREBY grant the non-party Paulk Parties' motion (ECF No. 471) to stay enforcement of Magistrate Judge Koppe's order (ECF No. 452). The May 1, 2026 deadline is temporarily suspended.

I FUTHER ORDER Mirae to respond to the Paulk Parties' objection (ECF No. 468) by April 27, 2026. Mirae must address, among other things, why it needs the subject documents by May 1. The Paulk Parties may file a reply by April 30, 2026.

DATED this 21st day of April, 2026.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE