**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MIRAE ASSET SECURITIES CO., LTD.,

     Plaintiff,

v.

RYZE RENEWABLES HOLDINGS, LLC, et al.,

     Defendants.

Case No. 2:23-cv-01492-APG-NJK

**Order**

[Docket No. 446]

Pending before the Court is Defendants' motion to seal exhibits in the appendix to their response to Plaintiff's motion for issuance of letters rogatory. Docket No. 446; *see also* Docket No. 445 (appendix of exhibits).

The Court deferred ruling on the motion to seal and ordered Defendants to file, under seal, fully unredacted versions and certified English translations of several exhibits to allow the Court to make a determination as to whether the exhibits are properly sealed or redacted. Docket No. 458 at 2-5. The Court also ordered Defendants to serve the motion to seal and this Court's order on the relevant non-parties and file a certificate of service on the docket. *Id.* at 5.

Defendants contend that they are unable to file fully unredacted versions of Exhibits B-5, B-7, B-8, and B-9 to Exhibit A because the redactions were applied by Plaintiff and Plaintiff is the only party that can produce the underlying unredacted originals. Docket No. 480 at 3; *see also* Docket No. 465 at 3.

As to Exhibit B-5 to Exhibit A and Exhibit B-7 to Exhibit B, which appear to be the same Korean-language email and which were designated confidential by non-party Berkeley Research Group, LLC ("BRG"), Defendants submit that BRG takes no position as to the confidentiality of this document and defers to the determination of the parties. Docket No. 465 at 3. Further, Defendants contend that these exhibits should be unsealed. *Id.* It appears that these exhibits were not produced with redactions and, thus, do not need to be unredacted. However, these exhibits are

written in the Korean language and the Court cannot make a determination as to whether the exhibits are properly sealed.

Accordingly, the Court **ORDERS** Plaintiff to file, under seal, fully unredacted versions and certified English translations of Exhibits B-7, B-8, and B-9 to Exhibit A, no later than May 8, 2026.  Further, the Court **ORDERS** Defendants to file, under seal, certified English translations of Exhibit B-5 to Exhibit A and Exhibit B-7 to Exhibit B, no later than May 8, 2026.  The Clerk's Office is **INSTRUCTED** to continue maintaining under seal Docket No. 447 at this juncture.

IT IS SO ORDERED.

Dated: May 4, 2026.

_____
Nancy J. Koppe
United States Magistrate Judge