DENNIS L. KENNEDY
Nevada Bar No. 1462
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
TBingham@BaileyKennedy.com

JOHN M. EDGAR
*(Admitted Pro Hac Vice)*
JOHN F. EDGAR
*(Admitted Pro Hac Vice)*
MICHAEL R. OWENS
*(Admitted Pro Hac Vice)*
ALEXANDER C. MELIN
*(Admitted Pro Hac Vice)*
**EDGAR LAW FIRM LLC**
2600 Grand Boulevard, Suite 440
Kansas City, Missouri 64108
Telephone: 816.531.0033
jme@edgarlawfirm.com
jfe@edgarlawfirm.com
mro@edgarlawfirm.com
acm@edgarlawfirm.com

JAMES C. SHAH
*(Admitted Pro Hac Vice)*
BRUCE D. PARKE
*(Admitted Pro Hac Vice)*
ANNA K. D'AGOSTINO
*(Admitted Pro Hac Vice)*
CHRISTOPHER A. MILLER
*(Admitted Pro Hac Vice)*
**MILLER SHAH LLP**
jcshah@millershah.com
bdparke@millershah.com
akdagostino@millershah.com
camiller@millershah.com
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
1845 Walnut Street, Suite 806
Philadelphia, PA 19103

*Attorneys for Defendants/Counterclaimants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Mirae Asset Securities Co., Ltd., a Republic of Korea company,<br><br>Plaintiff,<br><br>v.<br><br>Ryze Renewables Holdings, LLC, a Nevada limited liability company, and Ryze Renewables Nevada, LLC, a Nevada limited liability company,<br><br>Defendants. | CASE NO. 2:23-cv-01492-APG-NJK<br><br>**DECLARATION OF MICHAEL R. OWENS IN SUPPORT OF DEFENDANTS/COUNTERCLAIMANTS' MOTION FOR LEAVE TO SUPPLEMENT THEIR OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Andrew P. Gordon<br><br>Date Action Filed: September 22, 2023 |
| Ryze Renewables Holdings, LLC, a Nevada limited liability company, and Ryze | |

Renewables Nevada, LLC, a Nevada limited liability company,

Counterclaimants,

v.

Mirae Asset Securities Co., Ltd., a Republic of Korea company,

Counterdefendant.

I, Michael R. Owens, declare:

1. I am a partner at Edgar Law Firm LLC and one of the attorneys of record for Defendants and Counterclaimants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC ("Ryze"). I submit this declaration in support of Ryze's Motion for Leave to Supplement Their Opposition to Plaintiff's Motion for Summary Judgment. The facts stated here are within my personal knowledge, drawn from my work on this matter and the filed record, and if called as a witness I could and would testify competently to them. This declaration sets forth the motion-practice history on Ryze's requests for the documents at issue, from the service of those requests through Mirae's subsequent productions in May and June 2026.

2. On September 12, 2025, Ryze moved to compel production of the documents responsive to Requests Nos. 25-26, 37-40, and 44, or a privilege log of any documents withheld. ECF No. 267 at 2, 19. Mirae opposed the motion on September 26, 2025. ECF No. 305. Mirae argued that "[a]ny investigation file or report . . . would be subject to attorney-client privilege and/or work product protection," and supported that position with counsel's statement that "[i]n 2023, Mirae Asset's in-house and internal compliance teams, along with outside counsel, conducted an investigation into allegations concerning Mr. Lee." ECF No. 305 at 6; ECF No. 306 ¶ 2. As to Requests Nos. 37 through 40, Mirae argued for the first time that Korean confidentiality law barred production. ECF No. 305; *see* ECF No. 311 at 4-6. Ryze replied on October 3, 2025. ECF No. 311.



BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

3. On January 30, 2026, Magistrate Judge Koppe granted Ryze's motion as to each of these requests. As to Requests Nos. 25-26 and 44, the Court found that "Plaintiff has failed to provide a privilege log" and that it was therefore "impossible for the Court to assess Plaintiff's assertion that the documents sought are privileged." ECF No. 403 at 5. The Court ordered Mirae to "produce all responsive nonprivileged documents and properly log all responsive documents that Plaintiff claims are protected by attorney-client privilege or attorney work product doctrine," and specified the five elements a sufficient privilege log "must contain." ECF No. 403 at 6.

4. As to Requests Nos. 37 through 40, the Court held that Mirae's "representations to regulators and law enforcement about the conduct at issue are relevant, even if they occurred after the complaint." ECF No. 403 at 7. The Court found those communications "relevant to Plaintiff's assertion in the first amended complaint that its former employee went 'rogue,'" and rejected Mirae's Korean-law objection, finding that Mirae "fails to satisfy its 'heavy burden'" and "fails to explain how the Korean confidentiality law it cites is implicated by the discovery sought here." ECF No. 403 at 7-8.

5. The Order set a single deadline: "[t]he ordered discovery must be provided by February 19, 2026." ECF No. 403 at 11. On February 19, 2026, Mirae served a production of 124 documents, Bates-numbered MAS_000297700 through MAS_000298458, together with a privilege log of 1,427 entries.

6. That production (Production 13) included two of Mirae Asset's corporate records that bear on this motion. Ryze proposes to file as Exhibit S113 a true and correct copy of Mirae Asset's Financial-Incident Report No. 20230157 to the Korean Financial Supervisory Service (MAS_000297768-297769), which records [redacted]. Ryze proposes to file as Exhibit S107 a true and correct copy of the agenda and minutes of Mirae Asset's 7th Audit Committee meeting of July 27, 2023 (MAS_000297778-297795).

7. Mirae's February 19, 2026 production omitted the central document the Court had ordered—the Seoul Gwangjin Police Notice of Investigation Results—which Mirae withheld

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

under the same Korean-confidentiality theory the January 30 Order had already rejected. On May 12, 2026, the Court found that Mirae had violated the January 30 Order by withholding that document, ordered it produced within six days, and awarded Ryze its reasonable fees. ECF No. 496 at 9-11.

8. On May 18, 2026—88 days after the Court-ordered February 19 deadline—Mirae served Production 14, Bates-numbered MAS_000298459 through MAS_000298486. ECF No. 506. Ryze proposes to file as Exhibit S109 a true and correct copy of the single document that comprised Production 14: the 28-page Seoul Gwangjin Police Notice of Investigation Results, summarizing the police investigation into the criminal complaint Mirae had filed against Mr. Lee.

9. After two further deficiency letters from Ryze, on May 31, 2026—101 days after the Court-ordered deadline—Mirae served Production 15, Bates-numbered MAS_000298487 through MAS_000298995—509 pages that had remained in Mirae's custodial files throughout. Ryze proposes to file as Exhibit S110 a true and correct copy of Mirae's October 19, 2023 criminal complaint against Mr. Lee, in which Mirae asked a Seoul Prosecutors' Office to prosecute him (MAS_000298487-298682). Ryze proposes to file as Exhibit S111 a true and correct copy of Mirae's November 8, 2023 supplemental criminal complaint against Mr. Lee (MAS_000298687-298801). Ryze proposes to file as Exhibit S106 a true and correct copy of the November 24, 2023 statement of Mirae's in-house counsel to the Seoul Jungnang Police (MAS_000298957-298970). Ryze proposes to file as Exhibit S112 a true and correct copy of the April 9, 2024 statement of Mirae's representative to the Seoul Gwangjin Police (MAS_000298971-298995).

10. On June 5, 2026—106 days after the Court-ordered deadline—Mirae served Production 16, Bates-numbered MAS_000298996 through MAS_000299024. Ryze proposes to file as Exhibit S108 a true and correct copy of Mirae Asset's internal audit report concerning Mr. Lee (MAS_000298996-299010).

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

11. On June 10, 2026—111 days after the Court-ordered deadline—Mirae served Productions 17 and 18, Bates-numbered MAS_000299025 through MAS_000299029. These consisted of police and prosecution filing receipts and another copy of Mirae's financial-incident report (to be filed as Exhibit S113).

* * *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this June 17, 2026.

Michael R. Owens

*Counsel for Defendants/Counterclaimants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC*

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820