# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MIRAE ASSET SECURITIES CO. LTD.,

    Plaintiff

v.

RYZE RENEWABLES HOLDINGS, LLC
and RYZE RENEWABLES NEVADA, LLC,

    Defendants

Case No.: 2:23-cv-01492-APG-NJK

**Order Granting Mirae Asset's Motion to Extend Discovery Deadline**

[ECF No. 481]

I HEREBY grant Mirae Asset's motion to extend the discovery deadline. ECF No. 481. The deadline to complete the depositions of Huijun Yang and Hyun Joo Park is extended to September 30, 2026.

DATED this 18th day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE