# Exhibit K

*Seoul Gwangjin Police Notice of Investigation Results*

*(Nov. 22, 2024; MAS_000298459-298486)*

ENGLISH TRANSLATION

[redacted]

MAS_000298459

CONFIDENTIAL

[redacted]

MAS_000298459

CONFIDENTIAL

ENGLISH TRANSLATION

[redacted]

MAS_000298460

CONFIDENTIAL

[redacted]

MAS_000298460

CONFIDENTIAL

ENGLISH TRANSLATION

MAS_000298461

[redacted]

CONFIDENTIAL

MAS_000298461

[redacted]

CONFIDENTIAL

ENGLISH TRANSLATION

MAS_000298462

[redacted]

CONFIDENTIAL

ORIGINAL

MAS_000298462

[redacted]

CONFIDENTIAL

App'x 053

ENGLISH TRANSLATION

MAS_000298463

[redacted]

CONFIDENTIAL

ORIGINAL

MAS_000298463

[redacted]

CONFIDENTIAL

ENGLISH TRANSLATION

[redacted]

MAS_000298464

CONFIDENTIAL

[redacted]

MAS_000298464

CONFIDENTIAL

App'x 055

ENGLISH TRANSLATION

MAS_000298465

[redacted]

CONFIDENTIAL

ORIGINAL

MAS_000298465

[redacted]

CONFIDENTIAL

App'x 056

ENGLISH TRANSLATION

[redacted]

ORIGINAL

[redacted]

MAS_000298466

CONFIDENTIAL

App'x 057

ENGLISH TRANSLATION

MAS_000298467

[redacted]

CONFIDENTIAL

ORIGINAL

MAS_000298467

[redacted]

CONFIDENTIAL

ENGLISH TRANSLATION

[redacted]

MAS_000298468

CONFIDENTIAL

ORIGINAL

[redacted]

MAS_000298468

CONFIDENTIAL

ENGLISH TRANSLATION

MAS_000298469

[redacted]

CONFIDENTIAL

ORIGINAL

MAS_000298469

[redacted]

CONFIDENTIAL

ENGLISH TRANSLATION

[redacted]

MAS_000298470

CONFIDENTIAL

ORIGINAL

[redacted]

MAS_000298470

CONFIDENTIAL

App'x 061

ENGLISH TRANSLATION

[redacted]

MAS_000298471

CONFIDENTIAL

[redacted]

MAS_000298471

CONFIDENTIAL

ENGLISH TRANSLATION

MAS_000298472

[redacted]

CONFIDENTIAL

ORIGINAL

MAS_000298472

[redacted]

CONFIDENTIAL

ENGLISH TRANSLATION

MAS_000298473

[redacted]

CONFIDENTIAL

ORIGINAL

MAS_000298473

[redacted]

CONFIDENTIAL

ENGLISH TRANSLATION

[redacted]

MAS_000298474

CONFIDENTIAL

ORIGINAL

[redacted]

MAS_000298474

CONFIDENTIAL

ENGLISH TRANSLATION

MAS_000298475

[redacted]

CONFIDENTIAL

ORIGINAL

MAS_000298475

[redacted]

CONFIDENTIAL

App'x 066

ENGLISH TRANSLATION

[redacted]

MAS_000298476

CONFIDENTIAL

ORIGINAL

[redacted]

MAS_000298476

CONFIDENTIAL

App'x 067

ENGLISH TRANSLATION

MAS_000298477

[redacted]

CONFIDENTIAL

ORIGINAL

MAS_000298477

[redacted]

CONFIDENTIAL

ENGLISH TRANSLATION

MAS_000298478

[redacted]

CONFIDENTIAL

ORIGINAL

MAS_000298478

[redacted]

CONFIDENTIAL

App'x 069

ENGLISH TRANSLATION

[redacted]

MAS_000298479

CONFIDENTIAL

ORIGINAL

[redacted]

MAS_000298479

CONFIDENTIAL

App'x 070

ENGLISH TRANSLATION

[redacted]

MAS_000298480

CONFIDENTIAL

ORIGINAL

[redacted]

MAS_000298480

CONFIDENTIAL

App'x 071

ENGLISH TRANSLATION

[redacted]

CONFIDENTIAL

ORIGINAL

[redacted]

MAS_000298481

CONFIDENTIAL

ENGLISH TRANSLATION

[redacted]

MAS_000298482

CONFIDENTIAL

ORIGINAL

[redacted]

MAS_000298482

CONFIDENTIAL

ENGLISH TRANSLATION

MAS_000298483

[redacted]

CONFIDENTIAL

MAS_000298483

[redacted]

CONFIDENTIAL

ENGLISH TRANSLATION

[redacted]

MAS_000298484

CONFIDENTIAL

ORIGINAL

[redacted]

MAS_000298484

CONFIDENTIAL

ENGLISH TRANSLATION

[redacted]

MAS_000298485

CONFIDENTIAL

ORIGINAL

[redacted]

MAS_000298485

CONFIDENTIAL

App'x 076

ENGLISH TRANSLATION

[redacted]

ORIGINAL

[redacted]

MAS_000298486

CONFIDENTIAL

ORIGINAL

ENGLISH TRANSLATION

L.A.Translation

## DECLARATION OF INTERPRETER/TRANSLATOR

I, JUNHUI JOO, say; I am a Court Certified interpreter for the State of California as described in GC68561; My certification number is 300733. I have personally translated the following document

28 PAGE SEOUL KWANGJIN POLICE STATION NOTICE OF INVESTIGATION RESULTS

The foregoing is a true and correct transcription of said video. I certify under penalty of perjury that the foregoing is true and correct. Executed on Wednesday, May 27, 2026 in Los Angeles, California.

STATE OF CALIFORNIA
CERTIFIED COURT INTERPRETER
KOREAN/ENGLISH ID # 300733
JUNHUI PARK

Junhui Joo
State of California Court Certified Interpreter ID#300733

2975 Wilshire Blvd. #205 Los Angeles CA, 90010 | 213 385 7781 | www.latranslation.com |info@latranslation.com