DANIEL PRINCE (admitted *pro hac vice*)
danielprince@paulhastings.com
D. SCOTT CARLTON (admitted *pro hac vice*)
scottcarlton@paulhastings.com
BRIAN S. KAEWERT (admitted *pro hac vice*)
briankaewert@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

TAMARA BEATTY PETERSON (NSB No. 5218)
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 786-1001
Facsimile: (702) 786-1002

Attorneys for Plaintiff and Counter-Defendant
MIRAE ASSET SECURITIES CO., LTD.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br><br>Plaintiff,<br><br>vs.<br><br>RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,<br><br>Defendants. | CASE NO. 2:23-cv-01492-APG-NJK<br><br>**DECLARATION OF EUN MI PARK IN SUPPORT OF MIRAE ASSET'S OPPOSITION TO RYZE'S RENEWED MOTION UNDER RULE 37(B) TO DEEM REQUESTS FOR ADMISSION NOS. 33 AND 34 ADMITTED** |
| RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,<br><br>Counter-Claimants,<br><br>vs.<br><br>MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br><br>Counter-Defendant. | Judge: Hon. Andrew P. Gordon<br>Action Filed: September 22, 2023<br>Compl. Served: October 3, 2023 |

**DECLARATION OF EUN-MI PARK**

I, Eun-mi Park, declare as follows:

1. I am the Team Leader of the Assessment Team at Mirae Asset Securities Co., Ltd. ("Mirae Asset" or the "Company"). I submit this declaration in support of Mirae Asset's Opposition to Ryze's Renewed Motion Under Rule 37(b) to Deem Requests for Admission Nos. 33 and 34 Admitted. Unless otherwise noted herein, the statements in this declaration are based upon my personal knowledge or upon information available to me in the regular course of my duties. If called as a witness in this matter, I could and would competently testify to the matters set forth in this declaration. My native language is Korean, and I have reviewed a Korean translation of this declaration. I also am conversant in English and have reviewed this declaration in English.

2. My current business address is Mirae Asset Center 1 Bldg., 26, Eulji-Ro 5-Gil, Jung-Gu, Seoul, Republic of Korea 04539.

3. I have been employed at Mirae Asset since 2015. As the Team Leader of the Assessment Team, I am familiar with Mirae Asset's approval process for potential investment opportunities.

4. Following the Court's June 3, 2026 Order regarding Requests for Admission 33 and 34, Mirae Asset undertook a further inquiry into the documents at issue in those discovery requests: RYZE0211065 and RYZE0185590.

5. As part of that inquiry, Mirae Asset re-reviewed its internal records concerning approvals for documents bearing corporate seals and consulted with individuals responsible for maintaining these records. Mirae Asset was unable to locate any approval for the application of a corporate seal to the document bearing Bates number RYZE0211065. Nor was Mirae Asset able to locate an authorization tied to the seal certificate bearing Bates number RYZE0185590.

6. In addition, on June 8, 2026, I contacted the Registry Office within the Seoul Central District Court - the registry that manages MAS' seal and a regional office of the

Registry Information Central Management Office that issues seal certificates and confirms the validity thereof. They informed me that they were unable to confirm the genuineness of either RYZE0211065 or RYZE0185590.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on this 6th day of July, 2026, at Seoul, Republic of Korea.

EUN- MI PARK

MIRAE ASSET

# Korean Translation

DANIEL PRINCE (admitted *pro hac vice*)
danielprince@paulhastings.com
D. SCOTT CARLTON (admitted *pro hac vice*)
scottcarlton@paulhastings.com
BRIAN S. KAEWERT (admitted *pro hac vice*)
briankaewert@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

TAMARA BEATTY PETERSON (NSB No. 5218)
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 786-1001
Facsimile: (702) 786-1002

Attorneys for Plaintiff and Counter-Defendant
MIRAE ASSET SECURITIES CO., LTD.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| 대한민국 회사,<br>미래에셋증권 주식회사(MIRAE ASSET SECURITIES CO., LTD.),<br>원고,<br>vs.<br>네바다주 유한책임회사(Nevada limited liability company), RYZE RENEWABLES HOLDINGS, LLC 및 RYZE RENEWABLES NEVADA, LLC,<br>피고.<br><br>네바다주 유한책임회사(Nevada limited liability company), RYZE RENEWABLES HOLDINGS, LLC 및 RYZE RENEWABLES NEVADA, LLC,<br>반소원고,<br>vs.<br>대한민국 회사,<br>미래에셋증권 주식회사 (MIRAE ASSET SECURITIES CO., LTD.),<br>반소피고. | CASE NO. 2:23-cv-01492-APG-NJK<br><br>**연방민사소송규칙 제 37(B)조에 따른 제 33 호 및 제 34 호 사실인정 요청의 내용을 인정한 것으로 간주하여 줄 것을 구하는 RYZE 의 갱신 신청에 대한 미래에셋의 반대 의견서를 지지하기 위한 박은미의 진술서**<br><br>판사: Hon. Andrew P. Gordon<br>소송 제기일: 2023 년 9 월 22 일<br>소장 송달일: 20023 년 10 월 3 일 |

**박은미의 진술**

본인, 박은미는 다음과 같이 진술합니다:

1. 본인은 미래에셋증권 주식회사(이하 "미래에셋" 또는 "회사")의 심사팀의 팀장입니다. 본인은 연방민사소송규칙 제 37(b)조에 따른 제 33 호 및 제 34 호 사실인정 요청의 내용을 인정한 것으로 간주하여 줄 것을 구하는 Ryze 의 갱신 신청에 대한 미래에셋의 반대의견서를 지지하기 위하여 본 진술서를 제출합니다. 본 진술서에서 달리 명시하지 않는 한, 본 진술서 상 모든 진술은 본인의 직접적인 지식이나 본인의 일상적인 직무 수행 과정에서 본인에게 가용한 정보에 근거합니다. 본 사안과 관련하여 증인으로 소환될 경우, 본인은 본 진술서에 제공된 내용에 대해 증언할 수 있습니다. 본인의 모국어는 한국어이며 본인은 본 진술서의 한국어 번역본을 검토하였습니다. 또한 본인은 영어에 익숙하며 본 진술서의 영문본을 검토하였습니다.

2. 본인의 현재 업무상 주소는 대한민국 서울특별시 중구 을지로 5 길 26, 미래에셋 센터원 빌딩입니다.

3. 본인은 2015 년부터 미래에셋에서 근무하고 있습니다. 심사팀의 팀장으로서, 본인은 잠재적 투자 기회에 대한 미래에셋의 승인 절차를 잘 알고 있습니다.

4. 2026 년 6 월 3 일 제 33 호 및 제 34 호 사실인정 요청에 관한 법원의 명령에 따라, 미래에셋은 해당 증거개시 요청의 대상 문건인 RYZE0211065 및 RYZE0185590 에 대하여 추가 조사를 실시하였습니다.

5. 그 조사 과정에서, 미래에셋은 법인 인감이 날인된 문서에 대한 승인과 관련된 내부 기록을 다시 검토하고, 해당 기록을 관리하는 담당자들과 협의하였습니다. 그 결과, 미래에셋은 Bates 번호 RYZE0211065 문서에 법인 인감을 날인한 것에 대한 어떠한 승인 기록도 확인하지 못하였습니다. 또한, Bates 번호 RYZE0185590 의 법인 인감증명서와 관련된 승인 기록 또한 확인하지 못하였습니다.

6. 또한, 2026 년 6 월 8 일자에, 본인은 미래에셋의 법인 인감을 관리하는 서울중앙지방법원 등기국과 인감증명서를 발급하고 그 유효성 여부를 확인해 주는 법원행정처 등기정보 중앙관리소의 지역사무소에 연락하였습니다. 해당 기관들은 RYZE0211065 및 RYZE0185590 어느 문건에 대해서도 진본 여부를 확인해 줄 수 없다고 본인에게 알려줬습니다.

본인은 미국 법에 따른 위증 처벌 하에 위의 내용이 진실하고 정확하다는 것을 진술합니다. 본 진술서는 2026 년 7 월 6 일 대한민국 서울에서 서명되었습니다.

[서명됨] *Eun-Mi Park*

박은미 (EUN-MI PARK)

## CERTIFICATE OF TRANSLATION ACCURACY

I am a professional translator, reviewer, and/or project manager specializing in translating English to Korean, Japanese, and Chinese and vice versa.

I served as Chief Examiner for the State of California's certified court interpreter exam and as a contract translator for various federal agencies through the U.S. Department of State for more than a decade. I taught at the University of California, Berkeley, and the Middlebury Institute of International Studies at Monterey Graduate Program in Translation.

I have over 35 years of project coordination experience, routinely handling technical, legal, and business documents translated between English and Korean. These documents were submitted to entities including Korean judicial authorities, U.S. federal courts, the U.S. International Trade Commission (ITC), the U.S. Patent and Trademark Office (USPTO), and the USPTO Patent Trial and Appeal Board (PTAB).

I certify that I reviewed and edited the following document from English to Korean.

**Declaration of Eun-Mi Park**

I also certify that this is a true, correct, and complete translation of the corresponding source text, identified above, to the best of my knowledge and ability.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of July 2026 in Contra Costa County of the State of California.

By: ______________________

Alex N. Jo
Member, ATA