TAFT STETTINIUS & HOLLISTER LLP
Amy Abdo
Amy.Abdo@taftlaw.com
3960 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169
Telephone: (702) 387-6073
Facsimile: (775) 323-2339

*Attorneys for Non-Party*
*Snell & Wilmer LLP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Mirae Asset Securities Co., Ltd, a Republic of Korea company,<br><br>Plaintiff,<br><br>v.<br><br>Ryze Renewables Holdings, LLC, a Delaware limited liability company, and Ryze Renewables Nevada, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:23-cv-01492-APG-NJK<br><br>**NOTICE OF WITHDRAWAL OF CONFIDENTIALITY DESIGNATIONS AND CONSENT TO UNSEALING EXHIBITS DP3, DP4, AND DP7 TO MIRAE ASSET SECURITIES CO., LTD.'S MOTION FOR SUMMARY JUDGMENT** |
| Ryze Renewables Holdings, LLC, a Delaware limited liability company, and Ryze Renewables Nevada, LLC, a Delaware limited liability company,<br><br>Counterclaimants,<br><br>v.<br><br>Mirae Asset Securities, Ltd, a Republic of Korea company,<br><br>Counterdefendant. | |

Non-Party Snell & Wilmer LLP notifies the Court and all parties that it withdraws the confidentiality designations for Exhibits DP3, DP4, and DP7 to Mirae Asset Securities Co., Ltd.'s

Motion for Summary Judgment [Doc. No. 331], and consents to Exhibits DP3, DP4, and DP7 being unsealed and filed publicly in this matter. This Notice concerns only Exhibits DP3, DP4, and DP7. Snell & Wilmer LLP does not withdraw its confidentiality designation for any other documents or information produced in this matter.

Dated: this 15th day of July, 2026

TAFT STETTINIUS & HOLLISTER LLP

By: Amy Abdo
Amy Abdo

*Attorneys for Non-Party*
*Snell & Wilmer LLP*

300760499v1