DANIEL PRINCE (admitted *pro hac vice*)
danielprince@paulhastings.com
D. SCOTT CARLTON (admitted *pro hac vice*)
scottcarlton@paulhastings.com
BRIAN S. KAEWERT (admitted *pro hac vice*)
briankaewert@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

TAMARA BEATTY PETERSON (NSB No. 5218)
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 786-1001
Facsimile: (702) 786-1002

Attorneys for Plaintiff and Counter-Defendant
MIRAE ASSET SECURITIES CO., LTD.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br>Plaintiff,<br>vs.<br>RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,<br>Defendants. | CASE NO. 2:23-cv-01492-APG-NJK<br><br>**PLAINTIFF AND COUNTER-DEFENDANT MIRAE ASSET SECURITIES CO., LTD.'S NOTICE OF COMPLIANCE WITH ORDER (ECF NO. 596)** |
| RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,<br>Counter-Claimants,<br>vs.<br>MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br>Counter-Defendant. | Judge: Hon. Andrew P. Gordon<br>Action Filed: September 22, 2023<br>Complaint Served: October 3, 2023 |

**NOTICE OF COMPLIANCE WITH ORDER**

On July 15, 2026, the Court issued its Order (ECF No. 596), requiring Plaintiff Mirae Asset Securities, Co., Ltd.'s ("Mirae Asset") to file on the public docket unsealed versions of Exhibits DP1, DP3, DP4, DP6, and DP7 to the Appendix of Exhibits to the Declaration of Daniel Prince, together with a version of Mirae Asset's Motion for Summary Judgment containing unredacted excerpts from Exhibits DP1, DP3, DP4, DP6, and DP7, by July 21, 2026. Pursuant to the Court's July 15, 2026 Order (ECF No. 596), Mirae Asset hereby files on the public docket unsealed versions of Exhibits DP1, DP3, DP4, DP6, and DP7 to the Appendix of Exhibits to the Declaration of Daniel Prince, along with a version of Mirae Asset's Motion for Summary Judgment reflecting the required unredacted excerpts from those Exhibits.

DATED: July 21, 2026

Respectfully submitted,

By: */s/ Daniel Prince*
Daniel Prince

DANIEL PRINCE (admitted *pro hac vice*)
danielprince@paulhastings.com
D. SCOTT CARLTON (admitted *pro hac vice*)
scottcarlton@paulhastings.com
BRIAN S. KAEWERT (admitted *pro hac vice*)
briankaewert@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

TAMARA BEATTY PETERSON (NSB No. 5218)
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 786-1001
Facsimile: (702) 786-1002

*Attorneys for Plaintiff & Counter-Defendant*
MIRAE ASSET SECURITIES CO., LTD.