DANIEL PRINCE (admitted *pro hac vice*)
danielprince@paulhastings.com
D. SCOTT CARLTON (admitted *pro hac vice*)
scottcarlton@paulhastings.com
BRIAN S. KAEWERT (admitted *pro hac vice*)
briankaewert@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

TAMARA BEATTY PETERSON (NSB No. 5218)
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 786-1001
Facsimile: (702) 786-1002

Attorneys for Plaintiff and Counter-Defendant
MIRAE ASSET SECURITIES CO., LTD.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,

Plaintiff,

vs.

RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,

Defendants.

RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,

Counter-Claimants,

vs.

MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,

Counter-Defendant.

CASE NO. 2:23-cv-01492-APG-NJK

**APPENDIX OF EXHIBITS REGARDING PLAINTIFF AND COUNTER-DEFENDANT MIRAE ASSET SECURITIES CO., LTD.'S NOTICE OF COMPLIANCE WITH ORDER (ECF NO. 596)**

Judge: Hon. Andrew P. Gordon
Action Filed: September 22, 2023
Complaint Served: October 3, 2023

Plaintiff and Counter-Defendant Mirae Asset Securities Co., Ltd. ("Mirae Asset"), by and through its counsel, hereby submits its Appendix of Exhibits regarding Mirae Asset's Notice of Compliance with Order (ECF No. 596).

| Exhibit No. | Description | Pages |
|---|---|---|
| DP1 | Unsealed Version of Exhibit DP1 to the Declaration of Daniel Prince in Support of Mirae Asset's Motion for Summary Judgment, Convertible Loan Agreement, Dated January 27, 2021 | 1 – 106 |
| DP3 | Unsealed Version of Exhibit DP3 to the Declaration of Daniel Prince in Support of Mirae Asset's Motion for Summary Judgment, Notice of Voluntary Dismissal Filed by Snell & Wilmer LLP Against Ryze, on August 17, 2021 [SW053009] | 107 – 110 |
| DP4 | Unsealed Version of Exhibit DP4 to the Declaration of Daniel Prince in Support of Mirae Asset's Motion for Summary Judgment, Notice of Voluntary Dismissal Filed by Snell on December 20, 2021 [SW056745] | 111 – 114 |
| DP6 | Unsealed Version of Exhibit DP6 to the Declaration of Daniel Prince in Support of Mirae Asset's Motion for Summary Judgment, Second Loan Agreement, Dated November 29, 2021 [RYZE0099506] | 115 – 247 |
| DP7 | Unsealed Version of Exhibit DP7 to the Declaration of Daniel Prince in Support of Mirae Asset's Motion for Summary Judgment, Email Correspondence Between Snell Employees, Dated April 18, 2022 [SW051425] | 248 – 250 |

DATED: July 21, 2026

Respectfully submitted,

By: */s/ Daniel Prince*
Daniel Prince

DANIEL PRINCE (admitted *pro hac vice*)
danielprince@paulhastings.com
D. SCOTT CARLTON (admitted *pro hac vice*)
scottcarlton@paulhastings.com
BRIAN S. KAEWERT (admitted *pro hac vice*)
briankaewert@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

TAMARA BEATTY PETERSON (NSB No. 5218)
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 786-1001
Facsimile: (702) 786-1002

*Attorneys for Plaintiff & Counter-Defendant*
MIRAE ASSET SECURITIES CO., LTD.