DENNIS L. KENNEDY
Nevada Bar No. 1462
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
TBingham@BaileyKennedy.com

JOHN M. EDGAR
*(Admitted Pro Hac Vice)*
JOHN F. EDGAR
*(Admitted Pro Hac Vice)*
MICHAEL R. OWENS
*(Admitted Pro Hac Vice)*
ALEXANDER C. MELIN
*(Admitted Pro Hac Vice)*
**EDGAR LAW FIRM LLC**
2600 Grand Boulevard, Suite 440
Kansas City, Missouri 64108
Telephone: 816.531.0033
jme@edgarlawfirm.com
jfe@edgarlawfirm.com
mro@edgarlawfirm.com
acm@edgarlawfirm.com

JAMES C. SHAH
*(Admitted Pro Hac Vice)*
BRUCE D. PARKE
*(Admitted Pro Hac Vice)*
ANNA K. D'AGOSTINO
*(Admitted Pro Hac Vice)*
CHRISTOPHER A. MILLER
*(Admitted Pro Hac Vice)*
**MILLER SHAH LLP**
jcshah@millershah.com
bdparke@millershah.com
akdagostino@millershah.com
camiller@millershah.com
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
1845 Walnut Street, Suite 806
Philadelphia, PA 19103

*Attorneys for Defendants/Counter-Claimants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Mirae Asset Securities Co., Ltd., a Republic of Korea company,

Plaintiff,

v.

Ryze Renewables Holdings, LLC, a Nevada limited liability company, and Ryze Renewables Nevada, LLC, a Nevada limited liability company,

Defendants.

---

Ryze Renewables Holdings, LLC, a Nevada limited liability company, and Ryze Renewables Nevada, LLC, a Nevada limited liability company,

CASE NO. 2:23-cv-01492-APG-NJK

**DEFENDANTS' NOTICE OF COMPLIANCE RE: ECF NO. 606**

Judge: Andrew P. Gordon

Date Action Filed: September 22, 2023

Counterclaimants,

v.

Mirae Asset Securities Co., Ltd., a Republic of Korea company,

Counterdefendant.

Defendants/Counterclaimants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC (collectively, "Ryze") respectfully submit this Notice of Compliance with the Court's Order (ECF No. 606).

1. On July 27, 2026, the Court entered an Order (ECF No. 606) granting in part and denying in part Defendants' Motion for Leave to File Under Seal (ECF No. 377) certain exhibits contained in the Appendix of Evidence filed in opposition to Plaintiff's Motion for Summary Judgment (appendix volumes VIII and IX, provisionally filed in redacted form at ECF Nos. 368 and 370). The Court ordered Defendants to file Exhibits 52 and 54–79 on the public docket no later than August 3, 2026.

2. Accordingly, Ryze files concurrently herewith the public versions of the following exhibits in compliance with the Court's Order. Each citation below is to the placeholder slip sheet previously filed on the public docket for that exhibit, which the public version filed herewith replaces:

- Exhibit 52 – Email from Mirae's Kyunggap Kim Transmitting Project Ryze Mezzanine Loan Materials (Oct. 25, 2021) (ECF No. 368-8)
- Exhibit 54 – Snell & Wilmer Engagement Letter to Mirae Asset re Ryze Litigation (June 18 & 22, 2021) (ECF No. 368-10)
- Exhibit 55 – Snell & Wilmer Litigation Strategy Emails (June 2021) (ECF No. 368-11)
- Exhibit 56 – Snell & Wilmer Internal Emails re Draft Complaint (July 2021) (ECF No. 368-12)
- Exhibit 57 – Executed Ryze-Magnetar Term Sheet for Substitute Financing (ECF No. 370-1)
- Exhibit 58 – Snell & Wilmer July 2021 Invoice to Mirae (ECF No. 370-2)

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

- Exhibit 59 – Bice Letter Demanding Dismissal with Lee Withdraw and Terminate Email (July 30, 2021) (ECF No. 370-3)
- Exhibit 60 – Han Email to Graham and Lee re Ryze Negotiations (Aug. 9, 2021) (ECF No. 370-4)
- Exhibit 61 – Snell & Wilmer Supplemental Engagement Letter for Transactional Work (Aug. 12, 2021) (ECF No. 370-5)
- Exhibit 62 – Graham Email re Binding Term Sheet Risks (Aug. 13, 2021) (ECF No. 370-6)
- Exhibit 63 – Graham Email to Baker McKenzie re USDA Loan Guarantee (Aug. 31, 2021) (ECF No. 370-7)
- Exhibit 64 – Snell & Wilmer Lender Risk Memo to Mirae (ECF No. 370-8)
- Exhibit 65 – Roehm-Han Text Messages (ECF No. 370-9)
- Exhibit 66 – Graham-Roehm Email Chain re Ryze Negotiations (Sept. 2021) (ECF No. 370-10)
- Exhibit 67 – Mirae Registered Seal Certificate (Sept. 23, 2021) (ECF No. 370-11)
- Exhibit 68 – Mirae Registered Seal Certificate (Sept. 23, 2021) (ECF No. 370-12)
- Exhibit 69 – Mirae Registered Seal Certificate (Sept. 23, 2021) (ECF No. 370-13)
- Exhibit 70 – Email Chain Transmitting Mirae Letter of Notice (Oct. 2021) (ECF No. 370-14)
- Exhibit 71 – Mirae CEO Letter of Notice re Project Ryze (Oct. 13, 2021) (ECF No. 370-15)
- Exhibit 72 – Mirae CEO Letter of Notice re Project Ryze (Oct. 13, 2021) (ECF No. 370-16)
- Exhibit 73 – Roehm Email to Fuller Transmitting Director Lee Authority Letter (Oct. 13, 2021) (ECF No. 370-17)
- Exhibit 74 – Mirae CEO Letter of Notice re Project Ryze (Oct. 13, 2021) (ECF No. 370-18)
- Exhibit 75 – LV Renewables A Written Consent (Nov. 15, 2021) (ECF No. 370-19)
- Exhibit 76 – LV Renewables A Written Consent (Nov. 16, 2021) (ECF No. 370-20)
- Exhibit 77 – Graham Internal Email re Mirae Matter Status (Dec. 7, 2021) (ECF No. 370-21)
- Exhibit 78 – Graham Email re Funding Deadline (Dec. 11, 2021) (ECF No. 370-22)

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

- Exhibit 79 – Graham Email re Closing Deadline and Mirae Liability (Dec. 12, 2021) (ECF No. 370-23)

Dated: August 3, 2026.

Respectfully submitted,

DENNIS L. KENNEDY
Nevada Bar No. 1462
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: (702) 562-8820
Facsimile: (702) 562-8821
DKennedy@BaileyKennedy.com
TBingham@BaileyKennedy.com

*/s/ Michael R. Owens*
John M. Edgar, (PHV)
John F. Edgar, (PHV)
Michael R. Owens (PHV)
Alexander C. Melin (PHV)
**EDGAR LAW FIRM LLC**
2600 Grand Boulevard, Ste. 440
Kansas City, Missouri 64108
Telephone: (816) 531-0033
jme@edgarlawfirm.com
jfe@edgarlawfirm.com
mro@edgarlawfirm.com
acm@edgarlawfirm.com

JAMES C. SHAH
*(Admitted Pro Hac Vice)*
BRUCE D. PARKE
*(Admitted Pro Hac Vice)*
ANNA K. D'AGOSTINO
*(Admitted Pro Hac Vice)*
CHRISTOPHER A. MILLER
*(Admitted Pro Hac Vice)*
**MILLER SHAH LLP**
jcshah@millershah.com
bdparke@millershah.com
akdagostino@millershah.com
camiller@millershah.com
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
1845 Walnut Street, Suite 806
Philadelphia, PA 19103

*Attorneys for Defendants/Counterclaimants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820