# EXHIBIT 56

*Snell & Wilmer Internal Emails re Draft Complaint*

*(July 2021)*

%%%%%%%%%%%///

**From:** "Singletary, Jeff" <jsingletary@swlaw.com>
**To:** "Gianelloni, Charles" <cgianelloni@swlaw.com>
**Subject:** RE: I'm in mediation today
**Date:** Wed, 21 Jul 2021 09:57:48 -0700
**Importance:** Normal
**Inline-Images:** image001.jpg

---

Charles,

Thanks for the comments—we'll incorporate. You're right that this is unusual. It really is just to stick our foot in the door to see if they will let us back to the table in some capacity and, if not, likely move on in some other way.

Thanks, Jeff

Jeffrey M. Singletary

Snell & Wilmer L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626
Office: 714.427.7473

jsingletary@swlaw.com www.swlaw.com

Snell & Wilmer

Albuquerque, Boise, Denver, Las Vegas, Los Angeles, Los Cabos, Orange County, Phoenix, Portland, Reno, Salt Lake City, San Diego, Seattle, Tucson, Washington D.C.

---

**From:** Gianelloni, Charles <cgianelloni@swlaw.com>
**Sent:** Wednesday, July 21, 2021 7:35 AM
**To:** Singletary, Jeff <jsingletary@swlaw.com>
**Subject:** RE: I'm in mediation today

I marked it up with a few edits and comments, added a request for business court, and added arbitration exemption language to save us headaches down the road. This is an unusual complaint as it seeks to put our client back with the people we essentially allege are fraudsters. I guess I see why, but it's odd enough that we're going to have to really lay out the narrative for even our business judges. Also, you'll see my comment about the contract claim being a little thin. I think it too closely mirrors to good faith and fair dealing claim, and needs another sentence or two to distinguish it.

EXHIBIT 2 06/05/2025 C. GIANELLONI PENGAD 800-631-6989

That's all I have for now.

Charles E. Gianelloni

Snell & Wilmer L.L.P.

3883 Howard Hughes Parkway, Suite 1100

Las Vegas, NV 89169

Direct: 702-784-5373
Email: cgianelloni@swlaw.com

---

**From:** Singletary, Jeff <jsingletary@swlaw.com>
**Sent:** Monday, July 19, 2021 2:08 PM
**To:** Gianelloni, Charles <cgianelloni@swlaw.com>
**Subject:** RE: I'm in mediation today

Charles,

Here is the draft of the complaint that I'll be sending to the client for review. As mentioned in Steve's email to the client (attached for your reference), the goal of the complaint is leverage based as opposed to ultimately winning at trial based. This filing hopefully gives us the needed leverage to bring Ryze back to the negotiating table.

I'll let you know if the client has any revisions/additions.

Thanks, Jeff

Mirae Complaint.docx OPEN VIEW GO TO

Secured by NetDocuments®

**From:** Singletary, Jeff
**Sent:** Monday, July 19, 2021 1:15 PM
**To:** Gianelloni, Charles <cgianelloni@swlaw.com>
**Subject:** RE: I'm in mediation today

Great. Thanks. I'll send you a current draft of the complaint later this afternoon.

---

**From:** Gianelloni, Charles <cgianelloni@swlaw.com>
**Sent:** Monday, July 19, 2021 1:03 PM
**To:** Singletary, Jeff <jsingletary@swlaw.com>
**Subject:** RE: I'm in mediation today

Sure. Happy to assist. And pro hacs are allowed and aren't too bad to push through.

Charles E. Gianelloni

Snell & Wilmer L.L.P.

3883 Howard Hughes Parkway, Suite 1100

Las Vegas, NV 89169

Direct: 702-784-5373
Email: cgianelloni@swlaw.com

---

**From:** Singletary, Jeff <jsingletary@swlaw.com>
**Sent:** Monday, July 19, 2021 12:26 PM
**To:** Gianelloni, Charles <cgianelloni@swlaw.com>
**Subject:** RE: I'm in mediation today

Thanks. My message was that we would like to enlist your help as local counsel in a matter that we need to file in NV for a new, big client (Mirae Asset—big South Korean investment firm) on a large deal gone wrong (would have funded a $210k loan). Lots of folks on our end—Steve Graham, me, Mike Baker, Gina Miller. We need local counsel to help with the filing, basic NV gut checks, and getting us pro hac'd (if that's a thing that NV allows).

---

**From:** Gianelloni, Charles <cgianelloni@swlaw.com>
**Sent:** Monday, July 19, 2021 12:15 PM

**To:** Singletary, Jeff <jsingletary@swlaw.com>
**Subject:** I'm in mediation today

Saw you called. I can call you this afternoon.

Charles E. Gianelloni

Snell & Wilmer L.L.P.

3883 Howard Hughes Parkway, Suite 1100

Las Vegas, NV 89169

Direct: 702-784-5373
Email: cgianelloni@swlaw.com