# EXHIBIT 59

*Bice Letter Demanding Dismissal with Lee Withdraw and Terminate Email*

*(July 30, 2021)*

%%%%%%%%%%///

PISANELLI BICE

TODD L. BICE
ATTORNEY AT LAW
TLB@PISANELLIBICE.COM

July 30, 2021

**VIA EMAIL & REGISTERED MAIL**

Charles E. Gianelloni
cgianelloni@swlaw.com
Snell & Wilmer
3883 Howard Hughes Pkwy #1100
Las Vegas, Nv. 89169

Re: ***Mirae Asset Securities Co. v. Ryze Renewables Nevada, et al.***

Dear Charles:

On behalf of Ryze Renewables Nevada, LLC and Ryze Renewables Holdings, LLC ("Ryze"), we have learned of a lawsuit you filed on behalf of Mirae Asset Securities Co., Ltd. ("Mirae") in the Eighth Judicial District Court, Clark County Nevada. Apparently intending to get around the binding arbitration clause in the Convertible Loan Agreement ("CLA"), you allege that Mirae disputes the CLA termination and thus claims an entitlement to specific performance, thereby supposedly entitling Mirae to file this lawsuit rather than comply with the arbitration requirements.

Knowing many of the litigation attorneys at Snell & Wilmer, particularly in Las Vegas, I must assume at this point that Mirae misled you into making this filing. Attached hereto is a May 20, 2021 email from your client representing that since Ryze was unwilling to accept Mirae's efforts to restructure the CLA, "[Mirae] will now officially withdraw a nd terminate. We hope your future is prosperous and wish you good luck." Thus, contrary to the representations which Mirae had you make to the Court, ***it*** has confirmed the CLA's termination.

As it appears that Mirae misled you about the termination, perhaps it also misled you as to the reason for its dishonest efforts to make a public filing. Mirae's goal is to interfere with the alternative financing that Ryze has had to secure in the face of Mirae's misconduct and express termination. Simply put, Mirae's filing is for an illegitimate and improper purpose and in direct defiance of its own termination of the CLA. Accordingly, Ryze demands the immediate dismissal of this frivolous and illegitimate lawsuit. If the dismissal does not occur by Monday, August 2, 2021, Ryze will take immediate action against all those involved in this illegitimate filing.



PENGAD 800-631-6989 EXHIBIT PC 06/05/2025 5 C. GIANELLONI

At this point, Ryze assumes that Snell & Wilner has simply been misled by Mirae into making this filing without knowledge of the actual facts. However, Ryze reserves all rights should it find out otherwise.

Best regards,

*/s/ Todd L. Bice*

Todd L. Bice

TLB:smd

Attachment

---------- Forwarded message ---------
From: 이경현 <kyunghyun.lee@miraeasset.com>
Date: Thu, May 20, 2021 at 3:16 PM
Subject: RE: Sending the Head of Terms
To: Matt Pearson <mpearson@ryzerenewables.com>
Cc: Jeff Hall <jeff@paragoncc.com>, tcjorn@doonbeggroup.com <tcjorn@doonbeggroup.com>, Sunghee Han <SHan@thinkbrg.com>, 홍수지 <sooji.hong@miraeasset.com>, 김경갑 <kyunggap.kim@miraeasset.com>, Lisa Fuller <lfullerlawgroup@gmail.com>, Chris Dancy <cdancy@ryzerenewables.com>, Daniel Brown <dbrown@ryzerenewables.com>, Michael Brown

<mbrown@ryzerenewables.com>

Thank you for the genuine response, Matt. The issues with the past expenditures of Ryze and EPC contracting issue have been the hindrance above others, and the new structure that we have offered were the solutions that could have resolved these problems. You can further communicate with Sung for further details of the problems and breaches. As Ryze isn't willing to accept our new solution, we will now officially withdraw and terminate. We hope your future is prosperous and wish you good luck.

Miraeasset Lee

Mobile에서 발송된 메일입니다.

---

**보낸 사람:** Matt Pearson <mpearson@ryzerenewables.com>
**보낸 날짜:** 2021년 5월 21일 금요일 오전 6:33:52
**받는 사람:** 이경현
**참조:** 'Jeff Hall'; tcjorn@doonbeggroup.com; 'Sunghee Han'; 홍수지; 김경갑; 'Lisa Fuller'; Chris Dancy; Daniel Brown; Michael Brown
**제목:** RE: Sending the Head of Terms

Mr. Lee:

As we have expressed many times, our strong desire is to receive funding under the existing and outstanding Convertible Loan Agreement dated January 27, 2021 ("**CLA**"). Please let us know, in writing: (i) whether Mirae intends to fund the CLA, and, (ii) if Mirae does not intend to fund the CLA, the reasons for not funding.

If Mirae desires to make changes to the CLA, such changes need to come in the form of a mutually agreeable amendment, and cannot be conditioned on the re-opening of what was already a year-long due diligence period. We would invite Mirae to instruct its Attorneys to make such changes for our review to avoid any additional delays. If Ryze agrees to modifications of the existing CLA, and I provide no assurance that such agreement will be reached, we can make representations that there have been no material changes to the Company or our Project.

I look forward to your prompt response.

**Matt Pearson** | Managing Member

Ryze RENEWABLES

**Ryze Renewables Holdings, LLC**

6600 Amelia Earhart Court, Suite A, Las Vegas, NV 89119

**OFFICE:** (702) 827-5200 | **MOBILE:** (702) 469-9661

**EMAIL:** mpearson@ryzerenewables.com | ryzerenewables.com

---

**From:** 이경현 <kyunghyun.lee@miraeasset.com>
**Sent:** Wednesday, May 19, 2021 5:45 PM
**To:** Matt Pearson <mpearson@ryzerenewables.com>
**Cc:** 'Jeff Hall' <jeff@paragoncc.com>; tcjorn@doonbeggroup.com; 'Sunghee Han' <SHan@thinkbrg.com>; '홍수지' <sooji.hong@miraeasset.com>; 'Kyunggap Kim' <kyunggap.kim@miraeasset.com>; 'Lisa Fuller' <lfullerlawgroup@gmail.com>; Chris Dancy <cdancy@ryzerenewables.com>; Daniel Brown <dbrown@ryzerenewables.com>; Michael Brown <mbrown@ryzerenewables.com>
**Subject:** RE: Sending the Head of Terms

Dear Matt

"Matt, thanks for entertaining our proposal. As we have done before, we believe that it is efficient to liaise with Sung and Jeff, especially given Sung has been working closely with us and the

investors to structure this transaction. However, we are always available to have conversations. Please accept our offer and let us chat afterwards. Thanks."

Best Regards

LEE

---

**From:** Matt Pearson [mailto:mpearson@ryzerenewables.com]
**Sent:** Thursday, May 20, 2021 6:47 AM
**To:** 이경현
**Cc:** 'Jeff Hall'; tcjorn@doonbeggroup.com; 'Sunghee Han'; '홍수지'; 'Kyunggap Kim'; Lisa Fuller; Chris Dancy; Daniel Brown; Michael Brown
**Subject:** RE: Sending the Head of Terms

Dear Mr. Lee,

Thank you for your email. To put it as simply as possible, we negotiated in good faith to get to a transaction both Parties could accept, and we believed based upon Mirae executing the CLA and having their site visit to Las Vegas, that the deal was ready to close. Ryze has made no requests of you to change, alter or increase the funding amounts outlined, agreed upon and executed in the CLA. We remain ready to close on that transaction as previously stated in email communications.

It is very unfortunate that we have little to no contact with or from you, and remain committed to communicating directly with you. If we could have open, direct dialogue, Ryze could communicate that it has many exciting new opportunities, all of which would work well under the terms and conditions of the executed CLA, and all such opportunities would be enhanced and expedited by the Mirae funding.

Although Ryze reserves all of its rights and remedies under the CLA, if you would like to have a direct conversation related to the package you provided and the background for such a proposal, we are happy to listen. I do not believe that speaking through intermediaries has been effective and would hope to have direct discussion with you and a Mirae interpreter.

I look forward to hearing from you.

Sincerely,

**Matt Pearson** | Managing Member

RYZE RENEWABLES

**Ryze Renewables Holdings, LLC**

6600 Amelia Earhart Court, Suite A, Las Vegas, NV 89119

**OFFICE:** (702) 827-5200 | **MOBILE:** (702) 469-9661

**EMAIL:** mpearson@ryzerenewables.com | ryzerenewables.com

---

**From:** 이경현 <kyunghyun.lee@miraeasset.com>
**Sent:** Tuesday, May 18, 2021 12:42 AM
**To:** Matt Pearson <mpearson@ryzerenewables.com>; Michael Brown <mbrown@ryzerenewables.com>
**Cc:** 'Jeff Hall' <jeff@paragoncc.com>; tcjorn@doonbeggroup.com; 'Sunghee Han' <SHan@thinkbrg.com>; '홍수지' <sooji.hong@miraeasset.com>; 'Kyunggap Kim' <kyunggap.kim@miraeasset.com>
**Subject:** Sending the Head of Terms

Dear all,

Thank you for your patience and we have been staying focused to be part of the Ryze team and finally get the project built. We understand that much of positive things have been happening at Ryze, including engagement with the prospective equity investors. We are glad to offer this indication of the term sheet where we can create the synergy effect with your evolving project. Please review and let us have a conference call soon. Thank you.

Best Regards

LEE

**이 경 현/ Kyunghyun Lee**

종합금융1본부구조화금융4팀 팀장 / Head of Team, Multi Structured Finance Team4

**미래에셋대우**

100-210, 서울시 중구 을지로 5길 26, 미래에셋센터원빌딩 동관 35층
Tel : (822) 3774-7042

Email: kyunghyun.lee@miraeasset.com

**www.miraeasset.com**

**Mirae Asset - Building on principles**

이 전자우편과 이에 첨부된 파일은 비밀문서로서 정당한 수신자만 열람할 권한이 있습니다. 만약 이 전자우편을 착오로 수신하였다면 발신자에게 고지하고 즉시 삭제해 주시기 바랍니다. 이 전자우편에 담긴 내용은 전적으로 그 작성자의 의견일 뿐이며 회사를 대표하는 의견은 아닙니다. 이 전자우편에 담긴 정보는 회사의 업무용으로 생성된 것이며, 송 • 수신된 전자우편은 업무용 목적으로 기록되거나 저장될 수 있습니다. 한편 이 전자우편과 그 첨부파일에 대하여 바이러스 검사를 해보시기 바랍니다. 회사는 이 전자우편을 통해 전송된 바이러스에 의한 손해에 대하여 어떠한 책임도 없음을 알려 드립니다.