# EXHIBIT 70

*Email Chain Transmitting Mirae Letter of Notice*

*(Oct. 2021)*

Message

**From:** han sunghee [han.sunghee@hotmail.com]
**Sent:** 10/13/2021 5:36:22 AM
**To:** James Christodoulou [james@christodoulou.net]; MD Brown [mdb@v-texrenewables.com]
**Subject:** FW: Letter of Notice - Mirae

This was what I have received. Mirae's legal sent a separate message with these documents to Victor, so once he gets it, he will forward it to lisa.

---

**From:** Kyunggap Kim <kyunggap.kim@miraeasset.com>
**Sent:** Tuesday, October 12, 2021 6:58 PM
**To:** han sunghee <han.sunghee@hotmail.com>; 'Sunghee Han' <SHan@thinkbrg.com>
**Cc:** 'Kyunghyun Lee' <kyunghyun.lee@miraeasset.com>; 'Sooji Hong' <sooji.hong@miraeasset.com>
**Subject:** Letter of Notice - Mirae

Hello Executive Director,

This is the English version of an official letter to go out to Snell & Wilmer.

A Korean Certificate of Registered Seal is attached.

Thank you
Sincerely, Kyunggap Kim.

**Kyunggap Kim** | Manager, Real Estate Finance 1
**Mirae Asset Securities**
(Mirae Asset CENTER1) 27F, East Tower, 26, Eulji-ro 5-gil, Jung-gu, Seoul, 04539, Republic of Korea
**T.** +82 2 3774 7021 **M.** +82 10 4005 8798
english.securities.miraeasset.com

This email and any attachments transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, please advise the sender immediately by reply email and permanently delete this transmission. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. The information and attachment contained in this email are intended for business use only, and sent and received emails could be stored for the purpose of business. Finally, the recipient should check this email and any attachments for the presence of viruses. The company/sender accepts no liability for any damage caused by any virus transmitted by this email.

L.A.Translation

## DECLARATION OF INTERPRETER/TRANSLATOR

I, JUNHUI JOO, say; I am a Court Certified interpreter for the State of California as described in GC68561; I am certified to translate from the Korean to the English language and vice versa. My certification number is 300733. I have personally translated the Korean language of the following document to English.

Email message

The foregoing is a true and correct translation of said document. I certify under penalty of perjury that the foregoing is true and correct. Executed on Monday, November 10, 2025 in Los Angeles, California.

STATE OF CALIFORNIA
CERTIFIED COURT INTERPRETER
KOREAN/ENGLISH ID # 300733
JUNHUI PARK

Junhui Joo
State of California Court Certified Interpreter ID#300733

2975 Wilshire Blvd. #205 Los Angeles CA, 90010 | 213 385 7781 | www.latranslation.com |info@latranslation.com

Message

**From**: han sunghee [han.sunghee@hotmail.com]
**Sent**: 10/13/2021 5:36:22 AM
**To**: James Christodoulou [james@christodoulou.net]; MD Brown [mdb@v-texrenewables.com]
**Subject**: FW: Letter of Notice - Mirae

This was what I have received. Mirae's legal sent a separate message with these documents to Victor, so once he gets it, he will forward it to lisa.

---

**From:** Kyunggap Kim <kyunggap.kim@miraeasset.com>
**Sent:** Tuesday, October 12, 2021 6:58 PM
**To:** han sunghee <han.sunghee@hotmail.com>; 'Sunghee Han' <SHan@thinkbrg.com>
**Cc:** '이경현' <kyunghyun.lee@miraeasset.com>; '홍수지' <sooji.hong@miraeasset.com>
**Subject:** Letter of Notice - Mirae

전무님 안녕하세요

Snell & Wilmer에 보내는 대외공문 영문본입니다.

국문 인감증명서 첨부 드립니다.

감사합니다
김경갑 드림.

**Kyunggap Kim** | Manager, Real Estate Finance 1
**Mirae Asset Securities**
(Mirae Asset CENTER1) 27F, East Tower, 26, Eulji-ro 5-gil, Jung-gu, Seoul, 04539, Republic of Korea
**T.** +82 2 3774 7021 **M.** +82 10 4005 8798
english.securities.miraeasset.com

This email and any attachments transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, please advise the sender immediately by reply email and permanently delete this transmission. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. The information and attachment contained in this email are intended for business use only, and sent and received emails could be stored for the purpose of business. Finally, the recipient should check this email and any attachments for the presence of viruses. The company/sender accepts no liability for any damage caused by any virus transmitted by this email.