# EXHIBIT 73

## *Roehm Email to Fuller Transmitting Director Lee Authority Letter*

## *(Oct. 13, 2021)*

%%%%%%%%%%///

EXHIBIT U
WIT: Roehm
DATE: 6/3/25
Cathy Miccolis CR50068

**From:** "Roehm, Victor" <vroehm@swlaw.com>
**To:** "Lisa Fuller" <lfuller@ryzerenewables.com>
**Subject:** Authority Letter
**Date:** Wed, 13 Oct 2021 05:38:26 +0000
**Importance:** Normal
**Attachments:** Seal_Certificate_(Mirae).pdf; revise_Letter_of_Notice_-_Project_Ryze_(Mirae)_signed.pdf
**Inline-Images:** image001.png; image002.png

---

Lisa,

Attached please find a letter confirming the authority of Director Lee related to the transactions.

When Director Lee is here, he will execute an amendment to the binding term sheet and that document will be notarized. Presumably the notarized amendment and the attached address due authorization.

**Victor Roehm**
office: 714.427.7462 | mobile: 614.284.8862
email: vroehm@swlaw.com

Snell & Wilmer
The Broadway Tower | 1455 SW Broadway | Suite 1750 | Portland, OR 97201

S&W Snell & Wilmer
swlaw.com | disclaimer

Albuquerque | Boise | Dallas | Denver | Las Vegas | Los Angeles | Los Cabos | Orange County | Phoenix | Portland | Reno | Salt Lake City | San Diego | Seattle | Tucson | Washington, D.C.
LinkedIn | Twitter | Facebook | Instagram