# EXHIBIT 74

*Mirae CEO Letter of Notice re Project Ryze*

*(Oct. 13, 2021)*

MIRAE ASSET
미래에셋증권

//Logo: Mirae Asset Securities//

October 13th, 2021

Subject: Letter of Notice - Project Ryze

To Snell & Wilmer LLP
Ref. BRG Asset Management, LLC

Dear Whom it may concern,

We would like to update you about our current status for Project Ryze.

We, the Real Estate Finance Team 1 of Mirae Asset Securities Co., Ltd. has been engaging in transaction of mezzanine note and equity of 'Ryze Renewable Las Vegas LLC," "Ryze Renewable Nevada LLC," "Ryze Renewables II, LLC," "Ryze Renewables Holdings, LLC" ("Project Ryze")

We are writing this letter to certify that Kyunghyun Lee, as a Director of Mirae Asset Securities Co., Ltd., is authorized to negotiate and execute the commencement of transaction of Project Ryze on behalf of Mirae Asset Securities Co., Ltd.

Also, Berkeley Research Group LLC and PBRGK Co., Ltd. have been appointed as delegate & agent of Mirae Asset Securities Co., Ltd. for the Project Ryze is described in 'Consulting & Service Contract' executed in October 12th, 2021.

Sincerely,

//Seal: Chief Executive Officer *Mirae Asset Securities Co., Ltd.//

Choi, Hyun Man
Chief Executive Officer

Mirae Asset Securities Co., Ltd.
26, Eulji-ro 5-gil, Jung-gu, Seoul, Republic of Korea

26, Eulji-ro 5-gil, Jung-gu, Seoul 04539, Korea
Mirae Asset Securities Co., Ltd.

L.A.Translation

## DECLARATION OF INTERPRETER/TRANSLATOR

I, JUNHUI JOO, say; I am a Court Certified interpreter for the State of California as described in GC68561; I am certified to translate from the Korean to the English language and vice versa. My certification number is 300733. I have personally translated the Korean language of the following document to English.

LETTER OF NOTICE – PROJECT RYZE

The foregoing is a true and correct translation of said document. I certify under penalty of perjury that the foregoing is true and correct. Executed on Monday, November 10, 2025 in Los Angeles, California.

STATE OF CALIFORNIA
CERTIFIED COURT INTERPRETER
KOREAN/ENGLISH ID # 300733
JUNHUI PARK

Junhui Joo
State of California Court Certified Interpreter ID#300733

2975 Wilshire Blvd. #205 Los Angeles CA, 90010 | 213 385 7781 | www.latranslation.com |info@latranslation.com

MIRAE ASSET
미래에셋증권

October 13th, 2021

Subject: Letter of Notice - Project Ryze

To Snell & Wilmer LLP
Ref. BRG Asset Management, LLC

Dear Whom it may concern,

We would like to update you about our current status for Project Ryze.

We, the Real Estate Finance Team 1 of Mirae Asset Securities Co., Ltd. has been engaging in transaction of mezzanine note and equity of 'Ryze Renewable Las Vegas LLC," "Ryze Renewable Nevada LLC," "Ryze Renewables II, LLC," "Ryze Renewables Holdings, LLC" ("Project Ryze")

We are writing this letter to certify that Kyunghyun Lee, as a Director of Mirae Asset Securities Co., Ltd., is authorized to negotiate and execute the commencement of transaction of Project Ryze on behalf of Mirae Asset Securities Co., Ltd.

Also, Berkeley Research Group LLC and PBRGK Co., Ltd. have been appointed as delegate & agent of Mirae Asset Securities Co., Ltd. for the Project Ryze is described in 'Consulting & Service Contract' executed in October 12th, 2021.

Sincerely,

Choi, Hyun Man
Chief Executive Officer

26, Eulji-ro 5-gil, Jung-gu, Seoul 04539, Korea
Mirae Asset Secu[illegible]

Mirae Asset Securities Co., Ltd.
26, Eulji-ro 5-gil, Jung-gu, Seoul, Republic of Korea