# EXHIBIT 76

*LV Renewables A Written Consent*

*(Nov. 16, 2021)*

# JOINT WRITTEN CONSENT OF THE MEMBER AND MANAGER OF LV RENEWABLES A, LLC TO ACTION WITHOUT A MEETING

**November 16, 2021**

The undersigned, being the member (the "**Member**") of LV RENEWABLES A, LLC, a Nevada limited-liability company (the "**Company**") and Mirae Asset Securities Co., Ltd., an entity organized under the laws of the Republic of Korea (the "**Manager**"), hereby consent that the following actions may be, and some hereby are, taken without the necessity of a meeting of the Members or Manager:

**Election of Officers**.

RESOLVED, that Young Min Yoo be, and hereby is, elected to the office of Vice President.

**Corporate Bank Accounts**.

RESOLVED, that the officers of the Company be, and hereby are, authorized, empowered, and directed, for and on behalf of the Company, to open such corporate bank accounts and to designate authorized signatories as may be necessary for the business activities of the Company.

RESOLVED, that the Vice President named above be, and hereby is, authorized, empowered, and directed, for and on behalf of the Company, to open such corporate bank accounts and to designate the President, CEO, Secretary, and Treasurer as authorized signatories as may be necessary for the business activities of the Company. While Young Min Yoo is serving as Vice President he shall not be an authorized signatory on the corporate bank accounts and his authority to open such corporate bank accounts shall terminate on November 26, 2021.

RESOLVED FURTHER, that the resolution(s) required by any bank for the opening of any bank account and the designation of authorized signatories for any such bank account be, and the same hereby are, considered passed as if passed at a duly-held meeting of the board of directors.

**General Authorization and Ratification**.

RESOLVED, that the proper officers of the Company be, and each of them acting alone hereby is, authorized to execute the requisite documents described in the foregoing resolutions in the name of and on behalf of the Company and to take such additional action and to execute such additional documents as any such officer determines necessary or advisable to effectuate the transactions contemplated thereby;

RESOLVED FURTHER, that any action taken by any officer of the Company prior to the adoption of these resolutions that is within the authority conferred hereunder be, and hereby is, ratified, confirmed, and approved;

RESOLVED FURTHER, that this consent may be executed in any number of counterparts, all of which when taken together shall constitute a single original consent;

RESOLVED FURTHER, that this consent may be executed by facsimile, e-mail, or some other form of electronic delivery and, upon such execution, will have the same force and effect as an original; and

RESOLVED FURTHER, that this consent be filed in the Company minute book.

*[Signature Page Follows]*

Each undersigned, constituting the Member and Manager of the Company hereby adopt the foregoing resolutions as of date written above.

**MANAGER:**

MIRAE ASSET SECURITIES CO., LTD.,
an entity formed under the laws of the Republic of Korea

___________________________________
Kyunghyun Lee, Director

**MEMBER:**

LV RENEWABLES B, INC.,
a Nevada corporation

By: ___________________________________
Sung Hee Han, President and Chief Executive Officer