**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MIRAE ASSET SECURITIES CO., LTD.,

Plaintiff,

v.

RYZE RENEWABLES HOLDINGS, LLC, et al.,

Defendants.

Case No. 2:23-cv-01492-APG-NJK

**Order**

The Court has received two letters from the Republic of Korea National Court Administration pertaining to the letters rogatory to conduct the depositions of Huijun Yang and Hyun Joo Park. *See* Attachments.

The Court **ORDERS** the parties to meet and confer to discuss the status of these discovery requests, no later than August 7, 2026. The Court further **ORDERS** the parties to file a joint status report providing their positions as to how to proceed on these requests, no later than August 14, 2026.

IT IS SO ORDERED.

Dated: August 3, 2026.

Nancy J. Koppe
United States Magistrate Judge

**NATIONAL COURT ADMINISTRATION**
REPUBLIC OF KOREA
219 SEOCHO-DAERO, SEOCHO-GU, SEOUL, KOREA, 06590
Tel: 82-2-3480-7722 Fax: 82-2-533-2824

---

July 15, 2026

**Your Ref**: No. 2:23-cv-01492-APG-NJK
**Our Ref**: 2026-D-501

Dear Sir/Madame:

Reference is made to the above case seeking international judicial assistance to take evidence. Unfortunately, we are unable to execute your Letter of Request pursuant to Article 5 of the HCCH 1970 Evidence Convention ("the Evidence Convention").

1) Article 17 of Convention on The Taking of Evidence Abroad in Civil or Commercial Matters stipulates that "In civil or commercial matters, a person duly appointed as a commissioner for the purpose may, without compulsion, take evidence in the territory of a Contracting State in aid of proceedings commenced in the courts of another Contracting State." However, the Republic of Korea has declared that "the Republic of Korea excludes the application within its territory of the provisions of Articles 16 and 17 of Chapter II of the Convention." Accordingly, evidence may not be taken in the territory of the Republic of Korea by a person duly appointed as a commissioner (*i.e.*, a private person who is a lawyer) under this Evidence Convention to assist in proceedings instituted in the courts of another Contracting State.

In order to execute Letters of Request under the Hague Convention, the following are required:

2) Name, address, occupation, the relationship between the witness and the party, and whereabouts of any person from whom statements are sought [Civil Procedure Rule of Korea, Article 75(2)];

Please let us know if we can provide any further assistance in this matter.

Sincerely,

**Jiyong Jang**

Director General for International Affairs
National Court Administration
Supreme Court of the Republic of Korea

**NATIONAL COURT ADMINISTRATION**
REPUBLIC OF KOREA
219 SEOCHO-DAERO, SEOCHO-GU, SEOUL, KOREA, 06590
Tel: 82-2-3480-7722 Fax: 82-2-533-2824

July 15, 2026

**Your Ref**: No. 2:23-cv-01492-APG-NJK
**Our Ref**: 2026-D-502

Dear Sir/Madame:

Reference is made to the above case seeking international judicial assistance to take evidence. Unfortunately, we are unable to execute your Letter of Request pursuant to Article 5 of the HCCH 1970 Evidence Convention ("the Evidence Convention").

1) Article 17 of Convention on The Taking of Evidence Abroad in Civil or Commercial Matters stipulates that "In civil or commercial matters, a person duly appointed as a commissioner for the purpose may, without compulsion, take evidence in the territory of a Contracting State in aid of proceedings commenced in the courts of another Contracting State." However, the Republic of Korea has declared that "the Republic of Korea excludes the application within its territory of the provisions of Articles 16 and 17 of Chapter II of the Convention." Accordingly, evidence may not be taken in the territory of the Republic of Korea by a person duly appointed as a commissioner (*i.e.*, a private person who is a lawyer) under this Evidence Convention to assist in proceedings instituted in the courts of another Contracting State.

In order to execute Letters of Request under the Hague Convention, the following are required:

2) Name, address, occupation, the relationship between the witness and the party, and whereabouts of any person from whom statements are sought [Civil Procedure Rule of Korea, Article 75(2)];

Please let us know if we can provide any further assistance in this matter.

Sincerely,

**Jiyong Jang**

Director General for International Affairs
National Court Administration
Supreme Court of the Republic of Korea