DANIEL PRINCE (admitted *pro hac vice*)
danielprince@paulhastings.com
D. SCOTT CARLTON (admitted *pro hac vice*)
scottcarlton@paulhastings.com
BRIAN S. KAEWERT (admitted *pro hac vice*)
briankaewert@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

TAMARA BEATTY PETERSON (NSB No. 5218)
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 786-1001
Facsimile: (702) 786-1002

Attorneys for Plaintiff and Counter-Defendant
MIRAE ASSET SECURITIES CO., LTD

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br><br>Plaintiff,<br><br>vs.<br><br>RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,<br><br>Defendants. | CASE NO. 2:23-cv-01492-APG-NJK<br><br>**JOINT STIPULATION AND FOURTH STATUS REPORT RE: COURT'S ORDER (ECF NO. 502)** |
| RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,<br><br>Counter-Claimants,<br><br>vs.<br><br>MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br><br>Counter-Defendant. | Judge: Hon. Andrew P. Gordon<br>Action Filed: September 22, 2023<br>Complaint Served: October 3, 2023 |

**JOINT STIPULATION AND FOURTH STATUS REPORT REGARDING DISCOVERY EFFORTS**

Plaintiff and Counter-Defendant Mirae Asset Securities Co., Ltd. ("Mirae Asset") and nonparties Greg Paulk, MMC Inc., and NC Industries, LLC (collectively, the "Paulk Parties," and together with Plaintiff, the "Parties"), by and through their respective counsel, hereby submit this Joint Stipulation and Fourth Status Report.

In support of this Joint Stipulation and Second Status Report, the Parties state as follows:

WHEREAS, on May 14, 2026, the Court held the Paulk Parties' Objection (ECF No. 468) in abeyance and directed the Parties to meet and confer and provide the Court with a status report regarding their efforts to resolve the Paulk Parties' document production, including as to the types of documents that are both necessary to Mirae Asset's case and cannot be obtained elsewhere, categories of documents that can be excluded entirely, search terms, date ranges, custodians, privilege-log issues, cost shifting, and the timing of production (ECF No. 502);

WHEREAS, on June 26, 2026, the parties stipulated and agreed to that, subject to the Court's approval, the deadline for the Parties to provide a further Joint Status Report regarding their meet and confer efforts and any agreements on the documents to be produced be continued until July 10, 2026 (ECF No. 555);

WHEREAS, on July 10, 2026, the parties submitted a second Joint Stipulation and Second Status Report regarding their meet and confer efforts, extending their deadline to provide a further joint status report regarding their meet and confer efforts and any agreements on the documents to be continued until July 31, 2026 (ECF No. 586);

WHEREAS, on July 31, 2026, the parties submitted a third Joint Stipulation and Second Status Report regarding their meet and confer efforts, extending their deadline to provide a further joint status report regarding their meet and confer efforts and any agreements on the documents to be continued until August 21, 2026 (ECF No. 607)

WHEREAS, while continuing discussions, the Parties have not yet reached an agreement on a discovery framework and continue to meet and confer;

WHEREAS, the Parties have scheduled a further meet and confer conference for August 25, 2026; and

WHEREAS, the Parties are hopeful that this will be the final extension requested and that, within two weeks, the Parties will reach a final resolution or have a dispute ripe for consideration by the Court;

NOW, WHEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel of record, that, subject to the Court's approval, the deadline for the Parties to provide a further Joint Status Report regarding their meet and confer efforts and any agreements on the documents to be produced is continued for another fourteen (14) days, until September 4, 2026.

DATED: August 21, 2026

Respectfully submitted,

By: */s/ Daniel Prince*
DANIEL PRINCE

DANIEL PRINCE (admitted *pro hac vice*)
danielprince@paulhastings.com
D. SCOTT CARLTON (admitted *pro hac vice*)
scottcarlton@paulhastings.com
BRIAN KAEWERT (admitted *pro hac vice*)
briankaewert@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

TAMARA BEATTY PETERSON (NSB No. 5218)
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 786-1001
Facsimile: (702) 786-1002

*Attorneys for Plaintiff & Counter-Defendant*
MIRAE ASSET SECURITIES CO., LTD

DATED: August 21, 2026

By: */s/ Andrea M. Champion*
ANDREA M. CHAMPION

ANDREA M. CHAMPION
achampion@championlawvegas.com
TRACY M. O'STEEN
tosteen@championlawvegas.com
CHAMPION LOVELOCK LAW
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
Telephone: (702) 805-8450
Facsimile: (702) 805-8451

*Attorneys for Third-Parties* Greg Paulk
NC Industries, LLC and MMC, Inc.

IT IS SO ORDERED:

Dated: August 24, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE