DENNIS L. KENNEDY
Nevada Bar No. 1462
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
TBingham@BaileyKennedy.com

JOHN M. EDGAR
*(Admitted Pro Hac Vice)*
JOHN F. EDGAR
*(Admitted Pro Hac Vice)*
MICHAEL R. OWENS
*(Admitted Pro Hac Vice)*
ALEXANDER C. MELIN
*(Admitted Pro Hac Vice)*
**EDGAR LAW FIRM LLC**
2600 Grand Boulevard, Suite 440
Kansas City, Missouri 64108
Telephone: 816.531.0033
jme@edgarlawfirm.com
jfe@edgarlawfirm.com
mro@edgarlawfirm.com
acm@edgarlawfirm.com

JAMES C. SHAH
(*Admitted Pro Hac Vice*)
BRUCE D. PARKE
*(Admitted Pro Hac Vice)*
ANNA K. D'AGOSTINO
*(Admitted Pro Hac Vice)*
CHRISTOPHER A. MILLER
*(Admitted Pro Hac Vice)*
**MILLER SHAH LLP**
jcshah@millershah.com
bdparke@millershah.com
akdagostino@millershah.com
camiller@millershah.com
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
1845 Walnut Street, Suite 806
Philadelphia, PA 19103

*Attorneys for Defendants/Counter-Claimants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Mirae Asset Securities Co., Ltd., a Republic of Korea company,<br><br>Plaintiff,<br><br>v.<br><br>Ryze Renewables Holdings, LLC, a Nevada limited liability company, and Ryze Renewables Nevada, LLC, a Nevada limited liability company,<br><br>Defendants. | CASE NO. 2:23-cv-01492-APG-NJK<br><br>**SECOND APPENDIX OF PROPOSED SUPPLEMENTAL EXHIBITS (S114-S132) IN SUPPORT OF RYZE'S RESPONSE TO MIRAE ASSET'S MOTION FOR LEAVE TO SUPPLEMENT THE SUMMARY-JUDGMENT RECORD**<br><br>Judge: Andrew P. Gordon<br><br>Date Action Filed: September 22, 2023 |
| Ryze Renewables Holdings, LLC, a Nevada limited liability company, and Ryze Renewables | |

Nevada, LLC, a Nevada limited liability company,

Counterclaimants,

v.

Mirae Asset Securities Co., Ltd., a Republic of Korea company,

Counterdefendant.

Defendants/Counterclaimants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC (collectively, "Ryze") respectfully submit this Second Appendix of Proposed Supplemental Exhibits S114 through S132 in support of Ryze's Response to Mirae Asset Securities Co., Ltd.'s Motion for Leave to Supplement the Record on Motion for Summary Judgment (ECF No. 623).

| Exhibit | Description | Pages |
|---|---|---|
| S114 | Excerpts of the Deposition of Steven T. Graham (Sept. 30, 2025) | 2-S001-020 |
| S115 | Excerpts of the Deposition of Jeffrey M. Singletary (July 18, 2025) | 2-S021-029 |
| S116 | Excerpts of the Deposition of Michael J. Baker (Aug. 28, 2025) | 2-S030-034 |
| S117 | Excerpts of the Deposition of Victor J. Roehm III (June 3, 2025) | 2-S035-042 |
| S118 | Excerpts of the Deposition of Charles Gianelloni (June 5, 2025) | 2-S043-048 |
| S119 | Excerpts of the Deposition of Michael J. Tobak III (Sept. 25, 2025) | 2-S049-057 |
| S120 | Excerpts of the Deposition of Matt Pearson, Volume 1 (Oct. 8, 2025) | 2-S058-061 |
| S121 | Excerpts of the Deposition of Matt Pearson, Volume 2 (Oct. 9, 2025) | 2-S062-065 |
| S122 | Excerpts of the Deposition of Lisa Fuller (Dec. 3, 2024) | 2-S066-072 |
| S123 | Excerpts of the Deposition of Daniel Brown (Dec. 13, 2024) | 2-S073-076 |
| S124 | Excerpts of the Deposition of Christopher Dancy (Oct. 7, 2025) | 2-S077-080 |
| S125 | Excerpts of the Deposition of Michael Brown (Oct. 13, 2025) | 2-S081-084 |
| S126 | Excerpts of the Deposition of James C. Christodoulou (Sept. 25, 2025) | 2-S085-088 |

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

| | | |
|---|---|---|
| S127 | Excerpts of the Deposition of Jeffrey Hall (Sept. 9, 2025) | 2-S089-094 |
| S128 | Excerpts of the Deposition of Steven Shapiro (Oct. 6, 2025) | 2-S095-103 |
| S129 | Excerpts of the Deposition of John Prescott (Oct. 13, 2025) | 2-S104-108 |
| S130 | Excerpts of the Deposition of Robert Bare (Sept. 30, 2025) | 2-S109-115 |
| S131 | Excerpts of the Deposition of Max Holmes (Oct. 9, 2025) | 2-S116-122 |
| S132 | Excerpts of the Deposition of Albert Kovacs (Oct. 6, 2025) | 2-S123-130 |

Dated: September 11, 2026.

DENNIS L. KENNEDY
Nevada Bar No. 1462
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: (702) 562-8820
Facsimile: (702) 562-8821
DKennedy@BaileyKennedy.com
TBingham@BaileyKennedy.com

Respectfully submitted,

*<u>/s/ Michael R. Owens</u>*
John M. Edgar, (PHV)
John F. Edgar, (PHV)
Michael R. Owens (PHV)
Alexander C. Melin (PHV)
**EDGAR LAW FIRM LLC**
2600 Grand Boulevard, Ste. 440
Kansas City, Missouri 64108
Telephone: (816) 531-0033
jme@edgarlawfirm.com
jfe@edgarlawfirm.com
mro@edgarlawfirm.com
acm@edgarlawfirm.com

JAMES C. SHAH
*(Admitted Pro Hac Vice)*
BRUCE D. PARKE
*(Admitted Pro Hac Vice)*
ANNA K. D'AGOSTINO
*(Admitted Pro Hac Vice)*
CHRISTOPHER A. MILLER
*(Admitted Pro Hac Vice)*
**MILLER SHAH LLP**
jcshah@millershah.com
bdparke@millershah.com
akdagostino@millershah.com
camiller@millershah.com
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
1845 Walnut Street, Suite 806
Philadelphia, PA 19103

*Attorneys for Defendants/Counterclaimants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820