# EXHIBIT S116

*Excerpts of the Deposition of Michael J. Baker*
*(Aug. 28, 2025)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br><br>Plaintiff,<br><br>RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,<br><br>Defendants.<br><br>RYZE RENEWABLES HOLDINGS, LLC, a Delaware limited liability company, registered in Nevada, and RYZE RENEWABLES NEVADA, LLC, a Delaware limited liability company,<br><br>Counter-Claimants,<br><br>vs.<br><br>MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br><br>Counter-Defendant. | ) Case No.:<br>) C:23-cv-01492-APG-NJK |

VIDEOTAPED DEPOSITION OF MICHAEL J. BAKER
August 28, 2025
Phoenix, Arizona

Reported by: Cathy A. Miccolis, RPR/CRR
Certified Reporter, No. 50068

JOB NO. 10168978

THE VIDEOGRAPHER: We are back on the record. It's 2:37 p.m.

MR. KAEWERT: I just had had a conversation with counsel for Ryze and counsel for the witness. I'm going to pause my questioning at this point, but reserve at least 45 minutes to follow up on one additional issue. In the meantime cede the microphone to Mr. Melin.

EXAMINATION

BY MR. MELIN:

**Q. Mr. Baker, my name is Alexander Melin, and I represent Ryze in this case. You understand who I am and who I represent?**

A. Yeah, I recognize the names.

**Q. And in preparation for today's deposition did you review the deposition transcripts of Mr. Singletary or Mr. Roehm in this case?**

A. No, I did not.

**Q. There has been a lot of questioning today generally about work you did in 2021 relating to Ryze. Who was the client for which you were performing that work?**

A. It was Mirae.

**Q. Would that be Mirae Asset?**

A. I don't know the full name. At the time I only

knew them as Mirae.

**Q. Jeff Hall, I believe you testified earlier, you had never met him until you were introduced by Mr. Graham; is that correct?**

A. That's correct. I think that Saturday meeting was the first time I ever met him.

**Q. And you said there was another individual there but you couldn't remember who he or she was?**

A. Yes, I thought Jeff came with somebody. That's just a general recollection, uh-huh.

**Q. Do you remember the individual being a Korean by chance or Korean American?**

A. Oh, no, it was not Korean, no.

**Q. Do you know who Sung Hee Han is?**

A. Yes, I'm aware of that person's name, yes.

**Q. What's your general understanding of who he is?**

A. If I met Mr. Han, it might have been once or twice, just introduced to him as somebody working on the construction aspect. I think he worked -- I'm not sure who he worked for. I mean, I'm not sure what his exact capacity was. I understood him to be the owner's representative.

**Q. When you say the owner's representative, can we be clear who we're talking about?**

A. Yeah. I keep falling back into my world. The

client's representative in this case.

**Q. Do you mean Mirae?**

A. Yes.

**Q. Is it your understanding or was it your understanding that Mirae was trying to own the project?**

A. No.

**Q. When you met with Jeff Hall or at any time later when you ever talked to him, did he ever talk to you about whatever financial interest, if any, he had in the project or Paragon Construction Consulting had in the project?**

MS. ABDO: Form, foundation.

THE WITNESS: No. I wasn't aware that he did.

BY MR. MELIN:

**Q. Did Mr. Hall or Mr. Han ever discuss anything regarding nondisclosure agreements that they had signed with Ryze?**

MS. ABDO: Form.

THE WITNESS: I never had discussions with Mr. Han, other than probably general greetings and introductions. As to Mr. Hall, I'm not aware of any of those. I do know the ground rules of our meeting were to be no confidential information to be exchanged.

BY MR. MELIN:

**Q. And what was your understanding of what would**