# EXHIBIT S117

*Excerpts of the Deposition of Victor J. Roehm III (June 3, 2025)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br><br>Plaintiff,<br><br>RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,<br><br>Defendants.<br><br>RYZE RENEWABLES HOLDINGS, LLC, a Delaware limited liability company, registered in Nevada, and RYZE RENEWABLES NEVADA, LLC, a Delaware limited liability company,<br><br>Counter-Claimants,<br><br>vs.<br><br>MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br><br>Counter-Defendant. | Case No.: C:23-cv-01492-APG-NJK |

VIDEOTAPED DEPOSITION OF VICTOR JEROME ROEHM, III

June 3, 2025
Phoenix, Arizona

Reported by: Cathy A. Miccolis, RPR/CRR

Certified Reporter, No. 50068

Job No. 10164791

MS. ABDO: He has already signed under penalty of perjury that this is his truthful testimony. He's not going to read it again and reaffirm by signing it again when he gets it, and I don't think we're going to ask the court reporter to type it all into part of this, but he just said that --

MR. OWENS: Correct. I'm just asking if you have any objection to his global affirmation that it's true and appropriate to treat as truthful testimony in this proceeding.

MS. ABDO: No. I believe my client is truthful, and he has already stated that's his testimony and given you a signature to that effect.

MR. OWENS: Understood.

MS. ABDO: So I don't know what you're trying to get --

MR. OWENS: I'm --

MS. ABDO: Wait. Let me finish. He signed under penalty of perjury. I believe that's probably what the form says. So I think you've got it. This is his testimony.

MR. PRINCE: May I just -- I'll do it later. That's okay.

BY MR. OWENS:

**Q. Mr. Roehm, did Snell & Wilmer represent Mirae**

**in connection with a lawsuit filed against Ryze in July 2021?**

MR. PRINCE: Objection; form and foundation.

MS. ABDO: Same.

THE WITNESS: Again, it is my understanding that Snell & Wilmer represented Mirae in connection with the July 2021 lawsuit, yes.

BY MR. OWENS:

**Q. Did Snell & Wilmer represent Mirae in connection with the loan transaction subsequently negotiated and executed in July 2021?**

MR. PRINCE: Objection; form and foundation.

MS. ABDO: Form.

THE WITNESS: The loan transaction in July 2021?

BY MR. OWENS:

**Q. I'm sorry. I misspoke.**

**Did Snell & Wilmer represent Mirae in the loan -- in connection with the loan transaction that was executed in November of 2021?**

A. Yes.

MR. PRINCE: Same objection.

BY MR. OWENS:

**Q. Was your -- is your belief that Snell & Wilmer represented Mirae in connection with the lawsuit and loan**

**transaction a reasonable one?**

MR. PRINCE: Same objections. Form, foundation.

THE WITNESS: Yes, I believe that it is.

BY MR. OWENS:

**Q. Why was it reasonable for you to believe that Snell represented Mirae in connection with the lawsuit in 2021, in the loan transaction in 2021?**

MS. ABDO: Form, foundation.

MR. PRINCE: Same objections. Form and foundation.

THE WITNESS: Again, so parse this, I was not involved in the lawsuit. So, and we have already established I wasn't involved in anything prior to August of 2021. But notwithstanding that, I think we have gone over repeatedly today the fact that we had an individual who was an employee of Mirae Asset Securities who had a supervisory role, it appears, at Mirae Asset Securities, had previously been involved in the underlying transaction related to the litigation for Mirae Asset Securities, had previously been represented -- or had previously been represented by Kutak Rock in connection with the convertible loan agreement.

Kutak Rock, when contacted by Snell & Wilmer, reached out specifically to Kyunghyun Lee to confirm

whether or not he on behalf of Mirae Asset Securities would waive the attorney-client privilege in order to allow them to provide documents to us. Those documents were in fact provided to us.

It was represented to us by Kutak Rock as counsel for Mirae Asset Securities that Kyunghyun Lee was in fact the person who was primarily involved in the convertible loan agreement.

We provided at the request of your client authority documents. Your client had -- was represented by counsel, including counsel that had offices in Korea, reviewed those authority documents, did not object to those authority documents.

I'm probably forgetting some other things, but those are some of the indicia of the authority of Kyunghyun Lee who engaged us to act as counsel for Mirae Asset Securities.

BY MR. OWENS:

**Q. Was it reasonable for Ryze then to believe that Snell & Wilmer represented Mirae?**

MR. PRINCE: Objection.

MS. ABDO: Form.

MR. PRINCE: Objection; form.

MS. ABDO: Foundation.

MR. PRINCE: Objection; form and foundation.

THE WITNESS: Yes.

BY MR. OWENS:

**Q. Was it reasonable for Ryze to believe that Mr. Lee had authority to bind Mirae?**

MR. PRINCE: Same objection.

MS. ABDO: Form and foundation.

THE WITNESS: Yes.

BY MR. OWENS:

**Q. Was it reasonable for Ryze to believe that Kutak Rock represented Mirae?**

MR. PRINCE: Form and foundation.

MS. ABDO: Form and foundation.

THE WITNESS: Based on my understanding, yes.

BY MR. OWENS:

**Q. And in fact, in -- I'll ask you to pull up Exhibit U and Exhibit V, if you can find them. I'm not finding mine. I'm going to come look over your shoulder, if you don't mind.**

**I believe you testified when discussing Exhibit U and V earlier that you thought that Ms. Fuller's request for authority documentation was overzealous or premature; is that right?**

A. That's correct.

**Q. So your complaint, if any, about Ryze's verification of Mr. Lee's authority is that it was too**

BY MR. OWENS:

**Q. Mirae had no knowledge of the July 2021 lawsuit?**

MS. ABDO: Form.

MR. PRINCE: Same objections.

MS. ABDO: Foundation.

THE WITNESS: I don't know that I have knowledge one way or another. Well, let me take that back. I'd say that's inaccurate. Obviously, Kyunghyun Lee was aware.

BY MR. OWENS:

**Q. Mirae -- excuse me. Mirae did not know that Mr. Lee signed the SLA?**

MS. ABDO: Form.

MR. PRINCE: Same objections. Form, foundation.

THE WITNESS: It's inaccurate inasmuch as Kyungyhun Lee is Mirae.

BY MR. OWENS:

**Q. By the way, did you ever communicate with other Mirae Asset employees besides Mr. Lee?**

MS. ABDO: Form.

THE WITNESS: Several of the emails and email chains that I was involved with included other members of the Mirae Asset Securities organization.