# EXHIBIT S120

*Excerpts of the Deposition of Matt Pearson, Volume 1 (Oct. 8, 2025)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MIRAE ASSET SECURITIES CO., LTD., ) Case No. 2:23-cv-01492-APG-NJK
a Republic of Korea company, )
)
Plaintiff, )
)
v. ) Volume I
)
RYZE RENEWABLES HOLDINGS, LLC, a )
Nevada limited liability company, )
and RYZE RENEWABLES NEVADA, LLC, a )
Nevada limited liability company, )
)
Defendants. )
)
)
RYZE RENEWABLES HOLDINGS, LLC, a )
Nevada limited liability company, )
and RYZE RENEWABLES NEVADA, LLC, a )
Nevada limited liability company, )
)
Counter-Claimants, )
)
v. )
)
MIRAE ASSET SECURITIES CO., LTD., )
a Republic of Korea company, )
)
Counter-Defendant. )
)

VIDEO-RECORDED AND VIDEOCONFERENCE DEPOSITION OF MATTHEW G. PEARSON

Taken on behalf of the plaintiff and counter-defendant, MIRAE ASSET SECURITIES CO., LTD., at the offices of Regus, 400 S. 4th Street, 3rd Floor, Las Vegas, Nevada 89101, commencing at 9:04 a.m., on Wednesday, October 8, 2025, pursuant to Notice.

REPORTED BY: PAIGE M. CHRISTIAN, CCR #955
Registered Merit Reporter
Certified Realtime Reporter
Certified Realtime Captioner

**presented -- not presented, but told by the defendants in this particular case that we were speaking with a authorized representative of Mirae, which was Sunghee Han, who spoke -- who spoke competent English, perfect English.**

Q. The same Sunghee Han that was your representative?

**A. The same Sunghee Han that was my representative during the CLA process. That's correct. During the first loan.**

Q. So your testimony is that Mr. Han was your representative until May of 2021.

And then, in somewhere late May, did he change sides? Is that your contention?

MR. JOHN M. EDGAR: Object; it's been asked and answered, argumentative.

BY MR. PRINCE:

Q. I just want to know --

**A. I don't know when he changed sides. I said that by the time I sat down for a mediation in August --**

Q. Uh-huh.

**A. -- he had -- he was representing -- he -- he was told by our -- their -- by Mirae's counsel at the time, Snell & Wilmer, that Han, Sunghee Han, was a**

**representative of Mirae and there to speak on their behalf, in perfect English.**

Q. Mr. Han said that in English?

**A. No. Mr. Roehm said that in English.**

Q. Mr. Roehm, who's an English-speaking lawyer at Snell & Wilmer?

**A. Correct.**

Q. Understood.

Did you ever ask Mr. Han about his switching sides?

**A. I don't recall communicating with Han personally ever again. I might be wrong, but I don't recall. I don't -- I don't remember calling him. I don't remember speaking to him on the -- at -- adjourned from a meeting. I -- we didn't have communication directly, I don't believe, after that. I could be wrong, but I just don't recall it sitting here today. So I would way -- to answer your question, I apologize, no. I don't -- I don't recall having that conversation with him.**

Q. Did you go to a golf event with Mr. Lee?

**A. Several months earlier, nine months before this last discussion we were just having, yes. We took -- we invited -- Mr. Lee came for his required site visit of Ryze Renewables Las Vegas. He flew into**