# EXHIBIT S121

*Excerpts of the Deposition of Matt Pearson, Volume 2 (Oct. 9, 2025)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br><br>Plaintiff,<br><br>v.<br><br>RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,<br><br>Defendants.<br><br>RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,<br><br>Counter-Claimants,<br><br>v.<br><br>MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br><br>Counter-Defendant. | Case No. 2:23-cv-01492-APG-NJK<br><br>Volume II |

CONTINUED VIDEO-RECORDED AND VIDEOCONFERENCE DEPOSITION OF

MATTHEW G. PEARSON

Taken on behalf of the plaintiff and counter-defendant, MIRAE ASSET SECURITIES CO., LTD., at the offices of Regus, 400 S. 4th Street, 3rd Floor, Las Vegas, Nevada 89101, commencing at 9:03 a.m., on Thursday, October 9, 2025, pursuant to Notice.

REPORTED BY: PAIGE M. CHRISTIAN, CCR #955
Registered Merit Reporter
Certified Realtime Reporter
Certified Realtime Captioner

concerned about whether or not Snell & Wilmer truly represented Mirae Asset?

**A. I wanted to know all the information I could gather, and that was one of the things I wanted to know.**

Q. Because you actually had concerns whether Snell & Wilmer rightfully represented Mirae Asset; isn't that correct?

**A. At the time -- that's your statement, but at the time, I didn't know whether they did or didn't. It sure appeared that they did. It appeared that they did as they filed a lawsuit on their behalf in the United States of America. They interfered with my other financing.**

**So I -- I believed there were possibilities of veracity there, but I -- I'm -- I question everything. I attempted to question everything at that point.**

Q. So you're saying you had no concern despite all of your previous representations whether Snell & Wilmer truly represented Mirae Asset; is that true, sir?

MR. OWENS: Objection; mischaracterizes the witness's testimony.

THE WITNESS: I'll state again, I would have -- I asked questions from the beginning to the end

Exhibit 17.

THE WITNESS: This states through discovery.

BY MR. PRINCE:

Q. That's the portion of the time we're in.

We talked about pre-October 2021; we talked about October of 2021; and now we're talking about post-October 2021, right?

**A. Way post-October 2021. I don't think it's fair just to say post-October --**

Q. Well, how about this.

As you sit here today as Ryze's corporate representative what's your position about whether or not Snell & Wilmer represented Mirae Asset in connection with the lawsuit that was filed in July of 2021?

**A. I'm aware of an engagement letter signed by an employee from -- from Mirae Asset where he retained the services of -- of Snell & Wilmer on behalf of Mirae Asset Securities to file a lawsuit. I'm aware that -- I'm not aware of any documents now, as I sit here today, that Mirae has provided that refute that claim --**

Q. Okay.

**A. -- that refute that fact.**

MR. OWENS: And I didn't get a chance to