# EXHIBIT S123

*Excerpts of the Deposition of Daniel Brown*
*(Dec. 13, 2024)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br><br>Plaintiff,<br><br>v.<br><br>RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,<br><br>Defendants.<br><br><br>RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,<br><br>Counter-Claimants,<br><br>v.<br><br>MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,<br><br>Counter-Defendants. | ) Case No. 2:23-cv-01492-APG-NJK<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>) JOB NO. 10153908 |

VIDEO-RECORDED AND VIDEOCONFERENCED DEPOSITION OF

DANIEL BROWN
December 13, 2024

REPORTED BY: PAIGE M. CHRISTIAN, CCR #955
Registered Merit Reporter
Certified Realtime Reporter
Certified Realtime Captioner

A. No. I don't remember --
**Q. Okay.**
A. -- specifically.
**Q. Now I want to take you to paragraph 112 of the complaint. In paragraph 112, it says, "The false information supplied by defendants included, but was not limited to, misrepresentations regarding: a) Mirae's status as a client of Defendants?"**
**Do you see that?**
A. Yes.
**Q. And then, "b), Han's, Lee's, and Defendants' status as representatives of Mirae"; is that correct?**
A. Yes.
**Q. And did Ryze -- did you understand Ryze to believe that at some point in time, that Mirae was not actually behind the lawsuit brought by Snell?**
A. I think some people suspected it. I, personally, didn't think something like that could happen, so I believed that Mirae was behind hiring Snell.
**Q. And when you say "some people suspected it" --**
A. Yeah.
**Q. -- who are those people that suspected it?**
A. I believe Matt Pearson did.

BY MR. OWENS:
**Q. Did -- and Mirae was represented by Snell & Wilmer at that point; is that right?**
A. Yes.
**Q. Did anyone at Snell & Wilmer tell you that Lee lacked authority to execute agreements on behalf of Mirae?**
A. No, I don't think so.
**Q. Did anyone at Snell & Wilmer ever tell you that Director Lee lacked authority to negotiate deals on behalf of Mirae?**
A. No.
**Q. After Mirae missed the funding deadline in connection with the first loan agreement, the CLA -- and that was around March 2021; is that right?**
A. Yup.
**Q. After that first funding deadline was missed --**
MR. CARLTON: Objection --
BY MR. OWENS:
**Q. -- did anyone at Mirae reach out to Ryze, to your knowledge, and say, There's been a misunderstanding. This individual, in fact, didn't have authority to negotiate deals on our behalf?**
MR. CARLTON: Objection; lacks foundation.