# EXHIBIT S124

*Excerpts of the Deposition of Christopher Dancy (Oct. 7, 2025)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,

Plaintiff,

v.

RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,

Defendants.

Case No. 2:23-cv-01492-APG-NJK

RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,

Counter-Claimants,

v.

MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,

Counter-Defendant.

VIDEO-RECORDED AND VIDEOCONFERENCE DEPOSITION OF CHRISTOPHER DANCY

Taken on behalf of the plaintiff and counter-defendant, MIRAE ASSET SECURITIES CO., LTD., at the offices of Regus, 400 S. 4th Street, 5th Floor, Las Vegas, Nevada 89101, commencing at 9:11 a.m., on Tuesday, October 7, 2025, pursuant to Notice.

REPORTED BY: PAIGE M. CHRISTIAN, CCR #955
Registered Merit Reporter
Certified Realtime Reporter
Certified Realtime Captioner

**A. Yes. That's correct.**
Q. There was a mediation or settlement conference between Ryze and purportedly Mirae in August 2021.
Are you familiar with that?
MR. OWENS: Object to form.
THE WITNESS: A settlement -- I -- I don't recall.
BY MR. KAEWERT:
Q. So you -- safe to say that you were not present at any mediation or settlement conference in August of 2021?
**A. That's not safe to say. I may have been -- I may have been a part of it, but I -- I don't remember.**
Q. Are you aware that they -- the Snell & Wilmer law firm filed a lawsuit nominally on behalf of Mirae Asset against Ryze?
**A. Yes --**
MR. OWENS: Object to form.
BY MR. KAEWERT:
Q. As part of that lawsuit, are you aware that as part of that lawsuit, there was a settlement or mediation conference that occurred at the Snell & Wilmer offices in Orange County, California?
**A. I remember that meeting. I did not**

manipulate"?

A. **As I mentioned before, I don't remember.**

Q. Flip to the next page, the second text message from Mr. Pearson that day. It's a text to you saying, "We will be withdrawing" -- the second half of the -- the text message. "We will be withdrawing" -- pardon me.

"We will be withdrawing those scenarios formally and explaining to Victor what has occurred."

Did you take that to mean Victor Roehm of Snell?

A. **That would be my expectation.**

Q. Do you know if any scenarios were formally withdrawn that had been sent to Snell?

MR. OWENS: Object to form.

THE WITNESS: I -- I don't recall, exactly, but I do recall that after the lawsuit, we weren't particularly interested in working out a transaction with them. We wanted them to honor the terms of the original loan agreement.

BY MR. KAEWERT:

Q. Understood.

But my question was, do you know if any scenarios were formally withdrawn that had been sent to Snell?

MR. OWENS: Object to form.

THE WITNESS: I don't remember.