# EXHIBIT S125

*Excerpts of the Deposition of Michael Brown*
*(Oct. 13, 2025)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
MIRAE ASSET SECURITIES CO.,     )
LTD., a Republic of Korea       )
company,                        )
                                )
         Plaintiff,             )
                                ) Case No.
    v.                          )2:23-cv-01492-APG-NJK
                                )
RYZE RENEWABLES HOLDINGS, LLC,  )
a Nevada limited liability      )
company, and RYZE RENEWABLES    )
NEVADA, LLC, a Nevada limited   )
liability company,              )
                                )
         Defendants.            )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
RYZE RENEWABLES HOLDINGS, LLC,  )
a Nevada limited liability      )
company, and RYZE RENEWABLES    )
NEVADA, LLC, a Nevada limited   )
liability company,              )
                                )
         Counter-Claimants,     )
                                )
MIRAE ASSET SECURITIES CO.,     )
LTD., a Republic of Korea       )
company,                        )
                                )
         Counter-Defendant.     )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
```

VIDEORECORDED DEPOSITION OF MICHAEL BROWN

Monday, October 13, 2025
9:20 AM - 4:12 PM

STENOGRAPHICALLY REPORTED BY:
Tamra K. Piderit, RPR, RMR, RDR, CRR
Nevada Certified Reporter #1009
Certified Realtime Reporter

then after they sued us, they tried to do a second -- a subordinated loan agreement, I think the SLA. And then they came over when we believed we finally had a deal. Mr. Lee and Victor, his attorney, we came here, we did a golf outing where we went to Topgolf.

After it was over, I invited them to come to my house without Matt Pearson. Mr. Lee came to my house along with Victor. We had sushi. It was probably 10:00 at night, and I tried to speak to him in English, and he can speak some English. He can understand it, and he spoke in English.

I asked him, I said did we really get this agreement signed, and he was able to say "Yes." I said why didn't you fund it?

And he said, "We couldn't. Lost partner. Lost partner."

So I interpreted that that they lost their funding partner after they signed the agreement with us, gave us our CPs, confirmed that we went through our CPs, and then they didn't fund.

Whenever they didn't fund, to confirm that it was real, a copy of all of it was sent to the chairman of Mirae personal delivery only, so we know Mirae knew about it. They can't say they didn't know about it.

Mr. Lee, in English, told me that we got -- that

Q. That's your speculation; isn't that right?
**A. No. That's what it seemed like.**
Q. I know. That's right. That's your speculation. You don't know whether Mr. Lee spoke English, correct?
MR. MELIN: Objection to form. Asked and answered.
**A. Well, I did have a further conversation with him at my house, and then I was able to understand that he does have a fundamental understanding at least of the basic words to be able to speak and more than basic in terms of understanding.**
BY MR. TSAO:
Q. So other than Victor Roehm, no one else was present for this conversation?
**A. No, Han Sunghee was also there.**
Q. Han was there as well?
**A. Um-hm.**
Q. You left that out before.
**A. I didn't say he didn't come. I said the two main people that were doing all of the talking, the two principals that came were Victor, talking about the settlement of the lawsuit, and Mr. Lee representing Mirae.**
Q. And Han was translating for Mr. Lee, then, during the night; isn't that right, at your house?
**A. Sometimes, although in an informal -- I have**