# EXHIBIT S126

*Excerpts of the Deposition of James C. Christodoulou (Sept. 25, 2025)*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

------------------------------------X

MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,

Plaintiffs,

Case No.: 2:23-cv-01492 (APG)(NJK)

-against-

RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,

Defendants.

------------------------------------X

RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,

Counter-Claimants,

-against-

MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,

Counter-Defendant.

------------------------------------X

VIDEOTAPED DEPOSITION of

JAMES C. CHRISTODOULOU

Reported By:

Marina Dubson

Job No. 10172482

CONFIDENTIAL

**J. C. Christodoulou - CONFIDENTIAL**

**law firm. I think you may have called it Schnell.**

A. Schnell, yeah. It's Snell. That's right.

**Q. That's the lawsuit that I'm referencing.**

A. This one now? Because I think Ryze --

MR. TSAO: Object to form of the question.

THE WITNESS: I think, before I got to Ryze, Ryze was going to sue Mirae, but then they dropped the suit. But in the fall, when we went to Snell & Wilmer for the second go-round of the Mirae loan, I am very familiar with that whole process. And your question was?

**Q. My question pertains to the -- well, let me back up.**

**Do you recall whether there was a lawsuit by Mirae against Ryze that precipitated that first round of negotiations between Ryze and Mirae?**

**J. C. Christodoulou - CONFIDENTIAL**

A. No, I don't think we sued them. I don't think that we were suing them, or we dropped our suit, and I don't know if they were suing us. Matt would know better, honestly. Like, he would know.

But I know that, when we went to California for the second -- the $20 million Mirae loan, at that time we were not suing Snell and Snell wasn't suing us. I mean, we were still all very hopeful of getting money.

**Q. And you don't recall if Snell & Wilmer had filed suit for Mirae against Ryze earlier that year?**

MR. TSAO: Object to form. Asked and answered.

THE WITNESS: I don't recall.

**Q. Have you heard a situation where a lender fails to find an executed deal and then sues the borrower on the deal that they failed to fund?**

A. Not a deal of this magnitude with an institution like this, no.

**Q. You testified that one of the**