# EXHIBIT S127

*Excerpts of the Deposition of Jeffrey Hall (Sept. 9, 2025)*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company, Plaintiff, vs. RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company, Defendants. | CASE NO. 2:23-cv-01492-APG-NJK |
| AND RELATED CROSS-ACTIONS. | |

VIDEOTAPED DEPOSITION OF PARAGON CONSTRUCTION CONSULTING
BY JEFFREY HALL AS PERSON MOST KNOWLEDGEABLE
Costa Mesa, CALIFORNIA
Tuesday, September 9, 2025

Reported by:
Gideon Choi
CSR No. 13258

Q Did you have occasion to introduce anyone from Mirae to Steve Graham?
A Yes.
Q When did you introduce Mirae to Steve Graham?
A It would have been around probably mid-2021. I don't recall the exact date.
Q Did somebody request that you introduce Mirae to legal counsel?
A Yes.
Q Who requested that you introduce Mirae to legal counsel?
A Sunghee Han.
Q And do you recall why Sunghee Han asked to be introduced to legal counsel?
A They weren't happy with their legal counsel in the U.S. and they wanted new legal counsel in the U.S.
Q Who is "they"?
A Mirae.
Q Okay. And when you say "they", are you including Sunghee Han as part of Mirae?
A No.
Q Okay. So Mirae asked that you -- I'm sorry.
Sunghee Han asked that you introduce Mirae to legal counsel?
A He asked me for a referral, and I referred them to

Snell Wilmer.
Q Okay. And who did you introduce to Snell & Wilmer?
A I'm sorry. Can you ask that again?
Q Was there somebody at Mirae that you introduced to Snell & Wilmer?
A I introduced him to Sunghee Han, who I believe introduced him to Steve Graham.
Q Okay. Let me unpack that. You said you introduced him to --
A I introduced Steve Graham to Sunghee Han, and I believe Sunghee Han introduced him to Mr. Lee.
Q Do you have a sense of what the dissatisfaction was with existing -- Mirae's dissatisfaction was with existing U.S. counsel?
A I don't.
Q And who was existing U.S. counsel?
A I think they had several. Kutak Rock out of Arkansas was one that was on the project for a while, and they were very slow, difficult to deal with. But they had several legal counsels around that I had heard of before.
Q And so was it your understanding that you were referring Mirae to Snell Wilmer for deal counsel or litigation counsel or some other purpose? Did you have an expectation?
A They were still trying to get a deal done at that

project, percentages complete, schedule, that kind of thing, budget.

Q Okay. And in the middle of that same page, there's an entry from Steve Graham, the second sentence of which reads, "Notes from conversations with Jeff Hall and Sunghee Han"; do you see that?

A Yes.

Q Do you recall a conversation with Steve Graham on August 9th, 2021?

A I do not.

Q Okay. And these were all after May 20th; is that right?

A Yes.

Q And you understood during these meetings that Snell was representing Mirae?

MR. WENTLAND: Objection. Compound. Speculative. Vague.

THE WITNESS: I don't know.

BY MR. OWENS:

Q Why did you think you were meeting with multiple Snell Wilmer attorneys to talk about the Ryze project?

A I think I thought they were trying to assist in getting the deal to close with Mirae. I don't have any knowledge of them being engaged or saw an engagement agreement. I don't have any knowledge of that.

agreement, and the project." Did I read that correctly?
A Yes.
Q But it remains your testimony that you don't recall serving as a consultant?
A We did not.
MR. OWENS: Okay. Let's mark Exhibit 12.
BY MR. OWENS:
Q Well, before I do that, would you agree that you were functioning as a consultant for Snell & Wilmer's representation of Mirae providing information?
MR. WENTLAND: Objection. Vague.
THE WITNESS: No.
BY MR. OWENS:
Q How would you describe your role in relation to Snell & Wilmer's representation of Mirae?
MR. WENTLAND: Foundation.
THE WITNESS: None.
MR. OWENS: Okay. So let's mark Exhibit 12.
(Exhibit 12 was marked for identification by the Certified Shorthand Reporter, a copy of which is attached hereto.)
BY MR. OWENS:
Q Mr. Hall, when we were working through the Snell Wilmer billing entries, we had a discussion about Ryze asking you to sign a document and you seeking Mr. Graham's