# EXHIBIT S129

*Excerpts of the Deposition of John Prescott*
*(Oct. 13, 2025)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

_______________________________

MIRAE ASSET SECURITIES CO., LTD,
a Republic of Korea Company,
Plaintiff,
v. Case No.
RYZE RENEWABLES HOLDINGS, LLC, 2:23-cv-01492-APG-NJK
a Nevada Limited Liability
Company, and RYZE RENEWABLES
NEVADA, LLC, a Nevada Limited
Liability Company,
Defendants.

_______________________________

RYZE RENEWABLES HOLDINGS, LLC,
a Nevada Limited Liability
Company, and RYZE RENEWABLES
NEVADA, LLC, a Nevada Limited
Liability Company,
Counter-Claimants,
v.
MIRAE ASSET SECURITIES CO., LTD,
a Republic of Korea Company,
Counter-Defendant.

_______________________________

Own by any chance?

A No.

Q Okay.

A Not that I recall.

Q Did you ever hear about a lawsuit that Lee and Han filed purportedly on behalf of Mirae against Ryze in or about July 2021?

MR. OWENS: Object to form.

THE WITNESS: No.

BY MR. WEITZMAN:

Q Mr. Lee and Mr. Han never told you about any such lawsuit?

A I never learned, no. I have no recollection of ever learning about a lawsuit --

Q Okay.

A -- filed by Han against Ryze.

Q And did Ryze ever tell you of any such lawsuit that was filed?

A I never heard about a lawsuit filed by Han against Ryze until right now.

Q You've used, a couple times in your examination, the word "unprofessional" when describing Mr. Han or Mr. Lee. Am I -- I just want to quote you accurately.

A No. You're not quoting me accurately with

several occasions during Mr. Weitzman's examination where he had occasion to ask you about concerns or red flags. Do you remember various questions referencing concerns or red flags about the Ryze/Mirae transaction?

A I recall --

Q Okay.

A -- red flags being --

Q And I just want to be clear, because it's not to me as I hear it, to hear a generic reference to a concern of red flags, what those were about. So I want to put the question to you.

At any point during your -- or during Malbec's work on the convertible notes transaction between Ryze and Mirae, did you ever have any concerns or believe there was any red flags that Mr. Lee was a junior employee who lacked authority to lead those negotiations for Mirae?

A No.

Q Okay. Did you ever have any concerns or see any red flags about whether Mirae was involved in the deal at all and when I say "involved in the deal," I don't mean ultimately going to fund it, but whether that transaction was ever even officially vetted by Mirae Asset Securities Company?

MR. WEITZMAN: Objection to form.

THE WITNESS: Yeah. Could you ask that again, Mr. Owens?

BY MR. OWENS:

Q Sure. It's been alleged in this case -- I think maybe this was pointed out in some of the questioning -- that Mirae denies any official authorization of the Ryze/Mirae convertible notes transactions. I think it was put a different way by Mr. Weitzman at some point that Mirae alleges that Mr. Lee went rogue in negotiating and executing that deal.

Did any of the concerns or red flags you had with respect to this transaction pertain to a belief or suspicion that Mr. Lee had gone rogue and pursued the deal without Mirae's knowledge or authorization?

A We didn't have any red flag of that nature at all.

Q Okay. All right. And I believe Mr. Weitzman asked you several questions about whether your view or Malbec's view of the Ryze transaction would change if it had known about certain allegations of financial impropriety. Do you recall those questions?

A Yes. I recall questions but --