**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MIRAE ASSET SECURITIES CO., LTD,

Plaintiff

v.

RYZE RENEWABLS HOLDINGS, LLC and RYZE RENEWABLES NEVADA, LLC,

Defendant

Case No.: 2:23-cv-01492-APG-NJK

**Order Affirming Magistrate Judge's Order Denying Motion to Compel**

[ECF No. 414]

Plaintiff Mirae Asset Securities Co., Ltd. filed a motion to compel Ryze Renewable CEO Matthew Pearson to produce text messages related to the alleged loan transaction at the heart of this case. ECF No. 327. Magistrate Judge Koppe denied that motion as untimely. ECF No. 408. Mirae objects to that order. ECF No. 414. I have reviewed the objection, Judge Koppe's order, and the underlying papers. Judge Koppe's order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

I THEREFORE ORDER that Magistrate Judge Koppe's Order **(ECF No. 408) is affirmed**, and plaintiff Mirae Asset Securities Co., Ltd.'s objection **(ECF No. 414) is denied**.

DATED this 15th day of October, 2026.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE