**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MIRAE ASSET SECURITIES CO., LTD,

Plaintiff

v.

RYZE RENEWABLS HOLDINGS, LLC and RYZE RENEWABLES NEVADA, LLC,

Defendant

Case No.: 2:23-cv-01492-APG-NJK

**Order Denying Objection Without Prejudice**

[ECF No. 468]

Based on the latest status report (ECF No. 630), it appears that the objection by nonparties Greg Paulk; MMC Inc.; and NC Industries LLC (ECF No. 468) is moot. I therefore deny it without prejudice to any of the involved parties filing a new motion related to this discovery dispute should that become necessary.

I THEREFORE ORDER that nonparties Greg Paulk; MMC Inc.; and NC Industries LLC's objection **(ECF No. 468) is DENIED as moot**.

DATED this 15th day of October, 2026.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE