DENNIS L. KENNEDY
Nevada Bar No. 1462
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
TBingham@BaileyKennedy.com

JOHN M. EDGAR
*(Admitted Pro Hac Vice)*
JOHN F. EDGAR
*(Admitted Pro Hac Vice)*
MICHAEL R. OWENS
*(Admitted Pro Hac Vice)*
ALEXANDER C. MELIN
*(Admitted Pro Hac Vice)*
**EDGAR LAW FIRM LLC**
2600 Grand Boulevard, Suite 440
Kansas City, Missouri 64108
Telephone: 816.531.0033
jme@edgarlawfirm.com
jfe@edgarlawfirm.com
mro@edgarlawfirm.com
acm@edgarlawfirm.com

JAMES C. SHAH
*(Admitted Pro Hac Vice)*
BRUCE D. PARKE
*(Admitted Pro Hac Vice)*
ANNA K. D'AGOSTINO
*(Admitted Pro Hac Vice)*
CHRISTOPHER A. MILLER
*(Admitted Pro Hac Vice)*
**MILLER SHAH LLP**
jcshah@millershah.com
bdparke@millershah.com
akdagostino@millershah.com
camiller@millershah.com
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
1845 Walnut Street, Suite 806
Philadelphia, PA 19103

*Attorneys for Defendants/Counter-Claimants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Mirae Asset Securities Co., Ltd., a Republic of Korea company,

Plaintiff,

v.

Ryze Renewables Holdings, LLC, a Nevada limited liability company, and Ryze Renewables Nevada, LLC, a Nevada limited liability company,

Defendants.

Ryze Renewables Holdings, LLC, a Nevada limited liability company, and Ryze Renewables Nevada, LLC, a Nevada limited liability company,

CASE NO. 2:23-cv-01492-APG-NJK

**APPENDIX OF EVIDENCE**

Judge: Andrew P. Gordon

Date Action Filed: September 22, 2023

Counterclaimants,

v.

Mirae Asset Securities Co., Ltd., a Republic of Korea company,

Counterdefendant.

Defendants and Counterclaimants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC (together, "Ryze") submit this Appendix of Evidence in support of their Response to Mirae's Motion to Exclude Testimony That Kyung-Hyun Lee Claimed Investment Committee Approval (ECF No. 642):

| No. | Description | Pages |
|---|---|---|
| Ex. 1 | Email from Matthew Pearson to Kyung-Hyun Lee Regarding Final Mirae Committee Approval (Mar. 1, 2021; LFULLER008786) | 001-002 |
| Ex. 2 | Amended and Restated Offering Memorandum for a USD 210 Million Convertible Note (July 29, 2020; Dancy Dep. Ex. 10; RYZE0015233-38) | 003-009 |
| Ex. 3 | Non-Disclosure Non-Competition Agreement Between Ryze Renewables Holdings, LLC and Mirae Asset Daewoo Co., Ltd. (Excerpt) (Apr. 29, 2020; RYZE0118750, RYZE0118757) | 010-012 |
| Ex. 4 | Excerpts of the Deposition of Matthew G. Pearson, Volume I (Oct. 8, 2025) | 013-023 |
| Ex. 5 | Emails Among Jeffrey Hall, Kyung-Hyun Lee, and Matthew Pearson Regarding Translation for Call with Ryze (June 6-7, 2021; RYZE0104635-36) | 024-026 |
| Ex. 6 | Email from Kyung-Hyun Lee to Ryze Regarding Due Diligence Documents (Sept. 15, 2020; RYZE0059989) | 027-028 |
| Ex. 7 | Emails Between Matthew Pearson and Kyung-Hyun Lee Regarding Status of Transaction (Jan. 4, 2021; Dancy Dep. Ex. 17; RYZE0004673-75) | 029-032 |
| Ex. 8 | Excerpts of the Deposition of Lisa Fuller (Dec. 3, 2024) | 033-039 |
| Ex. 9 | Email from Kyung-Hyun Lee to Ryze Regarding Head of Terms (May 25, 2021; LFULLER009068-69) | 040-042 |
| Ex. 10 | Excerpts of the Deposition of Michael Brown (Oct. 13, 2025) | 043-048 |
| Ex. 11 | Excerpts of the Deposition of Daniel Brown (Dec. 13, 2024) | 049-052 |
| Ex. 12 | Excerpts of the Deposition of Steven T. Graham (Sept. 30, 2025) | 053-057 |

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

Dated: October 21, 2026.

Respectfully submitted,

DENNIS L. KENNEDY
Nevada Bar No. 1462
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
TBingham@BaileyKennedy.com

*/s/ Michael R. Owens*
John M. Edgar (PHV)
John F. Edgar (PHV)
Michael R. Owens (PHV)
Alexander C. Melin (PHV)
**EDGAR LAW FIRM LLC**
2600 Grand Boulevard, Suite 440
Kansas City, Missouri 64108
Telephone: 816.531.0033
jme@edgarlawfirm.com
jfe@edgarlawfirm.com
mro@edgarlawfirm.com
acm@edgarlawfirm.com

JAMES C. SHAH
*(Admitted Pro Hac Vice)*
BRUCE D. PARKE
*(Admitted Pro Hac Vice)*
ANNA K. D'AGOSTINO
*(Admitted Pro Hac Vice)*
CHRISTOPHER A. MILLER
*(Admitted Pro Hac Vice)*
**MILLER SHAH LLP**
jcshah@millershah.com
bdparke@millershah.com
akdagostino@millershah.com
camiller@millershah.com
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
1845 Walnut Street, Suite 806
Philadelphia, PA 19103

*Attorneys for Defendants/Counterclaimants Ryze Renewables Holdings, LLC and Ryze Renewables Nevada, LLC*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820