# EXHIBIT 1

*Email from Matthew Pearson to Kyung-Hyun Lee Regarding Final Mirae Committee Approval (Mar. 1, 2021; LFULLER008786)*

# re: Call this evening

**From: Matt Pearson <mpearson@ryzerenewables.com>** Mon, Mar 1, 2021 at 11:02 PM CST (GMT-06:00)
To: 이경현 <kyunghyun.lee@miraeasset.com>
Cc: Sunghee Han <SHan@thinkbrg.com>; han sunghee <han.sunghee@hotmail.com>; <jeff@paragoncc.com>; Michael Brown <mbrown@ryzerenewables.com>; Chris Dancy <cdancy@ryzerenewables.com>; Daniel Brown <dbrown@ryzerenewables.com>

Mr. Lee,

Thank you for the call and sorry we had to cut our conversation short. I am pleased to hear that the Final Mirae Committee Approval has been received. Lisa reviewed the CLA and it does not, in fact, require written confirmation of such approval. Thus, we will accept your verbal confirmation, as documented by this email, and move forward with the steps for closing set forth on Schedule 4.02B.

We should set up another call to discuss timing and logistics. Please be assured that Ryze will continue to work diligently to closing and successful completion of the project.

Have a good rest of your day and we look forward to our successful closing and funding with Mirae!

Matt Pearson | Managing Member

RYZE RENEWABLES

Ryze Renewables Holdings, LLC
6600 Amelia Earhart Court, Suite A, Las Vegas, NV 89119

OFFICE: (702) 827-5200 | MOBILE: (702) 469-9661
EMAIL: mpearson@ryzerenewables.com | ryzerenewables.com

EXHIBIT
7
PENGAD 800-631-6989

LFULLER008786