# EXHIBIT 2

*Amended and Restated Offering Memorandum for a USD 210 Million Convertible Note (July 29, 2020; Dancy Dep. Ex. 10; RYZE0015233-38)*

**Ryze Renewables Holdings LLC**
**Amended and Restated Offering Memorandum for a USD 210 Million Convertible Note**
**Executed 29th of April, 2020 Amended and Restated 29th of July, 2020**

That certain Offering Memorandum executed April 29th, 2020, by and between Ryze Renewables Holdings LLC as Borrower and Mirae Asset Daewoo Co., Ltd., and or its affiliates as Investor is hereby amended and restated in its entirety as set forth below:

**Investor:** Mirae Asset Daewoo Co., Ltd., and or its affiliates, incorporated under the Laws of Republic of South Korea, having its principle address at Mirae Asset Center One Building, East Tower, 26, Euljiro-5-gil, Jung-gu, Seoul 100-210.

**Proposing Structure:** Ryze Renewables Holdings LLC offers to issue a United States Dollar ("USD") denominated, subordinated secured Convertible Notes Facility (the "CN") with Interest-Coupon payable by the Borrower on Quarterly basis. The CN will be structured with a PIK element for 6 months.

**Existing Senior Facility:** 20-Year adjustable rate, Senior Secured debt of $198,000,000, under the USDA 9003 Program, has been procured.

**Borrower/Issuer:** Ryze Renewable Holdings LLC (collectively, the "Borrower" or the Holding Company, "HoldCo"), a company incorporated in Delaware with its principal offices at 6600 Amelia Earhart Court, Suite A, Las Vegas, Nevada, 89119 USA ("USA").

The Borrower is currently the issuer and the undertaker of this CN transaction and is developing a renewable diesel project in Las Vegas. The Borrower and Phillips 66 (NYSE: PSX) have entered into a 15 Year Agreement, which Phillips 66 provides 100% of the feedstock supply, purchased all of the fuel off-take, and monetizes the RIN, LCFS, and Tax Credits as part of the Supply and Offtake Agreement. .

**Valuation Cap/Conversion:** The CN can be converted to common shares in the HoldCo at a value of $2.35 per share. The CN can be converted in partial or in whole, which any unconverted amount of the CN will continue to accrue interest at the coupon, to be fully repaid at maturity. At the time of issuance of the CN, i) the HoldCo shall have 400,000,000 Shares outstanding; ii) the Investor will be guaranteed minimum of 21.25% of the HoldCo if the CN is fully converted, at the time of the Conversion.

**Reserve Account:** The following reserve accounts are to be established:

(i) PIK Reserve Account into which Borrower shall cause to be deposited the amount of $10,000,000 at funding. The PIK of the Convertible Note Coupon shall be paid in quarterly

(ii) Debt Service Reserve Account into which Borrower shall cause to be deposited the amount of $10,000,000 at funding. To the extent that monies on deposit in the Debt Service Reserve Fund are used to

PENGAD 800-631-6989 EXHIBIT PC 10/07/2025 10 C. DANCY

make up shortfalls in amounts available to meet principal or interest payments, the Debt Service Reserve Fund will be replenished from revenues;

(iii) Cash Reserve Account into which Borrower shall cause to be deposited the amount of $10,000,000 at funding. Commencing with the start of operations, Borrower shall take and apply 100% of all excess cash flow to the Cash Reserve Account until a total of $20,000,000 attained. To the extent that monies on deposit in the Cash Reserve Account are used, the Cash Reserve Account will be replenished from revenues;

(iv) EPC retention of $14,250,000 shall be held by the Investor in a EPC Retention Account.

(v) Commencing with start of opperations and continuing for each year thereafter, Borrower shall deposit into the Principal Reserve Account 100% of all excess cash flows until a total of $10,000,000 is deposited each year, up to a total of $50,000,000.

(vi) The Borrower shall procure a rating of "BBB+" or better from S&P, Moody's, or Fitch, within 6 Months from the production date. In case the Borrower fails to procure 'Investment Grade' rating from one of the aforementioned agencies, then the CN coupon will be accelerated, requiring the borrower to refinance the Project to payoff the CN within 6 Months from the procurement date.

(vii) The detailed terms of the conditions and undertakings on financial convenants, acceleration, CAPEX waterfall, tag-along rights, and Event of Default shall be finalised in the formal 'Investment Agreement.'

(viii) The Borrower and Investor shall agree to set a minimum ratio threshold based on project EBITDA or DSCR. In case the Borrower does not meet the minimum ratio threshold, as a provisional remedy, the principal of the Convertible Note Coupon shall be paid off from the following accounts until the project performs to meet such requirement: a) DSRA, b) Cash Reserve Account, c) EPC Retention Account, d) Principal Reserve Account. Upon release of the funds in the aforementioned accounts, they shall be replenished in 100% excess cash sweep.

| | |
|---|---|
| Voluntary Repayment: | During the first Two Years, the Borrower may not voluntarily repay or convert the CN, except for any outstanding PIK or PIK Reserve. Thereafter, there will be a Prepay Penalty of 2% of the total CN amount until the Maturity. |
| Proposed Closing: | The Borrower and the Investor agree that upon acceptance of this Offering Memorandum, the Investor agrees to consummate this CN Transaction by October 9, 2020. |
| Amount of the CN: | The principal amount of the Convertible Notes shall be Two Hundred Ten Million US$ Dollars (210,000,000 USD). |
| Maturity Date: | The CN will have a maturity date (the "Maturity Date") being the date which is 60 months after the Closing Date. |

**Interest of the Coupon:**

Interest ("Interest") in respect of the CN shall be as follows: in respect of the CN, the Coupon shall accrue at an annual rate of 350 basis points above the blended average rate of the guaranteed and non-guaranteed portions of the Senior Secured debt, above minimum annual rate of 11.00%. Interest on the guaranteed Senior Secured debt accrues at an annual rate equal to the Prime Rate published in the Money Rates Section of the Wall Street Journal plus 2.00%. Interest on the non-guaranteed Senior Secured debt accrues at an annual rate equal to the Prime Rate published in the Money Rates Section of the Wall Street Journal plus 7.00%, provided that the interest rate shall not fall below 11.75%. The current Wall Street Journal Prime Rate is 3.25%, resulting in a current CN interest rate of 11.00%. Interest is calculated on a [30/360 (unadjusted) day basis][1], and shall be payable Quarterly in arrears on the outstanding CN amount; the First Year of the Coupon interest of the CN shall be structured as a PIK.

**Miscellaneous Terms:**

The Borrower and the Investor agree that upon acceptance of this Amended and Restated Offering Memorandum, the Investor agrees to consummate and fund this CN Transaction subject only to the following conditions:

(i) the Borrower agrees to obtain a ratings report from Egan Jones for the CN with guidance for an expected investment grade rating, a condition precedent to the Closing;
(ii) Borrower to provide to Investor written consent from Existing Senior Facility debtholder and USDA, approving Ryze Renewables Holdings' proposed injection of capital into Ryze Renewables Las Vegas, LLC for the purpose of certain pre-treatment and other plant improvement additions.
(iii) Final review and acceptance therein of complete transaction documents
(iv) Mirae Investment Committee Approval
(v) Scheduling and completion (at earliest date available) of in-person Investor site visits by Mirae (Korean delegation) prior to funding
(i) the Borrower agrees to obtain a ratings report from S&P, Moody's, or Fitch for the Note with an investment grade rating within Six Months of completion and start up of the Project in Las Vegas, provided, that such time period may be extended if such rating agencies require longer operating history to provide such rating;
(ii) The investor, with its Asset Management Company(s), shall perform a site visit as a condition prescedent to consummation of 'Financing.'
(iii) The investor agrees to consummate 'Financing' by executing the investment agreement with the Borrower no later than October 9, 2020. Upon consummation, the funds may be released after the second site visit performed by the investor, unless both Parties agree writing to have the funds released otherwise.
(iv) The investor shall have pledge against the shares of the Borrower's entity unencumbered.
(v) Upon execution of this Offering Memorandum, the Borrower agrees to provide detailed insurance information and policies held by Ryze, the EPC, and Phillip 66. Any changes or supplements to the existing policies and bonds may be requested by the Investor.

---

[1] NTD: The Investor is to confirm whether Interest will accrue on a 30/360 (unadjusted) day basis or an A/360 day basis.

(vi) During the term of the CN, the, Borrower shall provide a third party monthly reports including, *inter alia*, Operating Report, Commercial Report, Financial Report, Lenders Technical Advisory Report, to be further defined in the formal 'Investment Agreement.' All Reports must be submitted by every 15th of the Month.

(vii) In addition, an annual report including, inter alias, Finacial Audit(consolidated), Operating Report, Project Business Plan, shall be submitted within 90 Days from the end of the fiscal year.

(viii) Whenever there is any change, cancellation, or addition in existing insurance policy(s) and bond(s), the Borrwer agrees to submit a documentation on such change immediately.

(ix) The Borrower must submit the Change Order EPC Contract for the Investor's review, along with the progress report illustrating existing site conditions and status.

(x) Unless the Investor pre-emptively agrees in writing, the Borrower shall not be participate in any Joint Ventures; disposition, divestitures, carve-out, or swap of any assets or shares of the Borrower and/or its affiliates.

Law: The Offering Memorandum shall be governed by and shall be construed in accordance with the laws of California.

Exclusivity and No Shop: Borrower has honored previous exclusivity requirements contained in the Offering Memorandum. In consideration of mutual execution of this Amended and Restated Offering Memorandum, the Investor shall have exclusivity rights to engage the Borrower in the CN transaction until October 9, 2020.

Please note that this Offering Memorandum is not legally binding and does not create an offer capable of acceptance to undertake the Transaction or enter into legal binding agreements. This Offering Memorandum supersedes any previous documents exchanged amongst the Parties.

**SIGNATURES OF THE PARTIES:**

Signed ..............................................................

By Mr. Matthew G. Pearson, Managing Member on behalf of Ryze Renewables Holdings LLC.

Date 8.4.2020

Signed ..............................................................

By Mr Cho, Ung Kee, CEO, on behalf of Mirae Asset Daewoo Co., Ltd.

Date ..............................................................

# 인 감 증 명 서

법인등록번호 : 110111-0011679



상 호 : 미래에셋대우 주식회사 (MIRAE ASSET DAEWOO CO., LTD.)
본 점 : 서울특별시 중구 을지로5길 26(수하동, 미래에셋 센터원빌딩 이스트타워)

대표이사 조웅기
(640212-1923516)

관할등기소 : 서울중앙지방법원 등기국 / 발행등기소 : 서울중앙지방법원 등기국

이 인감은 등기소(과)에 제출되어 있는 인감과 틀림없음을 증명합니다.

2020년 07월 22일

법원행정처 등기정보중앙관리소 전산운영책임관

수수료 1,200원 영수함.

1. 문서 하단의 바코드를 스캐너로 확인하거나, 인터넷등기소(http://www.iros.go.kr)의 인감증명서 발급확인 메뉴에서 발급확인번호를 입력하여 위·변조 여부를 확인할 수 있습니다.
2. 법인인감증명서 발급사실 등 문자전송 서비스를 신청하면, 발급사실을 휴대폰 문자로 통보받을 수 있습니다. (전국 등기소 및 인터넷등기소에서 신청 가능)

11302101314010202171000520002313012010A1K1D1K0L1S1 200 발급확인번호 0AUT-MZZ3-ZTS6

- 1/1 -