# EXHIBIT 3

*Non-Disclosure Non-Competition Agreement Between Ryze Renewables Holdings, LLC and Mirae Asset Daewoo Co., Ltd. (Excerpt) (Apr. 29, 2020; RYZE0118750, RYZE0118757)*

RYZE RENEWABLES
OFFICE: (949) 812-7000
EMAIL: info@ryzerenewables.com
5233 E El Campo Grande Avenue
North Las Vegas, Nevada 89115

# NON-DISCLOSURE NON-COMPETITION AGREEMENT

This **NON-DISCLOSURE NON-COMPETITION AGREEMENT** (the "Agreement") is made and entered as of April 29th, 2020 (the "Effective Date"), by and among **RYZE RENEWABLES HOLDINGS, LLC**, on behalf of themselves and their related and affiliated entities ("**Disclosing Party**"), and **Mirae Asset Daewoo Co. Ltd.** ("**Receiving Party**").

## RECITALS

a) The Disclosing Party has or proposes to provide certain information to the Receiving Party on a confidential basis; and

b) The parties wish to enter into this Agreement in order to set out the terms and provisions on which confidential information has been or would be provided to the Receiving Party.

**NOW THEREFORE THIS AGREEMENT WITNESSES** that in consideration of the respective covenants and agreements herein contained and for other good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged by each of the parties), the parties covenant and agree as follows:

## ARTICLE 1
## INTERPRETATION

**Section 1.1 Gender and Number**
Any reference in this Agreement to gender includes all genders. Words importing the singular number also include the plural and vice versa.

**Section 1.2 Headings**

The division of this Agreement into Articles, Sections and other subdivisions and the insertion of headings are for convenient references only and do not affect its interpretation.

**Section 1.3 Certain Phrases**

In this Agreement (i) the words "**including**", "**includes**" and "**include**" mean "**including (or includes or include) without limitation**" and (ii) the words "**the aggregate of**", "**the total of**", "**the sum of**", or a phrase of similar meaning means "**the aggregate (or total or sum), without duplication, of**". The expressions "**Article**", "**Section**" and other subdivision followed by a number mean and refer to the specified Article, Section or other subdivision of this Agreement. In the computation of periods of time from a specified date to a later specified date, unless

**IN WITNESS WHEREOF** the parties have entered into this Agreement as of the Effective Date.

**RYZE RENEWABLES HOLDINGS, LLC**

By: ______________________
Matthew G. Pearson
Manager

By: ______________________
Kyung-hyun Lee
Multi Structured Finance Team 2
Head of Team