# EXHIBIT 5

*Emails Among Jeffrey Hall, Kyung-Hyun Lee, and Matthew Pearson Regarding Translation for Call with Ryze*
*(June 6-7, 2021; RYZE0104635-36)*

# FW: Translation - DRAFT Response

**From: Jeff Hall <jeff@paragoncc.com>** Mon, Jun 7, 2021 at 12:02 AM CDT (GMT-05:00)
To: Matt Pearson <mpearson@ryzerenewables.com>

Matt,

Below please find the email received from Mr. Lee after our call today.

I would like to send the following response, please approve prior to me sending the email.

Mr. Lee,
Thank you for the email. In communicating with Mr. Pearson, Ryze Corporation, I am confident that Ryze would be in agreement to a ALL Korean Senior Note in the amount of $350m. This would include a 180 day interest reserve, with the balance of any reserves coming from equity or mezzanine. If a larger reserve is required, I am confident that Ryze would be open to increasing the Senior Note. This is all contingent on a quick close and a confirmation from Mirae that cost of reports will be handled by Paragon and/or Mirae.

I look forward to your timely response of the above stated details.

Jeffrey Hall
President/CEO
Office (949) 222-1032
Mobile (619) 871-1942
PARAGON Construction Consulting, Inc.
jeff@paragoncc.com

PARAGON
Construction Consulting

**From:** 이경현 <kyunghyun.lee@miraeasset.com>
**Sent:** Sunday, June 6, 2021 6:02 PM
**To:** Jeff Hall <jeff@paragoncc.com>
**Subject:** RE: Translation

Jeff,

thank you for your time today. We are just very careful and selective of the words we speak. Kim is very conversative given where he is coming from. But please don't be worried about the co-investors. We got this. Please get the HOT and fas signed by Matt and have the call on Wed. We have full faith in you. Also, Jeff, it is more difficult for me to introduce other investors so we would really appreciate if you can get the hot executed so that we can bring the investors for the call. It is important we have the mandates signed for other investors and our own internal compliance and investment commitee. Thanks.

Miraeasset Lee

**From:** Jeff Hall [mailto:jeff@paragoncc.com]
**Sent:** Monday, June 7, 2021 6:56 AM
**To:** 이경현
**Cc:** Sunghee Han
**Subject:** Re: Translation

Dail in:

(949) 245-2776 no pin required.

Thank you, speak to you then.

Jeffrey Hall
O 949.222.1032 | M 619.871.1942
Jeff@paragoncc.com

On Jun 6, 2021, at 14:30, 이경현 <kyunghyun.lee@miraeasset.com> wrote:

Jeff,

Ok, I will speak to you at 8:30 AM KST (Monday). Suji and Kyung-gap will join the call for translation. Please circulate the dial in.

Thank You

**From:** Jeff Hall [mailto:jeff@paragoncc.com]
**Sent:** Sunday, June 6, 2021 10:47 PM
**To:** 이경현
**Cc:** Sunghee Han
**Subject:** Translation

Mr. Lee,

Please confirm your attendance today on the call with Ryze.

Please confirm a staff member from Mirae will be available to translate. For this call between Principals only, it cannot be Mr. Han

Thank you

Jeffrey Hall
Paragon Construction Consulting Inc
1600 Dove Street, Suite 400 | Newport Beach, CA 92660
O 949.222.1032 | M 619.871.1942
Jeff@paragoncc.com