# EXHIBIT 6

*Email from Kyung-Hyun Lee to Ryze Regarding Due Diligence Documents (Sept. 15, 2020; RYZE0059989)*

# [Pjt Ryze]re-Requesting DD Document

**From: 이경현 <kyunghyun.lee@miraeasset.com>** Tue, Sep 15, 2020 at 1:11 AM CDT (GMT-05:00)
To: Matt Pearson <mpearson@ryzerenewables.com>; Michael Brown <mbrown@ryzerenewables.com>; <jeff@paragoncc.com>
Cc: Sunghee Han <SHan@thinkbrg.com>; YEONGSIN KIM <youngshin.kim@miraeasset.com>; <sooji.hong@miraeasset.com>; <hyungmook.kim.b@miraeasset.com>

TO. Dear Ryze team,

I wanted to write you this email directly to put emphasis on my words. As discussed with Mr. Han, the terms of agreement with our LPs, US vehicle, and trip to America is done as agreed.
We did however informed you that we needed the DD documents by the first week of September, which we have not. As of today, we are now in a position to hurry to get the documents in because of my investment committee.
The longer this takes, the longer delay it becomes and please understand that as of today, we really need to be time sensitive to accommodate our schedule.
It is a good news and we are closing to the end but this point on, Ryze will be pressured in delivery. Also, we have issues with the EPC and CN proceeds payout, and we need legitimate contract, not a simple change order.
please have that ready this week as well. Thank you.

**이 경 현/ Kyunghyun Lee**
종합금융1본부구조화금융4팀 팀장 / Head of Team, Multi Structured Finance Team4

**미래에셋대우**
100-210, 서울시 중구 을지로 5길 26, 미래에셋센터원빌딩 동관 35층
Tel : (822) 3774-7042
Email: kyunghyun.lee@miraeasset.com
**www.miraeasset.com**

**Mirae Asset - Building on principles**

이 전자우편과 이에 첨부된 파일은 비밀문서로서 정당한 수신자만 열람할 권한이 있습니다. 만약 이 전자우편을 착오로 수신하였다면 발신자에게 고지하고 즉시 삭제해 주시기 바랍니다. 이 전자우편에 담긴 내용은 전적으로 그 작성자의 의견일 뿐이며 회사를 대표하는 의견은 아닙니다. 이 전자우편에 담긴 정보는 회사의 업무용으로 생성된 것이며, 송·수신된 전자우편은 업무용 목적으로 기록되거나 저장될 수 있습니다. 현재 이 전자우편과 그 첨부파일에 대하여 바이러스 검사를 해보시기 바랍니다. 회사는 이 전자우편을 통해 전송된 바이러스에 의한 손해에 대하여 어떠한 책임도 없음을 알려 드립니다.