# EXHIBIT 7

*Emails Between Matthew Pearson and Kyung-Hyun Lee Regarding Status of Transaction*
*(Jan. 4, 2021; Dancy Dep. Ex. 17; RYZE0004673-75)*

# RE: Status of our Transaction

**From: Matt Pearson <mpearson@ryzerenewables.com>** Mon, Jan 4, 2021 at 7:57 PM CST (GMT-06:00)
To: 이경현 <kyunghyun.lee@miraeasset.com>
Cc: han sunghee <han.sunghee@hotmail.com>; Sunghee Han <SHan@thinkbrg.com>; <jeff@paragoncc.com>; Chris Dancy <cdancy@ryzerenewables.com>; Daniel Brown <dbrown@ryzerenewables.com>; Michael Brown <mbrown@ryzerenewables.com>

Mr. Lee,

Since replying to your email regarding having L&W make additional modifications to the CLA, we have had internal discussions and seek clarity on the funding of the CLA. We understand and propose the following:

1. CLA at $210MM
2. Ryze proposes that the Disclaimer language be added to the CLA as follows:
   - *"Notwithstanding anything to the contrary contained in this Agreement, if Mirae Asset Daewoo Co., Ltd. does not, for any reason, obtain the final approval from its credit committee by the date falling 14 days from the date on which this Agreement is executed, then this Agreement shall be automatically terminated at such time with immediate effect. Mirae Asset Daewoo Co., Ltd. shall not be liable to the Borrower for termination of this Agreement by reason of not having been able to obtain the final approval of its credit committee. The transfer of the funds shall happen within 10 days from the completion and satisfaction of all Conditions Precedent. An extension of this availability period shall only be extended upon both Parties mutual agreement in writing."* This time period represented in the revised language condenses the original multiple months to less time.
3. BRG/Ziegler shall present the structure of the intended Foreign Investor(s) promptly to allow Mirae to get final Credit Committee approval.
4. Ziegler has circled $30MM of Accredited Investor interest. BRG has $50MM in the form of a Firm Underwriting. This leaves a balance of $130MM to be funded directly by Mirae and its LPs.
5. The CLA funding shall be within 10 days after the Mirae approved structure represented above is fully documented and implemented.

If you can please confirm these points and accept our position, we are ready to proceed to next steps of executing the CLA. Please let us know your thinking on this. Thank you.

Matt Pearson | Managing Member

RYZE RENEWABLES

Ryze Renewables Holdings, LLC
5600 Amelia Earhart Court, Suite A, Las Vegas, NV 89119

OFFICE: (702) 827-5200 | MOBILE: (702) 469-9661

EMAIL: mpearson@ryzerenewables.com | ryzerenewables.com

PC EXHIBIT 10/07/2025 17 C. DANCY PENGAD 800-631-6989

**From:** 이경현 <kyunghyun.lee@miraeasset.com>
**Sent:** Monday, January 4, 2021 1:55 PM
**To:** Matt Pearson <mpearson@ryzerenewables.com>
**Cc:** 'han sunghee' <han.sunghee@hotmail.com>; 'Sunghee Han' <SHan@thinkbrg.com>; jeff@paragoncc.com; Chris Dancy <cdancy@ryzerenewables.com>; Daniel Brown <dbrown@ryzerenewables.com>; Michael Brown <mbrown@ryzerenewables.com>
**Subject:** RE: Status of our Transaction

Matt. Happy New Year.

The CLA agreement will be executed as is, 210mm usd. The details such as how much and the terms of any foreign investor will be negotiated as part of the co-investors agreement, with BRG.
It shouldn't concern the Ryze. We have our company policy disclaimer that was forwarded to you.
We should execute the CLA as is with just those wordings added. Please help BRG liaise with Ziegler so we can find out if Ziegler is a credible firm.
Our investment committee and the fund set up is based on whole 210mm so please do not worry. And the wording of the disclaimer is our usual wording.
We would not have proceeded this far if we dont think the deal is not for us.

Let us push to get to the finish line.

---

**From:** Matt Pearson [mailto:mpearson@ryzerenewables.com]
**Sent:** Tuesday, January 5, 2021 5:17 AM
**To:** 이경현
**Cc:** han sunghee; Sunghee Han; jeff@paragoncc.com; Chris Dancy; Daniel Brown; Michael Brown
**Subject:** re: Status of our Transaction

Dear Mr. Lee,

Happy New Year! As stated prior to the end of the year, we believe the remaining items from the Issues List spreadsheet are minor. Once we receive your confirmation, Latham & Watkins will include mutually accepted items in the CLA, and articulate our position on any outstanding points in a Blackline that we'd like to you to consider as final from our perspective which we are prepared to execute. Additionally, we will forward our comments on the Fee Agreement to Sunghee Han and Jeff Hall today, and await any feedback you have on that document afterward.

Ryze has completed all tasks asked of it, has coordinated with Ziegler a $30MM non-Korean tranche under the same terms and conditions of the CLA, and we are prepared to move forward. Our suggestion is that we execute the CLA and include the verification of this $30MM funding tranche as one of the last Conditions Precedent to closing, along with normal and customary items like bringing certain verifications up to date. Those would include any updated financials available to Ryze at this time, a date down on all lien and Good Standing searches on Ryze entities participating in the transaction, and other pieces we can mutually agree need to be included.

We respectfully request your concurrence at your earliest convenience that Mirae is prepared to close this transaction ($210MM) with a $30MM US (non-Korean) tranche, for a net funding by Mirae LP's at $180MM. Please respond to this email, or we can be available to discuss any specifics this evening (Pacific Standard Time) should you need further clarification.

Thank you and we remain committed to completing this transaction.

**Matt Pearson** | Managing Member

RENEWABLES

**Ryze Renewables Holdings, LLC**
5600 Amelia Earhart Court, Suite A, Las Vegas, NV 89119

OFFICE: (702) 827-5200 | MOBILE: (702) 469-9661

EMAIL: mpearson@ryzerenewables.com | ryzerenewables.com