# EXHIBIT 8

*Excerpts of the Deposition of Lisa Fuller*
*(Dec. 3, 2024)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MIRAE ASSET SECURITIES CO. LTD., a Republic of Korea company,

Plaintiff,

vs.

RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,

Defendants.

_______________________________

RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,

Counter-Claimants,

vs.

MIRAE ASSET SECURITIES CO. LTD., a Republic of Korea company,

Counter-Defendant.

_______________________________

Case No. 2:23-cv-01492-APG-NJK

JOB NO. 10153774

VIDEOTAPED DEPOSITION OF LISA FULLER

Pensacola, Florida

Tuesday, December 3, 2024

**"Dear Lisa, I was not on the call of March 1, so I don't know what has been discussed during the call. Also, I am outside legal counsel for Mirae in this transaction and, hence, I am not in a position to be able to confirm as to the status of Mirae's internal approval process without having any instruction from Mirae on this. In any event, I will continue to assist the Korean investors with a view to successfully close this transaction as soon as possible."**

**Did I read that correctly?**

A. Uh-huh.

**Q. Okay. So do you recall receiving this email from Paul?**

A. (Nods head).

MR. OWENS: Say yes or no.

THE WITNESS: Yes.

BY MR. TSAO:

**Q. Sorry. Yes or no.**

**And so do you recall him basically telling you that he's not able to give you any information about what Mirae's doing?**

A. It was consistent with him saying you need to go talk to Mr. Lee. So . . .

**Q. So I think what you've been telling me is**

**that you've been dealing with their outside counsel, but when you dealt with their outside counsel, their outside counsel is telling you, you've got to go talk to Mr. Lee directly; correct?**

A. That's what I'm saying is --

**Q. Yes.**

A. -- I would say, "Can I talk to someone else?" And he would say, "You know, you need to talk to Mr. Lee." And I would say, "Can you" -- and he clearly kept shuffling me back to Mr. Lee.

At some point, I would think if Mr. Lee did not have authority as the general -- outside counsel on this transaction, he should have known and told -- if Mr. Lee was not running this deal, like you're implying that Mr. Lee wasn't running this deal, wouldn't their lawyer have said, "Hey, I'm getting these emails. I think -- I think Lee is kind of going crazy. You know, what's going on?"

**Q. This is your speculation; right?**

A. Well, I don't know what else I could have done.

**Q. I'm not asking what else you could have done. I'm just asking you -- I'm just asking you that when you asked Mirae's outside counsel, he said, "I didn't know. You've got to go talk to**

**Mr. Lee"; is that right?**

A. Uh-huh.

MR. OWENS: Yes?

THE WITNESS: Yes.

BY MR. TSAO:

**Q. Yes.**

**I wanted to go back to Exhibit 8 for a minute. I think that's the prior email I just showed you. It's the third paragraph. And let me know when you're ready.**

MR. OWENS: You're referencing the first email, Exhibit 8?

MR. TSAO: Yeah. This is three -- RYZE0003895.

BY MR. TSAO:

**Q. In the third paragraph you write, "Ryze is obviously concerned, as it has foregone many opportunities to proceed on Mirae's agreement to fund this transaction in accordance with the final executed convertible loan agreement."**

**So this is March 12, 2021. I just want to be clear. What are you referring to when you say "many opportunities"?**

A. Well, primarily the bond transaction which was about to close.

CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF ESCAMBIA

I, the undersigned authority, certify that LISA FULLER personally appeared before me and was duly sworn.

WITNESS my hand and official seal this 6th day of December, 2024.



Rhonda Hall-Breuwet, RDR, CRR, CSR, LCR, CCR, FPR
NCRA Realtime Systems Administrator
Notary Public - State of Florida
My Commission Expires:  9/28/23
Commission No. GG 360849

CERTIFICATE OF STENOGRAPHER

STATE OF FLORIDA:

I, RHONDA HALL-BREUWET, RDR, CRR, CSR, LCR, CCR, FPR, NCRA Realtime Systems Administrator, shorthand reporter, do hereby certify:

That the witness whose deposition is hereinbefore set forth was duly sworn, and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 6th day of December, 2024.

______________________________________

RHONDA HALL-BREUWET, RDR, CRR, CSR, LCR, CCR, FPR,
NCRA Realtime Systems Administrator
Shorthand Reporter