# EXHIBIT 9

*Email from Kyung-Hyun Lee to Ryze Regarding Head of Terms (May 25, 2021; LFULLER009068-69)*

Well over a year ago, Mirae was engaged to fund a change order required to complete the project (the "Change Order"), not to refinance the existing senior loan. We would not be opposed to Mirae doing both, but the real need is funding for the Change Order. The unsolicited refinance proposal is confusing. It contains a number of proposed terms, conditions and restrictions that would leave Ryze Renewables Las Vegas in a far worse position than just remaining with our Georgia's Own (insured by the USDA) senior loan, including, (i) obligating the Company to pay more than $46,000,000 in fees to Mirae/Finders and the 10% prepayment penalty we have in the current loan, (ii) increasing the interest rate from our current loan, (iii) shortening the term of the loan from 17years remaining to 5 years, and (iv) instituting aggressive cash flow distribution restrictions to the equity holders of the Company not in place in the current loan. On top of these several negative terms, and of primary importance, your proposal does not provide Ryze with the needed capital to complete the Change Order. If Mirae had funded the CLA in the timeframe that was agreed, there would be no foreseeable issues with the existing senior loan, and the project would be fully funded and on its way to completion.

To be blunt, your proposal significantly increases the size of the senior loan due to fees and prepayment penalties, has less favorable terms, which will make raising the money to fund the Change Order more challenging. While your proposal may make Mirae the fees it was expecting in connection with the CLA, it does not achieve Ryze's singular goal of funding the Change Order. It is simply not a good business move for the Company, and something we never expressed interest in exploring with Mirae.

Mr. Lee, at the minimum, if you want to explore something unique to what was previously agreed, negotiated, and then the subject of an executed and binding CLA, Ryze would need financial compensation as relayed to Mr. Han. This would allow us to accommodate more of your demands and we believe it to be a very small ask based upon the current circumstances of the transaction. We believe this is the only way we could reconsider the current predicament we're in as a result of Mirae's non-funding of the CLA.

We remain available to discuss all points at your convenience.

Sincerely,

Matt Pearson | Managing Member

RYZE RENEWABLES

Ryze Renewables Holdings, LLC
6600 Amelia Earhart Court, Suite A, Las Vegas, NV 89119

OFFICE: (702) 827-5200 | MOBILE: (702) 469-9661
EMAIL: mpearson@ryzerenewables.com | ryzerenewables.com

**From:** 이경현 <kyunghyun.lee@miraeasset.com>
**Sent:** Tuesday, May 25, 2021 4:32 PM
**To:** Michael Brown <mbrown@ryzerenewables.com>; 'Sunghee Han' <SHan@thinkbrg.com>; 'Jeff Hall' <jeff@paragoncc.com>; Matt Pearson <mpearson@ryzerenewables.com>; 'Todd Jorn' <tcjorn@doonbeggroup.com>; '홍수지' <sooji.hong@miraeasset.com>
**Cc:** 'Kyunggap Kim' <kyunggap.kim@miraeasset.com>
**Subject:** RE: Addendum I; Head of Terms

Michael,

Your response is well received, Michael. I was in hopes of Sunghee being able to deliver our current situation. Just to be clear, we have restructured our deal with our investment committee and our co-investors, thus previous 210MM CLA won't be viable for us. We have decided to withdraw from the Ryze so that Ryze can move forward and succeed without our participation. Sunghee had informed me that Ryze was still willing to move forward and ready to begin the process once the mezzanine exclusivity is eliminated. We have our schedule and our promises with our co-investors. As Ryze is in hurry, we have our own agendas too. As far as the due diligence process is concerned, it was laid out very clearly that we would only require minor updating of EJ (senior rating), GBS FS dates update, Stancil re-dating/title, and etcs. Not as rigorous as the process that we have endured before. Thus, not only the due diligence process is simple, Ryze can still engage the existing investors for the mezzanine debt, which means we both Ryze and Mirae have the benefit of managing the risk of sourcing the capitals required in addition to the senior debt.

Sunghee also had addressed Ryze's concern regarding how this new structure can be assured to close. Again, from our experience with our last investment committee, and also having to have this new structure presented to the risk management, we are confident that we can close this transaction by the end of July. Ryze can have further assurances by speaking with our co-investors that are placed already. Most of the important terms are set in stone, and we believe that finalizing the loan agreement would be much simpler than CLA. In conclusion, we believe that this is a deal that can work for both Mirae and Ryze, and at the same time, enhances Ryze's chance to procure the mezzanine debt without betting only on a single party.

We have our schedule to have this documents executed and to be submitted to the co-investors as well as for our internal process. The document was submitted for awhile now and today is the deadline and should we not have this finalized, there is no chance of us meeting the deadline for the closing and our co-investors must disengage. I hope this gives you a better view of where we are and give you the confidence that the new structure will be successful.

Miraeasset Lee

---

**From:** Michael Brown [mailto:mbrown@ryzerenewables.com]
**Sent:** Wednesday, May 26, 2021 1:38 AM
**To:** Sunghee Han; Jeff Hall; Matt Pearson; 이경현; Todd Jorn; 홍수지
**Cc:** James Christodoulou
**Subject:** RE: Addendum I; Head of Terms

Han,

Thank you for your proposal on the updated HOT. We need to discuss several items with Mirae this evening and get concurrence on several points/issues. We understand that after we confirm the points in the discussion this evening, and perhaps with the Korean investors and US investors, we will make a decision on moving forward with Mirae. We will be then able to execute the HOT and move post haste to closing the $440M facility in July. Thanks for your work on this and we will speak on the call this evening.

Warmly,

Michael D. Brown | Advisory Board

RYZE RENEWABLES

LFULLER009069