# EXHIBIT 10

*Excerpts of the Deposition of Michael Brown*
*(Oct. 13, 2025)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
MIRAE ASSET SECURITIES CO.,     )
LTD., a Republic of Korea       )
company,                        )
                                )
         Plaintiff,             )
                                ) Case No.
    v.                          )2:23-cv-01492-APG-NJK
                                )
RYZE RENEWABLES HOLDINGS, LLC,  )
a Nevada limited liability      )
company, and RYZE RENEWABLES    )
NEVADA, LLC, a Nevada limited   )
liability company,              )
                                )
         Defendants.            )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
RYZE RENEWABLES HOLDINGS, LLC,  )
a Nevada limited liability      )
company, and RYZE RENEWABLES    )
NEVADA, LLC, a Nevada limited   )
liability company,              )
                                )
         Counter-Claimants,     )
                                )
MIRAE ASSET SECURITIES CO.,     )
LTD., a Republic of Korea       )
company,                        )
                                )
         Counter-Defendant.     )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
```

VIDEORECORDED DEPOSITION OF MICHAEL BROWN

Monday, October 13, 2025
9:20 AM - 4:12 PM

STENOGRAPHICALLY REPORTED BY:
Tamra K. Piderit, RPR, RMR, RDR, CRR
Nevada Certified Reporter #1009
Certified Realtime Reporter

**A. Yes.**
Q. Yet he came over -- he came over to your house after you said the word "sushi"? He recognized the word "sushi"; is that what your testimony is?
**A. No. I believe that's a mischaracterization.**
Q. I think you just said "sushi," and he shook his head sushi, yes?
**A. Yes, that all happened.**
Q. So he recognized the word "sushi"; is that your testimony?
**A. He recognized a lot more than that. But, yes, he did know that word.**
Q. And you are basing that on the fact that he recognized "sushi" because you had a translator before he came over; isn't that right?
**A. Yes.**
Q. Did he use the translator in your discussions at Topgolf?
**A. Yes.**
Q. Did he try to speak to you in English when people were speaking at Topgolf?
**A. A couple words, yeah.**
Q. Rudimentary words?
**A. Rudimentary words. He seemed to understand English way better than he could speak it.**

Q. That's your speculation; isn't that right?

**A. No. That's what it seemed like.**

Q. I know. That's right. That's your speculation. You don't know whether Mr. Lee spoke English, correct?

MR. MELIN: Objection to form. Asked and answered.

**A. Well, I did have a further conversation with him at my house, and then I was able to understand that he does have a fundamental understanding at least of the basic words to be able to speak and more than basic in terms of understanding.**

BY MR. TSAO:

Q. So other than Victor Roehm, no one else was present for this conversation?

**A. No, Han Sunghee was also there.**

Q. Han was there as well?

**A. Um-hm.**

Q. You left that out before.

**A. I didn't say he didn't come. I said the two main people that were doing all of the talking, the two principals that came were Victor, talking about the settlement of the lawsuit, and Mr. Lee representing Mirae.**

Q. And Han was translating for Mr. Lee, then, during the night; isn't that right, at your house?

**A. Sometimes, although in an informal -- I have**

**somewhat misspoke. Sometimes although in an informal setting like four guys sitting eating some sushi, Mr. Lee did attempt to speak some English. Whereas in a business meeting with his other coworkers and talking about hundred-million-dollar loans, he let the translator do all of his talking. In an informal setting, he did speak English.**

Q. But rudimentary English; isn't that your testimony?

**A. Um-hm. Yes.**

MR. TSAO: Can we go off the record for a few minutes?

THE VIDEOGRAPHER: We are going off the record at 11:58 AM.

(Recessed at 11:59 AM)

THE VIDEOGRAPHER: We are back on the record at 12:10 PM.

BY MR. TSAO:

Q. Mr. Brown, you suggested before that you mailed a package to Korea; is that right?

**A. Ryze mailed a package to Korea.**

Q. Ryze did? And who at Ryze did that?

**A. Matt Pearson and Lisa Fuller.**

Q. You had no involvement in sending this package of materials?

CERTIFICATE OF REPORTER

BE IT KNOWN that the foregoing proceedings were taken before me; that the witness before testifying was duly sworn to testify to the whole truth; that the foregoing pages are a full, true, and accurate record of the proceedings, all done to the best of my skill and ability; that the proceedings were taken down by me stenographically and thereafter reduced to print under my direction.

I CERTIFY that I am in no way related to any of the parties hereto, nor am I in any way interested in the outcome thereof.

(X) Review and signature was requested.
( ) Review and signature was waived.

WITNESS my hand and official seal this 20th day of October, 2025.

Tamra K. Piderit
Nevada Certified Reporter #1009
Registered Professional Reporter
Registered Merit Reporter
Registered Diplomate Reporter
Certified Realtime Reporter