# EXHIBIT 11

*Excerpts of the Deposition of Daniel Brown*
*(Dec. 13, 2024)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company, ) Case No. 2:23-cv-01492-APG-NJK

Plaintiff,

v.

RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,

Defendants.

RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company,

Counter-Claimants,

v.

MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company,

Counter-Defendants. )
) JOB NO. 10153908

VIDEO-RECORDED AND VIDEOCONFERENCED DEPOSITION OF

DANIEL BROWN
December 13, 2024

REPORTED BY: PAIGE M. CHRISTIAN, CCR #955
Registered Merit Reporter
Certified Realtime Reporter
Certified Realtime Captioner

**Mr. Lee was saying when Mr. Han was interpreting for him?**

A. Correct.

**Q. Did you ever meet anybody from Mirae?**

A. Only Mr. Lee.

**Q. Okay. Did you speak with anybody from -- well, if the -- the only person you ever met was Mr. Lee from -- from Mirae; is that correct?**

A. In person, yes.

**Q. Okay. What about on the phone?**

A. Depends on what you mean by meet. There may have been people on the phone that didn't speak English from Mirae.

**Q. Do you know if there was anybody from Mirae on the phone other than Mr. Lee from Mirae?**

A. I don't know.

**Q. And Mr. Lee didn't speak English; is that correct?**

A. I believe he spoke some English, but he didn't like speaking English on the phone. But I believe he had some cursory knowledge of English and could understand us somewhat when we would speak.

(Exhibit No. 29 was marked for identification.)

BY MR. CARLTON:

C E R T I F I C A T E

STATE OF NEVADA )
                ) ss:
COUNTY OF CLARK )

I, Paige M. Christian, CCR #955, Registered Merit Reporter, Certified Realtime Reporter, Certified Realtime Captioner, do hereby certify:

That on Friday, December 13, 2024, at 9:20 a.m., appeared before me DANIEL BROWN, the witness whose video-recorded deposition is contained herein; that prior to being examined, he was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth;

That the deposition was taken down by me in machine shorthand and was thereafter reduced to typewriting under my direction and supervision; that the foregoing represents, to the best of my ability, a true and correct transcript of the proceedings had in the foregoing matter;

That a request for an opportunity to review and make changes to this transcript:

X was made by the deponent or a party (and/or their attorney) prior to the completion of the deposition.
was not made by the deponent or a party (and/or their attorney) prior to the completion of the deposition.
was waived.

I further certify that I am not an attorney for, nor related to, any of the parties hereto, nor in any way interested in the outcome of the cause.

In witness whereof, I have hereunto subscribed my name.

Dated this 20th day of December, 2024, in Clark County, Nevada.

Paige M. Christian, CCR #955
Registered Merit Reporter
Certified Realtime Reporter
Certified Realtime Captioner