# EXHIBIT 12

*Excerpts of the Deposition of Steven T. Graham*
*(Sept. 30, 2025)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company, | ) Case No.: C:23-cv-01492-APG-NJK |
| Plaintiff, | ) |
| RYZE RENEWABLES HOLDINGS, LLC, a Nevada limited liability company, and RYZE RENEWABLES NEVADA, LLC, a Nevada limited liability company, | ) |
| Defendants. | ) |
| RYZE RENEWABLES HOLDINGS, LLC, a Delaware limited liability company, registered in Nevada, and RYZE RENEWABLES NEVADA, LLC, a Delaware limited liability company, | ) |
| Counter-Claimants, | ) |
| vs. | ) |
| MIRAE ASSET SECURITIES CO., LTD., a Republic of Korea company, | ) |
| Counter-Defendant. | ) |

VIDEOTAPED DEPOSITION OF STEVEN T. GRAHAM

September 30, 2025
Phoenix, Arizona

Reported by: Cathy A. Miccolis, RPR/CRR
Certified Reporter, No. 50068
Job No. 10171943

**whether Mirae Asset had an internal legal department?**

MS. ABDO: Foundation.

THE WITNESS: I don't -- actually, not that specific question, but what Mr. Lee did describe to me as a mistake that was made by Mirae is that in the hotel transaction that was put together for the purchase of these luxury hotels, that they had primarily a paralegal. A paralegal was the one who reviewed all the documents for that multi-billion-dollar transaction.

BY MR. PRINCE:

**Q. Mr. Lee told you this?**

A. Yes, he did.

**Q. How did you know? Because he spoke Korean; is that correct?**

A. No. Mr. Lee, at the lunch that we had and we were talking about the desalinization plant and talking about the hotel litigation, described to me, through Han translating, that there was a paralegal that had reviewed those documents. And that that was one of the reasons they ran into such problems is that "We will never again do a transaction without having full representation by local lawyers on business transactions."

**Q. Mr. Lee did not speak any English; is that correct?**

A. I don't know that.

**Q. Did Mr. Lee ever speak English with you?**

A. I -- as far as speak English, the answer is I recall receiving a number of communications from him in writing that were in English, that were directed to me, directed to others. So whether he actually spoke comfortable English or otherwise, I did have a sense of his ability to understand at some level or to speak at some level the English language.

**Q. What was the basis of that understanding? Did he speak English in any conversation with you?**

MS. ABDO: Form.

THE WITNESS: The answer is to the best of my recollection, no. But it was described to me by Director Lee through the translator that I have a basic understanding of the language, but I'm not confident enough to respond myself. So on important matters like dealing with the lawyers, I always want to have a translator there to assist me.

And so when you asked my question, my general understanding got to be that he understood to some degree what I would be saying and whether he -- but he was not comfortable responding back, and so there was always a communication in -- verbally where there was a translator involved. In contrast to the written communications, which I received, I recall, you know, some English

STATE OF ARIZONA )
) ss.
COUNTY OF MARICOPA )

BE IT KNOWN that the foregoing deposition was taken before me, Cathy A. Miccolis, RPR, a Certified Reporter, Certificate #50068, for the State of Arizona, and by virtue thereof authorized to administer an oath; that the witness before testifying was duly sworn by me to testify to the whole truth; that the questions propounded to the witness and the answers of the witness thereto were taken down by me in shorthand and thereafter reduced to print by computer-aided transcription under my direction; that pursuant to request, notification was provided that the deposition is available for review and signature; that the transcript consisting of 273 pages is a full, true and accurate transcript of all proceedings and testimony had and adduced upon the taking of said deposition, all done to the best of my skill and ability.

I FURTHER CERTIFY that I am in no way related to nor employed by any of the parties hereto, nor am I in any way interested in the outcome hereof.

DATED at Phoenix, Arizona, October 7, 2025.

Cathy A. Miccolis, RPR/CRR
Certified Reporter #50068