**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD.,<br><br>Plaintiff<br><br>v.<br><br>RYZE RENEWABLES HOLDINGS, LLC, et al.,<br><br>Defendants | Case No.: 2:23-cv-01492-APG-NJK<br><br>**Order Overruling Objections and Granting Motions to Disregard**<br><br>**[ECF Nos. 557, 626, 634, 641]** |

The parties have engaged in a protracted dispute over the post-discovery depositions of two witnesses located in South Korea. The parties are familiar with the facts, so I do not repeat them here. The defendants filed objections to two of Magistrate Judge Koppe's orders extending the time for the depositions to take place. ECF Nos. 557; 626. I have reviewed the objections, Judge Koppe's orders, and the underlying papers. Judge Koppe's orders are not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). To address the defendants' concern that their questions were not included with the letters rogatory, the clerk's office confirmed that all questions, including the defendants' questions, were included.

The defendants also move for me to disregard the plaintiff's request for sanctions in the plaintiff's responses to two of the defendants' objections. I grant the motions to disregard. A party seeking sanctions should file a motion for that relief. LR IC 2-2(b). Further, tucking a sanctions request into a response to an objection to a magistrate judge's order deprives the other party of the opportunity to respond. *See* LR IB 3-2(b) (reply briefs on objections are "allowed only with leave of court").

/ / / /

I THEREFORE ORDER that Magistrate Judge Koppe's Order **(ECF No. 539) is affirmed**, and the defendants' objection **(ECF No. 557) is denied**.

I FURTHER ORDER that Magistrate Judge Koppe's order **(ECF No. 621) is affirmed**, and the defendants' objection **(ECF No. 626) is denied**.

I FURTHER ORDER that the defendants' motions to disregard **(ECF Nos. 634, 641) are GRANTED**.

DATED this 22nd day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE