**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MIRAE ASSET SECURITIES CO., LTD.,

Plaintiff

v.

RYZE RENEWABLES HOLDINGS, LLC, et al.,

Defendants

Case No.: 2:23-cv-01492-APG-NJK

**Order Granting Motions to Supplement Summary Judgment Record**

**[ECF Nos. 541/542, 623]**

The parties have requested to supplement the summary judgment record. I grant those motions to supplement, although I express no opinion in this order whether or how the supplemental materials may impact the issues raised in the parties' summary judgment briefs.

I THEREFORE ORDER that the defendants' motion for leave to file **(ECF Nos. 541/542) is GRANTED**. The defendants may file the supplemental materials identified in their motion by November 25, 2026. If those materials have already been filed on the docket elsewhere, then the defendants may file a notice pointing to the specific location where each document identified in ECF Nos. 541/542 can be located elsewhere on the docket.

I FURTHER ORDER that the plaintiff's motion for leave to supplement **(ECF No. 623) is GRANTED**.

DATED this 17th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE