**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIRAE ASSET SECURITIES CO., LTD.,<br><br>Plaintiff<br><br>v.<br><br>RYZE RENEWABLES HOLDINGS, LLC, et al.,<br><br>Defendants | Case No.: 2:23-cv-01492-APG-NJK<br><br>**Order Overruling Objection**<br><br>**[ECF No. 653]** |

The parties have engaged in a protracted dispute over the post-discovery depositions of two witnesses located in South Korea. The parties are familiar with the facts, so I do not repeat them here. The defendants object to Magistrate Judge Koppe's latest order on the issue. ECF Nos. 646; 653. I have reviewed the objection, Judge Koppe's order, and the underlying papers. Judge Koppe's orders are not "clearly erroneous or contrary to law." LR IB 3-1(a). Ryze argues that only Mirae has been allowed to conduct examinations of foreign witnesses, but Mirae moved for that relief and Ryze did not. If Ryze wanted to reopen discovery to allow for Paul Yoon's examination, it should have filed a properly supported motion to do so. Despite Judge Koppe pointing out that Ryze had not done so, Ryze still did not move for that relief. *See* ECF No. 508 at 4. Judge Koppe's use of the words "remote depositions" in her latest order was obviously a reference to the examinations of the two foreign witnesses and does not constitute clear error nor is any clarification needed. ECF No. 646 at 2.

/ / / /

/ / / /

/ / / /

I THEREFORE ORDER that Magistrate Judge Koppe's Order **(ECF No. 646) is affirmed**, and the defendants' objection **(ECF No. 653) is denied**.

DATED this 19th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE